1  Daniel M. Gilleon (SBN 195200)
   Gilleon Law Firm, APC
2  1320 Columbia Street, Suite 200
   San Diego, CA 92101
3  Email: dan@gilleon.com
   Tel: 619.702.8623/Fax: 619.702.6337
4
5  Attorney for Plaintiff Henrique Lavalle Da Silva Faria

6

7                    **UNITED STATES DISTRICT COURT**

8                  **NORTHERN DISTRICT OF CALIFORNIA**

9

10 HENRIQUE LAVALLE DA SILVA FARIA,        **CASE NO.:** _____

11                 Plaintiff,              **EXHIBITS TO COMPLAINT**

12        vs.

13

14 THE REGENTS OF THE UNIVERSITY
   OF CALIFORNIA,
15
                   Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

*Faria v. The Regents*, Case No.
Exhibits To Complaint - 1

# EXHIBIT 1

https://www.law.berkeley.edu/academics...

46 captures
13 Feb 2016 – 28 Apr 2019

SEP AUG

◄ 29 ►
2015  2016  2017

About this capture




# BerkeleyLaw
UNIVERSITY OF CALIFORNIA  (https://web.archive.org/web/20160529075005/https://www.law.berkeley.edu/)

Home (https://web.archive.org/web/20160529075005/https://www.law.berkeley.edu/)  »

Academics (https://web.archive.org/web/20160529075005/https://www.law.berkeley.edu/academics/)  »

LL.M. Programs (https://web.archive.org/web/20160529075005/https://www.law.berkeley.edu/academics/llm/)

# LL.M. Programs



## One LL.M. Degree — Two Tracks

Berkeley Law is one of the top 10 law schools in the United States. We provide two paths to the same LL.M. degree: the traditional nine-month track and a professional track that spans two consecutive summer terms. LL.M. candidates in **both tracks** take the **same courses**, from the **same expert faculty**, as our J.D. students.

LL.M. students can earn **certificates of specialization** in one of several subjects:

- Business Law (both tracks)

- Law & Technology (both tracks)

- Public Law & Regulation (professional track only)

- Environmental Law (traditional track only)

- Energy & Clean Technology (traditional track only)

- International Law (traditional track only)

## LL.M. Professional Track

The professional track is designed for lawyers educated outside the U.S. who want an internationally renowned Berkeley Law degree, but can't leave professional commitments for an entire year. Candidates conduct their study over two consecutive summer sessions, and they are **taught by the same faculty** as traditional-track students. A **rigorous curriculum (https://web.archive.org/web/20160529075005/https://www.law.berkeley.edu/academics/llm/professional-llm/courses/)** includes business law, intellectual property, and core U.S. law courses; our **flexible start dates** enable the program to fit into your life. Students can earn certificates of specialization in Business Law, Public Law, or Law & Technology (IP). Start dates for the 2015 term are May 18 (Q1 start) and June 10 (Q2 start).

Learn more here (/web/20160529075005/https://www.law.berkeley.edu/academics/llm/professional-llm/).

https://www.law.berkeley.edu/ac...

46 captures
13 Feb 2016 – 28 Apr 2019

SEP AUG
◀ 29 ▶
2015  2016  2017

About this capture



LL.M. Traditional Track

The traditional track, which runs during the school year from August to May, provides students with a range of opportunities, from obtaining a basic knowledge of the U.S. legal system to undertaking original research on a particular aspect of law. Designed to integrate American and international law students at various levels of study, the traditional track allows candidates to satisfy degree requirements by enrolling in courses and seminars from among those offered to law students pursuing the J.D. degree.  The 2015-16 traditional track is tentatively scheduled to begin on August 17, 2015.

Learn more here (/web/20160529075005/https://www.law.berkeley.edu/academics/llm/traditional-llm/).

## J.S.D.

The J.S.D. program is a three-year doctorate level program.  Candidacy for the J.S.D. degree is competitive and is open only to those who have completed an LL.M. degree and are engaged in or planning careers in academic or other work that emphasizes legal scholarship. Each J.S.D. student works closely with a faculty advisor who specializes in a field of law related to the student's research.

Learn more here (/web/20160529075005/https://www.law.berkeley.edu/academics/doctoral-programs/jsd/).

**WHY CHOOSE BERKELEY LAW?**

**A top-tier education.** Berkeley Law is ranked among the top law schools in the world, offering a superb education in both established and emerging fields of law.

**World-renowned faculty.** Our professors are internationally recognized experts in a variety of legal fields, including business law, IP law and social justice.

**Flexibility.** Berkeley Law offers a professional track LL.M. taking place over the course of two consecutive summers. Designed for lawyers who cannot leave their home countries for a year, this program leads to the same degree and utilizes the same faculty as the traditional track.

https://www.law.berkeley.edu/academics/

46 captures
13 Feb 2016 – 28 Apr 2019

AUG
◄ 29 ►
2015  2016  2017

About this capture

**ACADEMICS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/)**

**AREAS OF STUDY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/AREAS-OF-STUDY/)** +

**J.D. PROGRAM (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/JD/)** +

**LL.M. PROGRAMS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/)** —

LL.M. TRADITIONAL TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/TRADITIONAL-LLM/) +

LL.M. PROFESSIONAL TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/PROFESSIONAL-LLM/) +

APPLICATION & ADMISSION (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/APPLICATION-ADMISSION/) +

CAREER DEVELOPMENT (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/CAREER-DEVELOPMENT/) +

SCHOLARSHIPS & FINANCIAL AID (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/SCHOLARSHIPS-FINANCIAL-AID/) +

TUITION & COSTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/TUITION-COSTS/)

VISAS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/VISAS/)

HOUSING FOR LL.M. STUDENTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/HOUSING-LL-M-STUDENTS-2/)

FREQUENTLY ASKED QUESTIONS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/FREQUENTLY-ASKED-QUESTIONS/)

MEET OUR STUDENTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/MEET-OUR-STUDENTS/)

CONTACT US (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/CONTACT-US/)

ADMITTED LL.M. STUDENTS — PROFESSIONAL TRACK » (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ADMITTED-LL-M-STUDENTS-PROFESSIONAL-TRACK/)

**DOCTORAL PROGRAMS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/DOCTORAL-PROGRAMS/)** +

**CERTIFICATE PROGRAMS + INDIVIDUAL COURSES (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/CERTIFICATE-PROGRAMS/)** +

**BERKELEY EMPIRICAL LEGAL STUDIES (BELS) (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/BERKELEY-EMPIRICAL-LEGAL-STUDIES-BELS/)** +

**SCHEDULE OF CLASSES (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/SCHEDULE-OF-CLASSES/)** +

**CURRENT ACADEMIC CALENDARS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/CURRENT-ACADEMIC-CALENDARS/)** +

**REGISTRAR (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/REGISTRAR/)** +

https://www.law.berkeley.edu/aca...

46 captures
13 Feb 2016 – 28 Apr 2019

AUG
◀ 29 ▶
2015 **2016** 2017
▾ About this capture



(https://web.archive.org/web/20160529075005/http://www.linkedin.com/edu/school?id=17941&trk=tyah)

/////JOIN OUR **MAILING LIST** (https://web.archive.org/web/20160529075005/http://info.law.berkeley.edu/acton/form/11369/0001:d-0001/0/index.htm)

Tweets by @BerkeleyLLM (https://web.archive.org/web/20160529075005/https://twitter.com/BerkeleyLLM)

(https://web.archive.org/web/20160529075005/https://twitter.com/BerkeleyLawNews)

(https://web.archive.org/web/20160529075005/http://www.youtube.com/user/berkeleyla

(https://web.archive.org/web/20160529075005/http://instagram.com/berkeleylaw)

(https://web.archive.org/web/20160529075005/https://www.facebook.com/UCBerkeleyLa

(https://web.archive.org/web/20160529075005/https://www.linkedin.com/edu/school?id=17941)

ABOUT (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/)
GETTING HERE (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/VISIT/GETTING-HERE/)
CONTACT US (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/CONTACT-US/)
JOB OPENINGS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/HUMAN-RESOURCES/JOB-OPPORTUNITIES/)
ABA REQUIRED DISCLOSURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/ABA-REQUIRED-DISCLOSURES/)
FEEDBACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/WEBSITE-FEEDBACK/)
FOR EMPLOYERS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTPS://WWW.LAW.BERKELEY.EDU/CAREERS/FOR-EMPLOYERS/)
UC BERKELEY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160529075005/HTTP://WWW.BERKELEY.EDU/)

© 2016 UC REGENTS, UC BERKELEY SCHOOL OF LAW, ALL RIGHTS RESERVED.

# EXHIBIT 2

https://www.law.berkeley.edu/academics/llm/traditional-llm/
13 captures
15 Feb 2016 – 27 Apr 2019

JUL
◀ 31 ▶
2016 2017 2018
▼ About this capture




# BerkeleyLaw
UNIVERSITY OF CALIFORNIA (https://web.archive.org/web/20170131065934/https://www.law.berkeley.edu/)

Home (https://web.archive.org/web/20170131065934/https://www.law.berkeley.edu/) »

Academics (https://web.archive.org/web/20170131065934/https://www.law.berkeley.edu/academics/) »

LL.M. Programs (https://web.archive.org/web/20170131065934/https://www.law.berkeley.edu/academics/llm/) »

LL.M. Traditional Track (https://web.archive.org/web/20170131065934/https://www.law.berkeley.edu/academics/llm/traditional-llm/)

# LL.M. Traditional Track

The traditional track of our LL.M. program, which takes place during the standard academic year from August to May, provides students with a range of opportunities, from obtaining a basic knowledge of the U.S. legal system to undertaking original research on a particular aspect of law.  Designed to integrate American and international law students at various levels of study, the traditional track allows candidates to satisfy degree requirements by enrolling in courses and seminars from among those offered to law students pursuing the J.D. degree. Aside from a few core curriculum courses specifically designed for international students, LL.M. candidates may select law courses as they see fit, with the exception of a few that are restricted to the J.D. curriculum. In addition to earning the degree, students seeking in-depth training in a particular area of law may earn a Certificate of Specialization (https://web.archive.org/web/20170131065934/https://www.law.berkeley.edu/academics/llm/traditional-llm/certificates-of-specialization/).

**ACADEMICS (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/)**

**AREAS OF STUDY (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/AREAS-OF-STUDY/)** +

**J.D. PROGRAM (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/JD/)** +

**LL.M. PROGRAMS (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/)** —

LL.M. PROFESSIONAL TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/PROFESSIONAL-LLM/) +

LL.M. TRADITIONAL TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/TRADITIONAL-LLM/) —

// COURSES (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/TRADITIONAL-LLM/COURSES/)

// CERTIFICATES OF SPECIALIZATION (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/TRADITIONAL-LLM/CERTIFICATES-OF-SPECIALIZATION/)

// CURRENT ACADEMIC CALENDARS (/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/CURRENT-ACADEMIC-CALENDARS/)

LL.M. THESIS TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/LL-M-THESIS-TRACK/) +

APPLICATION & ADMISSION (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/APPLICATION-ADMISSION/) +

TUITION & FINANCIAL AID (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/TUITION-FINANCIAL-AID/) +

CAREER DEVELOPMENT (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/CAREER-DEVELOPMENT/) +

FOR STUDENTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/FOR-STUDENTS/) +

MEET OUR STUDENTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/MEET-OUR-STUDENTS/) +

FREQUENTLY ASKED QUESTIONS (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/FREQUENTLY-ASKED-QUESTIONS/)

CONTACT US (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/CONTACT-US/)

https://www.law.berkeley.edu/academics/

13 captures
15 Feb 2016 - 27 Apr 2019

JUL
31
2016  2017  2018

◀ 31 ▶

▼ About this capture

**PROFESSIONAL LEGAL EDUCATION (PLE)** **(HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/PROFESSIONAL-LEGAL-EDUCATION/)**     +

**BERKELEY EMPIRICAL LEGAL STUDIES (BELS)** **(HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/BERKELEY-EMPIRICAL-LEGAL-STUDIES-BELS/)**     +

**SCHEDULE OF CLASSES (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/SCHEDULE-OF-CLASSES/)**     +

**CURRENT ACADEMIC CALENDARS (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/CURRENT-ACADEMIC-CALENDARS/)**     +

**REGISTRAR (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/REGISTRAR/)**     +

## Upcoming Berkeley Law LL.M. Events

LLM: LinkedIn Workshop (https://web.archive.org/web/20170131065934/http://ems.law.berkeley.edu/MasterCalendar/EventDetails.aspx?data=hHr8o03M7J4XFLF1RzoW1RPLvIkp9DbIsKS%2FGYc4Ej0%2BcMglNsFsYYorVoEmuz70) (02/27/2017)

LLM: Bar Tips Panel Workshop (https://web.archive.org/web/20170131065934/http://ems.law.berkeley.edu/MasterCalendar/EventDetails.aspx?data=hHr8o03M7J6fSdiJpH9UFaV%2F0TFkff7tpJC7uZSE1Vw9O%2Be2NdcmG%2BSYcvViWu0y) (03/20/2017)

View full calendar (https://web.archive.org/web/20170131065934/http://ems.law.berkeley.edu/MasterCalendar/MasterCalendar.aspx?data=LsHn%2bnm71fQVAEbIXeWW%2bc2HDMHsoLFAd5QiKF4Up4hLonL4sarhnfmgyXu5bxNfCPDS3PNrLy26SFuboXtYAYL63j%2fb2kezCJoQSdeNGr5pw8bvq

**f** (https://web.archive.org/web/20170131065934/http://www.facebook.com/BerkeleyLLM) 🐦

(https://web.archive.org/web/20170131065934/http://www.twitter.com/BerkeleyLLM) **in**

(https://web.archive.org/web/20170131065934/http://www.linkedin.com/edu/school?id=17941&trk=tyah)

🐦
(https://web.archive.org/web/20170131065934/https://twitter.com/BerkeleyLawNews)

▶️
(https://web.archive.org/web/20170131065934/http://www.youtube.com/user/berkeleyl

📷
(https://web.archive.org/web/20170131065934/http://instagram.com/berkeleylaw)

**f**
(https://web.archive.org/web/20170131065934/https://www.facebook.com/UCBerkeleyL

**in**
(https://web.archive.org/web/20170131065934/https://www.linkedin.com/edu/school?id=17941)

**ABOUT (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/)**

**GETTING HERE (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/VISIT/GETTING-HERE/)**

**CONTACT US (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/CONTACT-US/)**

**JOB OPENINGS (HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/HUMAN-RESOURCES/JOB-OPPORTUNITIES/)**



**FEEDBACK [HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/WEBSITE-FEEDBACK/]**

**FOR EMPLOYERS [HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTPS://WWW.LAW.BERKELEY.EDU/CAREERS/FOR-EMPLOYERS/]**

**UC BERKELEY [HTTPS://WEB.ARCHIVE.ORG/WEB/20170131065934/HTTP://WWW.BERKELEY.EDU/]**

© 2017 UC REGENTS, UC BERKELEY SCHOOL OF LAW, ALL RIGHTS RESERVED.

# EXHIBIT 3

https://www.law.berkeley.edu/academics/llm/career-development/

7 captures
1 Aug 2016 - 19 Jan 2019

◀ NOV
01 ▶
2015  2016  2018
▼ About this capture




**BerkeleyLaw**
UNIVERSITY OF CALIFORNIA (https://web.archive.org/web/20160801211919/https://www.law.berkeley.edu/)

Home (https://web.archive.org/web/20160801211919/https://www.law.berkeley.edu/) »

Academics (https://web.archive.org/web/20160801211919/https://www.law.berkeley.edu/academics/) »

LL.M. Programs (https://web.archive.org/web/20160801211919/https://www.law.berkeley.edu/academics/llm/) »

Career Development (https://web.archive.org/web/20160801211919/https://www.law.berkeley.edu/academics/llm/career-development/)

# Career Development

## Our Services

**HOW TO REACH US**

**For general questions, or if you don't know whom to contact:**
**llm@law.berkeley.edu (https://web.archive.org/web/20160801211919/mailto:llm@law.berkeley.edu)**
**Tel: 510-642-1476**

**OFFICE HOURS**

**10 a.m. to 4 p.m.**
**Monday through Friday.**
**Meetings by appointment only.**

### INDIVIDUAL COUNSELING
ADP staffs two attorney-counselors dedicated to the professional development needs of LL.M. students. Each counselor has practiced law and can offer real-world insights into various career paths. You may sign up for individual appointments via bCourses.

### TARGETED CAREER PLANNING
We can help you explore a variety of legal career options—both traditional and nontraditional—and determine how to pursue them.

Your career planning will have two elements:

- Exploration — learning about the types of opportunities compatible with your talents, work style, and lifestyle

- Job Searching — finding and landing specific opportunities



ADP's counselors are here to work individually with you on both.

### PROFESSIONAL DEVELOPMENT PROGRAMMING
ADP sponsors programs for LL.M. students throughout the year on topics including:

- Resume writing

- Interviewing skills

- U.S. business etiquette and networking

- Various legal practice areas

https://www.law.berkeley.edu/academics/llm/career-development

7 captures
1 Aug 2016 - 19 Jan 2019

NOV
◄ 01 ►
2015 **2016** 2018

▼ About this capture




Program (https://web.archive.org/web/20160801211919/http://www.law.nyu.edu/isip) and the UCLA LL.M. Interview Program (https://web.archive.org/web/20160801211919/https://law.ucla.edu/careers/employers/attend-a-job-fair-or-event/ucla-llm-interview-program/). ADP support for students attending these job fairs includes:

- Resume review, to conform your C.V. into a U.S.-style resume.

- Mock interviews, to help you develop interviewing skills through simulated job interviews conducted and evaluated by practicing attorneys.

- Individual appointments, to discuss bidding strategy and your overall plan for attending ISIP.

- Other job opportunities. Many international employers regularly solicit resumes from students to fill their hiring needs each year.

## More about career opportunities and services for:

Traditional Track Students

(https://web.archive.org/web/20160801211919/https://www.law.berkeley.edu/academics/llm/career-development/traditional-track/)

Professional Track Students

(https://web.archive.org/web/20160801211919/https://www.law.berkeley.edu/academics/llm/career-development/professional-track/)

J.S.D. Students

(https://web.archive.org/web/20160801211919/https://www.law.berkeley.edu/academics/llm/career-development/jsd/)

## Our Team



**DEBORAH SCHLOSBERG**
Director, Student Advising

Deborah Schlosberg has extensive litigation experience both in the private and public interest sector. Most recently, Deborah served as a litigation associate at Arnold & Porter LLP and Howard Rice Nemerovski Canady Falk & Rabkin, P.C. in San Francisco. Deborah's work focused on financial services and attorney liability litigation at both the state and federal level. Prior to joining Howard Rice, Deborah clerked for the Honorable Jeremey Fogel of the United States District Court, Northern District of California.

https://www.law.berkeley.edu/ac...

7 captures
1 Aug 2016 - 19 Jan 2019

NOV
01

2015  2016  2018

About this capture



education under state and federal law. Deborah received her B.A. from Stanford University and her J.D. from the University of California, Los Angeles. She is an active member of the State Bar of California.

At Berkeley Law, Deborah counsels students on professional development and their academic pursuits.



**ANYA GROSSMANN**
Associate Director, Student Advising and Outreach

Prior to joining Berkeley Law, Anya worked for five years as an associate attorney at Gibson, Dunn & Crutcher LLP in New York where she advised international and domestic corporate clients—many of them in the Fortune 500—on issues including insider trading and anti-corruption defense and investigations, corporate governance and compliance, and environmental and securities litigation.

Anya earned her J.D. from the University of Pennsylvania Law School where she was an executive editor of the University of Pennsylvania Journal of International Law. She received her B.A. in Geography from the University of California, Los Angeles, where she graduated with College Honors, cum laude, and was elected to Phi Beta Kappa. Anya is admitted to practice in the State of New York.

Anya provides career and academic advising to LL.M. students, as well as outreach to admitted students and alumni.

**ACADEMICS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/)**

**AREAS OF STUDY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/AREAS-OF-STUDY/)**    +

**J.D. PROGRAM (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/JD/)**    +

**LL.M. PROGRAMS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/)**    —

LL.M. TRADITIONAL TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/TRADITIONAL-LLM/)    +

LL.M. THESIS TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/LL-M-THESIS-TRACK/)    +

LL.M. PROFESSIONAL TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/PROFESSIONAL-LLM/)    +

APPLICATION & ADMISSION (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/APPLICATION-ADMISSION/)    +

CAREER DEVELOPMENT (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/CAREER-DEVELOPMENT/)    —

// TRADITIONAL TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/CAREER-DEVELOPMENT/TRADITIONAL-TRACK/)

// PROFESSIONAL TRACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/CAREER-DEVELOPMENT/PROFESSIONAL-TRACK/)

// J.S.D. (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/CAREER-DEVELOPMENT/JSD/)

TUITION & FINANCIAL AID (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/TUITION-FINANCIAL-AID/)    +

VISAS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/VISAS/)    +

HOUSING FOR LL.M. STUDENTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/HOUSING-LL-M-STUDENTS-2/)    +

FREQUENTLY ASKED QUESTIONS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/FREQUENTLY-ASKED-QUESTIONS/)    +

MEET OUR STUDENTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/LLM/MEET-OUR-STUDENTS/)    +

(HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ADMITTED-LL-M-STUDENTS-PROFESSIONAL-TRACK/)

DOCTORAL PROGRAMS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/DOCTORAL-PROGRAMS/)                    +

PROFESSIONAL LEGAL EDUCATION (PLE) (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/CERTIFICATE-PROGRAMS/)                    +

BERKELEY EMPIRICAL LEGAL STUDIES (BELS) (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/BERKELEY-EMPIRICAL-LEGAL-STUDIES-BELS/)                    +

SCHEDULE OF CLASSES (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/SCHEDULE-OF-CLASSES/)                    +

CURRENT ACADEMIC CALENDARS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/CURRENT-ACADEMIC-CALENDARS/)                    +

REGISTRAR (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ACADEMICS/REGISTRAR/)                    +

**f** (https://web.archive.org/web/20160801211919/http://www.facebook.com/BerkeleyLLM)

(https://web.archive.org/web/20160801211919/http://www.twitter.com/BerkeleyLLM)

(https://web.archive.org/web/20160801211919/http://www.linkedin.com/edu/school?id=17941&trk=tyah)

/////JOIN OUR **MAILING LIST** (https://web.archive.org/web/20160801211919/http://info.law.berkeley.edu/acton/form/11369/0001:d-0001/0/index.htm)

Tweets by @BerkeleyLLM (https://web.archive.org/web/20160801211919/https://twitter.com/BerkeleyLLM)

(https://web.archive.org/web/20160801211919/https://twitter.com/BerkeleyLawNews)

(https://web.archive.org/web/20160801211919/http://www.youtube.com/user/berkeleyla

(https://web.archive.org/web/20160801211919/http://instagram.com/berkeleylaw)

(https://web.archive.org/web/20160801211919/https://www.facebook.com/UCBerkeleyLa

(https://web.archive.org/web/20160801211919/https://www.linkedin.com/edu/school?id=17941)

ABOUT (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/)

GETTING HERE (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/VISIT/GETTING-HERE/)

CONTACT US (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/CONTACT-US/)

JOB OPENINGS (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/HUMAN-RESOURCES/JOB-OPPORTUNITIES/)

ABA REQUIRED DISCLOSURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/ABA-REQUIRED-DISCLOSURES/)

FEEDBACK (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTPS://WWW.LAW.BERKELEY.EDU/WEBSITE-FEEDBACK/)

https://www.law.berkeley.edu/admissions/admissions-overview/

7 captures
1 Aug 2016 - 19 Jan 2019

NOV
◀ 01 ▶
2015  2016  2018

▼ About this capture

**UC BERKELEY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160801211919/HTTP://WWW.BERKELEY.EDU/)**

© 2016 UC REGENTS, UC BERKELEY SCHOOL OF LAW, ALL RIGHTS RESERVED.

# EXHIBIT 4

 **Gmail**

Henrique Lavalle Faria <henriquefaria@gmail.com>

---

## Career Development at Berkeley Law

**Berkeley Law LL.M. Program** <llm@law.berkeley.edu>                    Fri, Jan 13, 2017 at 5:11 PM
Reply-To: "Berkeley Law LL.M. Program" <llm@law.berkeley.edu>
To: Henrique Faria <henriquefaria@gmail.com>

Connect with us:  

### LL.M. Professional Development

Dear Henrique,

As you await your admissions decision from Berkeley Law, we know that career progression is a priority. In the global legal marketplace, the LL.M. degree can be a critical component of career advancement in many countries worldwide. The Master of Laws degree from Berkeley Law often leads to opportunities for our LL.M. students at leading law firms around the world, as well as advancement in government bodies and institutions.

Berkeley Law offers a variety of professional development services to LL.M. students, including:

- Custom-tailored career development programming, including skills-based workshops and networking guidance
- Private advising appointments, mock interviews, and resume/cover letter review
- Support LL.M. recruitment fairs for international jobs (International Student Interview Program hosted in NYC and the UCLA LL.M. Interview Program hosted in Los Angeles)

**A Note about U.S. Employment**

As you may know, the U.S. job market for foreign-trained LL.M. students is highly competitive. The number of positions for LL.M. graduates seeking a one year position during the Optional Practical Training period are limited. When it comes to seeking long-term employment in the U.S. it is important to remember that an LL.M. degree is not a substitute for the three year J.D. degree and that bar admission is required for all permanent attorney positions in the United States. Legal employers rarely hire LL.M. students for positions here in the U.S. For more information, please review our FAQs about jobs at our career page.

Despite the odds, however, the Advanced Degree Programs Office is committed to supporting our students in their career advancement objectives.

Sincerely,

Deborah S. Schlosberg, Esq.
Director of Student Advising

Anya Grossmann, Esq.
Associate Director of Student Advising

Advanced Degree Programs

Berkeley Law

| **University of California, Berkeley** | **214 Boalt Hall** |
| **School of Law** | **Berkeley, CA 94720** |
| **Advanced Degree Programs Office** | **+1 510.642.1476** |

Click here to opt out of further emails from Berkeley Law.

# EXHIBIT 5

**LL.M. GUIDE FOR CAREER SEARCHES THE UNIVERSITY OF
CALIFORNIA, BERKELEY, SCHOOL OF LAW 2017-2018**

# Table of Contents

| | | |
|---|---|---|
| I. | EXPAND YOUR PROFESSIONAL NETWORK | 2 |
| A. | SUGGESTIONS FOR MAKING NETWORKING CONTACTS | 2 |
| B. | SUGGESTIONS REGARDING EFFECTIVE USE OF E-MAIL | 2 |
| C. | NETWORKING TIPS | 2 |
| II. | JOB INTERVIEWS DURING THE WINTER BREAK | 3 |
| III. | CHECK YOUR RESOURCES FOR JOB POSTINGS | 3 |
| A. | CAREER OPTIONS AND SELF-ASSESSMENT | 4 |
| B. | HOW TO SEARCH FOR U.S. LAW FIRMS THAT HIRE LL.M. CANDIDATES | 4 |
| IV. | UPDATE YOUR RESUME AND PREPARE OTHER JOB SEARCH MATERIALS | 4 |
| A. | UPDATE YOUR RESUME | 5 |
| B. | COVER LETTERS | 5 |
| C. | WRITING SAMPLES | 6 |
| D. | LIST OF REFERENCES | 6 |
| E. | TRANSCRIPTS | 7 |
| V. | PLANNING AHEAD | 7 |
| | APPENDIX A | 9 |



**BerkeleyLaw**
UNIVERSITY OF CALIFORNIA
LLM Degree Program

| PART I | CAREER & PROFESSIONAL DEVELOPMENT SERVICES OVERVIEW |
|---|---|

Deborah and Anya are your Career Advisors specialized in working with LL.M. students. They liaise with the J.D. counselors in the CDO to ensure uniformity in the resources and information given to all Berkeley Law students.

| What We Do | What We Don't Do |
|---|---|
| RESUME and COVER LETTER review | Resume and cover letter writing |
| INTERVIEW coaching/mock interviews | Set up interviews for you |
| Advice on NETWORKING IN THE U.S. including how to draft emails to people you don't know, follow up with contacts, and use LinkedIn | Network for you |
| Professional development PROGRAMMING | |
| Facilitate your attendance at LL.M. JOB FAIRS | Guarantee you'll get a job |
| **Support your self-initiated job search** | **Provide job placement services** |

The good news: your specific set of skills, background, and experience makes you a unique candidate on the job market, both in the U.S. and abroad.

The bad news: there is almost no piece of advice Anya and Deborah can give that will apply equally to the entire class. Make an appointment via bCourses and they can help you craft your job search process based on your specific career goals and background.

### RESUME AND COVER LETTER REVIEW PROCESS

Follow these steps in this order. Resumes and cover letters are reviewed on a first-come-first-served basis. If you fail to do your part or go out of order, you will be put in the back of the line.

1. Review the resume and cover letter guides and templates posted on the ADP bCourses page and conform your materials to the U.S.-style formatting (for U.S. job positions)

2. Email your best version to llmresumereview@law.berkeley.edu. If you email it directly to Anya or Deborah we will lose it in our inboxes, we promise

   a. **IF YOU HAVE A LOOMING DEADLINE, MENTION THAT AND THE DATE IN YOUR SUBJECT LINE!** Our one exception to the first-come-first-served rule is for upcoming deadlines. We do our best, though, and cannot guarantee you'll receive feedback in time, so please plan ahead

3. You may then receive a first round of feedback on formatting and grammar. Please be patient, we get a lot of resumes

4. Revise your materials and send them in again to llmresumereview@law.berkeley.edu for a second round of more substantive feedback

If you prefer to meet in person to discuss your resume and/or cover letter, please feel free to make an appointment through bCourses. We may not have been able to review your materials before your meeting, but will do so with you in person.



LLM Degree Program

## PART II THE U.S. LEGAL MARKET AND OPPORTUNITIES FOR LL.M. CANDIDATES

As you may know, the U.S. legal job market is extremely tough, and not just for LL.M. students. J.D. students face a difficult job market as well. Less than 10% of the LL.M. class finds a job, temporary or permanent, in the U.S. following graduation. We are here to support your U.S. job search, but it is important that you have another plan you pursue with equal vigor.  The Berkeley Law LL.M. degree is a valuable credential internationally and often propels forward the career trajectory of our alumni.

### OBSTACLES:

- U.S. work authorization
- Bar exam requirements
- Firm recruitment schedule

### ADVANTAGES:

- Language skills
- Prior work experience
- Existing professional network

### PATHWAY TO A U.S. JOB:

Connections, LL.M. job fairs, networking, and serendipity! Of our students who found a new job, most did so by using their personal network (30%) and through ISIP (24%). *Most jobs found through ISIP were for positions outside the U.S.

**LESS THAN 10% OF STUDENTS FIND A JOB IN THE U.S.—WHETHER TEMPORARY (OPT) OR PERMANENT—FOLLOWING GRADUATION.**



How did you obtain your job?

### RESOURCES – FIND ON BCOURSES

#### RESEARCH

- U.S. firms that hire foreign-educated LL.M.s
- U.S. job requirements (years of experience required, backgrounds of interest)

#### JOB SEARCH WEBSITES

- General aggregators, law firm-focused, in-house focused

- B-Line, Berkeley Law's job database

#### NETWORKING

- Berkeley Law LL.M. LinkedIn group
- Reaching out to alumni
- Attending conferences
- Meeting on-campus guest speakers
- Local or national bar associations
- Other professional development groups

For more information: https://www.law.berkeley.edu/academics/llm/career-development/

On behalf of the Advanced Degree Programs Office at Berkeley Law, we congratulate you on completing your first month of LL.M. studies! We know that many of you plan to return to your prior employment or future academic pursuits, but several of you have also mentioned that you would like to be proactive about a job search for a new position after graduating with your LL.M. degree.

To that end, we have compiled this LL.M. Guide for Job Searching, and we hope that it will be a helpful resource for you. Below, you will find 5 "action items" that you can use as a guideline for focusing your job search efforts.

As always, we welcome your feedback, and we look forward to working with you this year!

## I.      EXPAND YOUR PROFESSIONAL NETWORK

Each and every one of you should be networking as much as possible. It has been proven many times over that there is no better way to find a job than through connections.

### A.      SUGGESTIONS FOR MAKING NETWORKING CONTACTS

Below are some suggestions for connecting with your targeted networking contacts:

- Research law firms and organizations in your intended field of practice, and set up informational interviews with people at these organizations who may have great contacts and/or insights into how to succeed in their practice area. If these individuals are located outside of the Bay Area, you can set up phone meetings. If you are traveling to an area where you might like to work either in the Fall or over winter break, take the time now to set up some informational interviews with local practitioners.

- Attend lunchtime and evening programs at the law school that are intended for LL.M. students. Learn about practice areas of interest and then follow up with speakers to arrange for informational interviews.

- Research professional associations that are relevant to your practice area. Then, locate meetings or events held by these groups, and use these events to make connections

    o If you are interested in practicing law in the United States, you may wish to research state bar associations in your target jurisdiction, including Sections and Committees that are relevant to your intended field of practice. Often, state bar associations will publish contact information for their Section officers on the state bar Web site. For example, for the NY State Bar information, go to www.nysba.org and click on Sections & Committees (you will see various practice area sections ranging from Antitrust Law, Dispute Resolution, Environmental Law, IP Law to International Section.). Similarly, for the State Bar of California, go to www.calbar.ca.gov and click on ATTORNEYS at the top and then select Sections menu.

- Reach out to personal connections and make it known that you are searching for a job. You will be surprised at who people know, and how much they are willing to help.

## B.   SUGGESTIONS REGARDING EFFECTIVE USE OF E-MAIL

Many LL.M. students will use e-mail to reach out to potential networking contacts. Although many employers and students now prefer the convenience of e-mail, you should make sure that your e-mail correspondence is just as polished and formal as documents you send by mail. Here are some tips that were excerpted from *Before You Hit Send*, by Katie Schendel:

- Your e-mail will serve as a writing sample. Therefore, you should read out loud or print out a copy of your e- mail and proofread it for errors – spend the same amount of time as you would spend on a hard copy letter.

- Always use your law school e-mail account (no hotmail, yahoo or gmail addresses) for any networking correspondence. It conveys a professional image and for U.S. employers will be opened and read more often as Berkeley is  a recognizable address.

- If you refer to attachments in your e-mail, make sure to attach the documents. Give each attachment a name that makes it easily identifiable (for example, "Jane Smith Resume").

- You should always send documents in PDF format.

- Do not use emoticons, all caps, or abbreviations like "BTW" or "FYI." Sign emails with "Thank you" "I look forward to hearing from you soon" or "Have a nice day".

- If a networking contact is in your address book, be careful to avoid sending him or her inadvertent messages.

- Refer to bCourses to find sample Informational Interview email requests.

## C.   NETWORKING TIPS

Networking is a learned skill that can yield many rewards. We believe that if you  approach networking in a systematic and organized fashion, with an eye toward making useful professional contacts in your desired field of practice, you will find the process very rewarding.

ADP offers a variety of helpful resources to consult regarding networking initiatives. In particular, you should consult the networking and informational interviewing materials on bCourses under Professional Development for guidance regarding  the  networking  process including slides from the U.S. Business Etiquette and Networking presentation, sample e-mails to send to networking targets,  and  a  list of questions to ask during an informational interview. Other books on networking, including The Art of Mingling by Jeanne Martinet, and How to Talk to Anyone by Leil Lowndes, are available at bookstores and  online.

## II.      JOB INTERVIEWS

In addition to the informational interviewing which is a form of networking, some LL.M. students may have scheduled job interviews either during one of the two LL.M. job fairs or arranged through other application processes.  There are several resources at your disposal regarding the job interview process.

- You should first consult the interviewing resources we have posted on bCourses under Professional Development as they are tailored specifically for LL.M. students.  For additional resources, you may consult the CDO's extensive interviewing resources online at https://www.law.berkeley.edu/careers/resources/interviewing-2/ (username: cdo password: cdoaccess).  Although these resources were designed for the J.D. population, they provide very helpful information regarding interviews in the United States.

- We are available to assist you with interview preparation by conducting one-on-one "mock interviews" during regularly-scheduled appointment times. In fact, leading up to the two job fairs, we will be dedicating over two weeks' worth of appointments to mock interviews in January 2018. For more information, please see Section V below.

- We wanted to raise your awareness of videoconferencing facilities here at Berkeley Law. Should you need to schedule an interview with a long-distance employer, the school offers videoconferencing capabilities free of charge. For more information, please look at the instructions provided on bCourses under Professional Development.

- Finally, we encourage you to reach out to us throughout the interview process – whether for interview preparation, or if you need help evaluating a job offer. We are here to help support you.

## III.      CHECK YOUR RESOURCES FOR JOB POSTINGS

LL.M. students are viewed as lateral attorneys by U.S. employers and not recruited through on-campus recruiting.

We encourage you to be creative and flexible when searching for potential employment opportunities. In addition to checking b-Line (Berkeley Law's online jobs database – instructions on how to access can be found on bCourses) at https://www.law.berkeley.edu/career-development-office/jobs-career-options/b-line/, we suggest that you also review external job search databases. We have listed several on bCourses under Professional Development.   When considering whether or not to submit applications for positions posted on job search databases, it is important to reviewed the minimum qualifications.  Positions posted that list Bar Admission as a minimum requirement, for example, are not likely a wise investment of your time before gaining admission.

We suggest that U.S.-J.D. trained LL.M. students contact the institution where they obtained their J.D. degrees, and ask for access to that institution's jobs database as well.

### A.  CAREER OPTIONS AND SELF-ASSESSMENT

As you think creatively in considering a variety of potential employers, we suggest that you  research practice areas and employers.  You can do this by consulting some of the resources provided on the CDO website under either Private Sector or Public Interest.  As part of this process, you may also wish to conduct a self-assessment regarding your career options and potential employers. You can access some Self-Assessment and Counseling resources compiled  at https://www.law.berkeley.edu/careers/resources/ which will help you identify your strengths, interests, and  target employers.

### B.  HOW TO SEARCH FOR U.S. LAW FIRMS THAT HIRE LL.M. CANDIDATES

If you are interested in working for a law firm in the United States following graduation from Berkeley Law, we recommend that you perform a search of the NALP Directory (http:// www.nalpdirectory.com) to determine which law firms have affirmatively reported that they hire either domestic and/or  foreign LL.M.s. Simply enter your target geographical location and practice focus, then select from the "Organizations that Hire" drop-down menu either "Domestic LL.M.s" or "Foreign LL.M.s." Within each law firm's profile, there is a "Recruitment and Hiring" tab where you can specifically review their reported "LL.M. Hiring Information," including the application process and  timing guidelines. You may also reach out to the recruitment contact at each firm directly under the  "Basic Information" tab for each law firm.

While the NALP Directory serves as a good starting point for your research about U.S. law firms, it does not reflect all employers that have hired, or would be willing to hire, LL.M. candidates.  Many LL.M.s report to us that they have had success in gaining interview opportunities with a wide range of employers through networking simply by reaching out to their professors, Berkeley Law alumni, former colleagues, or professionals with a similar background to express an interest in an internship or  permanent opportunity in the United States. While this self-initiated job search may be time-consuming and, at times, frustrating, ultimately it is the best path to make connections that you can maintain throughout your career.  You may also consult the table found in Appendix A.  This is a table of law firms that affirmatively operates a foreign lawyer program at their offices.  The table changes annually based upon individual law firm business decisions.

### IV.  UPDATE YOUR RESUME AND PREPARE OTHER JOB SEARCH MATERIALS

We suggest that if you plan on a job search in the U.S. or outside of your home jurisdiction, you update your resume and prepare other job search materials, such as cover letters, writing samples, and a list of references. We also recommend that you obtain all necessary transcripts (undergraduate law, etc.) as soon as possible, as employers often expect candidates to provide these materials during the interview stages.

For information regarding the proper content and format of all of these materials, you can review the materials available posted on bCourses. There are samples and explanations provided.

### A.      UPDATE YOUR RESUME

In addition to potentially converting your CV to a U.S. style  resume, specific updates that you might wish to reflect include:

- Any relevant courses that you plan to take for the Spring semester (your resume should not include an exhaustive list of all coursework);

- Any student organizations or journals that you have joined at Berkeley Law;

- Any internships or other work experience that you are doing now; and

- Any professional associations you have joined since coming to Berkeley Law.

As a reminder, a Sample LL.M. Resume and an LL.M. Resume Self-Critique are available on bCourses under "Professional Development" along with other application material samples and guides.

Your LL.M. career advisors will review and comment on your resume at your request. To submit your resume for review, simply e-mail a copy to llmresumereview@law.berkeley.edu. We generally ask for one week of turnaround time to return our comments to you. This varies during busy times.

After you receive comments on your resume, you may set up an appointment on  bCourses if you have questions about next steps.

### B.      COVER LETTERS

Cover letters are an essential component of the job application process in the United States.  If a job posting indicates that a cover letter is required or optional you should provide one along with your resume.

Provided below are essential resources for drafting an effective cover letter. **Remember,**  for success, you should tailor each cover letter to the relevant employer.   Also, remember to always address your cover letter to the correct individual, and to highlight the aspects of your background and experience that most closely match the criteria that the employer has set forth for the position.

We have provided cover letter guidance tailored for LL.M. candidates on bCourses under Professional Development, including two s ample LL.M. Cover Letters and an LL.M. Cover Letter Outline.

Cover letters are not a part of the initial job application process for the LL.M. Career Fairs held at NYU and UCLA.

The process for submitting your cover letter for review is the same as the process for submitting your resume: please e-mail a Word copy to llmresumereview@law.berkeley.edu.

### C.      WRITING SAMPLES

A writing sample is exactly what it sounds like - a sample of your writing.  You should not draft something for an application, but utilize a polished piece of legal writing that you previously completed.  The writing sample must be law-related, but it can either be a neutral research piece, such as a legal memorandum, or persuasive writing. The topic of the writing sample is not as important as that it shows your best reasoning and writing abilities, including your attention to detail and analytical skills.

If your sample was written for an actual client during legal employment, *obtain the permission of your supervising attorney before you use it and replace the names involved with fictional ones that would protect the confidentiality of the clients*. Make it clear you have complied with confidentiality requirements so that prospective employers can see your good judgment.

Create a cover sheet for your writing sample with your name and contact information, and any other explanatory information you need to include. In the absence of a specified length for your writing sample, it should be 5 – 8 pages (never more than 10). If the piece of writing you want to utilize is too long, you can take a part of a longer piece of writing as long as it is able to stand on its own logically.  Anything you submit as a sample must be a true reflection of your own writing abilities, and many requests for writing samples specify that it must be not be edited by others.

Proofread your writing sample multiple times to ensure that it is **error-free** and that you would be comfortable discussing it in an interview. Please note that because employers expect writing samples to be an applicant's own work product, **your LL.M. advisors will not be available to review or edit your writing samples**. We can, however, help you think through which sample might be best.

### D.      LIST OF REFERENCES

We suggest that you spend time now thinking about who you should include in your list of references that will ultimately be provided to a potential employer. If you have previously prepared a list of references, please check that all of the contact information listed is still correct, and

consider whether your list should be updated with new individuals with whom you have worked or collaborated since arriving at Berkeley Law.

References are people who know you professionally or academically and who can recommend you for an internship or a job. It is appropriate to include three or four individuals on a list of references. Do not list more than four individuals as a potential employer will never contact more than four people and you want the potential employer to contact your best possible references. Family members should not be included as references.

IMPORTANT: You should always confirm that your references consent to providing their contact information and serving as a reference on your behalf. To assist you in drafting this document, we have prepared a Sample LL.M. List of References posted on bCourses.

CLARIFICATION: When a U.S. employer asks for reference, it is not asking for letters of recommendation. The employer is simply asking for the contact information of individuals that can speak to your professional and/or academic abilities. They will then email/call your references.

### E.   TRANSCRIPTS

Now is the time to ensure that your transcripts are all in order. Be sure to obtain all necessary transcripts and to scan them in PDF form at the lowest resolution possible. This will ensure that you will always have electronic copies available. Many potential employers do not require an "Official" transcript, but rather a photocopy or an electronic copy will suffice.

If you are an international LL.M. student, you may wish to request an English translation of the transcript from your first law degree. With regard to your Berkeley Law transcript, please visit https://www.law.berkeley.edu/academics/registrar/- instructions on requesting a transcript are provided there   Please note that your Berkeley Law transcript will likely not reflect your Fall 2017 grades until after you return to campus in January.

## V.   PLANNING AHEAD

We are excited to announce that we have already planned several more events for the Fall and Spring semester. These will include a Resume Workshop, Career Fair Information Session, Speed Networking Event, ABA International Law Career Panel, Interviewing Workshop, Mock Interviews, Drop-In Academic Advising, a LinkedIn Workshop, an LL.M. Alumni Careers Panel, OPT Application Training, and a Bar Exam Tips Panel featuring LL.M. alumni.

We will remind you of these events, and will announce further programming as the year continues.

\*      \*      \*      \*      \*

We hope that the above information is helpful to you as you conduct your job search during Winter Break. Please remember that the Professional Development resources provided on bCourses are intended to be your first stop for information.  Your LL.M. career advisors will be happy to answer any questions regarding your job search strategies and any of the topics in this Guide.

Kind regards,

Deborah Schlosberg and Anya Grossmann and the rest of the ADP office

**APPENDIX A**

| Firm | Opportunities for LL.M. students. | Note |
|---|---|---|
| Alston & Bird LLP | Foreign Internship: 3-month unpaid internship program for international lawyers.<br><br>The program is designed primarily to give foreign lawyers firsthand experience with a U.S. commercial law practice as part of their preparation for professional practice in their native countries. | Prefers German speaking applicants<br><br>http://www.alston.com/careers-foreign-internships/ |
| Baker & Mckenzie | Award International Clerkships to law students and recent graduates interested in exploring a career in law. Recipients typically work with lawyers from two different countries over a 12-week period | Candidates typically need at least two years' formal legal training prior to their clerkship<br><br>http://www.bakermckenzie.com/en/careers#international%20clerkships |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Curtis has a specific program designed for LL.M. students.<br><br>Their goal is to provide international associates with practical training, while in turn making use of their particular skills through carefully selected assignments. | http://www.curtis.com/sitecontent.cfm?pageid=45 |
| Debevoise & Plimpton LLP | Hires LL.M. students for associate positions | http://www.debevoise.com/insights/news/associate-faqs |
| Fox Horan & Camerini LLP | Provides an apprenticeship for foreign lawyers who recognize the value of experience in a U.S. law firm before returning to their home countries.<br><br>The apprenticeship for a foreign lawyer is usually from four to six months. | http://foxhorancamerini.com/recruiting/ |
| Freshfields Bruckhaus Deringer | Recruits LL.M. students from around the U.S. for trainee and associate positions in their offices worldwide – January 15 deadline | http://www.freshfields.com/Templates/MutliColumns/MultiColumns.aspx?pageid=2147947869 |
| Gibbons PC | Foreign Legal Internship Program, based out of our New York office, offers German referendars the opportunity to spend their "Wahlstation" (last part of the mandatory German legal internship) with this firm.<br><br>This three to four-month program attracts those who enjoy combining a challenging legal internship with the excitement of Manhattan's fast-paced working environment | Available only to German students<br><br>http://www.gibbonslaw.com/careers/referendare/ |

| | | |
|---|---|---|
| Shearman & Sterling LLP | Shearman & Sterling offers an International Associate Program (IAP)<br><br>The ideal candidate for an international associate position has completed, with academic distinction, both a law degree in his or her home country and an LL.M. program in a U.S. law school, and is interested in full-time employment in our office in his or her home jurisdiction following the completion of the IAP. | http://www.shearman.com/en/careers/americas/united-states/international-associate-program |
| Sullivan & Cromwell LLP | Sullivan & Cromwell's Visiting Lawyers Program provides practical training in the United States to visiting lawyers who plan to return to their home countries to practice law | If the candidate is enrolled in a U.S. LL.M. or similar program, S&C generally wishes to see the student's first-semester grades<br><br>https://careers.sullcrom.com/vlp |
| Zuber Lawler & Del Luca | Offers a Visiting Foreign Attorney Internship Program. This program seeks to provide a visiting foreign attorney with a realistic sense of the work performed at our Firm and an in-depth overview of the U.S. legal system. | Applicant must be either a practicing attorney licensed to practice and in good standing in a non-U.S. jurisdiction, or must be a law-trained member of the legal department of a corporation or other institution having its office located outside the United States<br><br>http://www.zuberlaw.com/lawfirm/careers/visiting_foreign_attorney_internship_program |
| DLA Piper | Global one year program | https://www.dlapiper.com/en/us/ |
| Fenwick & West LLP | One year LL.M. position, 3 spots total | http://www.fenwick.com/pages/default.aspx |
| White & Case LLP | Summer Associate Program:<br><br>Each office makes a decision whether to recruit LLM students at the beginning of the year. Start accepting LLM applications starting in January | https://uslawcareers.whitecase.com/faqs |
| Crowell & Moring LLP | Visiting International Scholars Program brings lawyers from other countries and cultures into our midst, broadening our contacts internationally and our knowledge of other legal systems. | https://www.crowell.com/Practices/International-Dispute-Resolution/International-Arbitration<br><br>Although Crowell & Moring's website states it maintains an International Scholars Program, the website does not include information on how to apply |

# EXHIBIT 6

# BerkeleyLaw
UNIVERSITY OF CALIFORNIA

Mark P. Gergen
Associate Dean for Faculty
Development and Research and
Professor
University of California, Berkeley
School of Law
598 Simon Hall
Berkeley, CA 94720
510 643-9577
Fax 510 643-7397
www.law.berkeley.edu
mgergen@law.berkeley.edu

August 30, 2018

Ernst & Young

To Whom It May Concern:

   I am writing this letter on behalf of Henrique Faria, who was a student in my Partnership Tax class last Spring. I learned of Faria's visa issue from my wife, who runs our Advanced Degree Program. This was over glasses of wine at end of the day as we discussed problems of the day. When I told her of how impressed I was by Faria's performance in Partnership Tax she suggested I write this letter on behalf of Faira. Unfortunately, the need to move quickly requires that this letter be transmitted to you through Faira. Please do not discount what I say here for this reason. I am happy to talk on the phone or communicate by email, if you want to follow up.

   Let me cut to the quick. Based on his performance in Partnership Tax I believe Faria has the analytical ability, work ethic, and lingual talent to be one of the best international tax lawyers of his generation. Partnership Tax is an extraordinarily difficult class with stiff competition. I teach it at a very high level. Faria received the fourth highest grade in a class of 10 students, tying with another student. Foreign LLM students rarely take any U.S. tax courses, much less Partnership Tax. Faria's performance in the class is the best performance of any foreign LLM student in a U.S. tax course that I have taught.

   But this is not why I am so impressed by Faria. As I said, the pool of foreign LLM students who take U.S. tax courses is fairly small at Berkeley. What so impressed me by Faria is the quality of his performance in the class. He was there every day except when he went to two job fairs, one of which landed him the job at E&Y. (By the way, he was thrilled when he landed the job.) It was a small class so he was on call every third day. He was always prepared. And it was clear over the course of the semester that he was mastering U.S. partnership tax.

   One moment stands out for me in particular. We were deep in the course and studying inside basis adjustments under § 734(b). Earlier we had studied inside basis adjustments under § 743(b). Nominally (and incorrectly) § 743(b) adjustments are "personal" to the acquirer of a partnership interest. Embedded deep in the § 734(b) regulations is an example, which (correctly) enables other partners to benefit from an inside basis adjustment. The factual setting of the problem is quite complicated. It involves a series of transactions with partnership interests changing hands by a mix of transfers between partners and transfers between a partnership and partners. I call on students in order. It was Faria's turn. On a problem this difficult, I always tell a student he or she may pass. After so advising Faria, I told him that if he wanted to take a

crack at the problem, then I wanted him to pretend he was explaining the relevant rules, their practical implications for the partners, and the reasons behind the rules as if he were talking to a lawyer who did not know partnership tax or to a sophisticated client.   Faria's answer was extraordinary on each of the dimensions I just described.   When he was done I literally applauded him and said how impressed I was by his answer.

I am not surprised in seeing on Faria's transcript that he received an HH (top 10%) and an H (roughly top 35 to 40%) in International Tax and Corporate Tax.  His P grades in Income Tax and Partnership Tax do not shake my assessment of his ability.  Tax law is extraordinarily path dependent.  Tax law is a highly artificial system that maps on to systems that them selves are highly artificial (e.g., the private law of business entities and trusts).   Occasionally in my career I have found it necessary to understand at more than a superficial level company law and tax law in other legal systems.  I find this daunting when the other system is a common law system and next to impossible when the other system is a civil law system.   Faria's grasp of the U.S. tax system—and his ability to explain the system in English—is extraordinarily impressive for a lawyer from a civil law system.

E&Y was lucky to have recognized Faria's talent and to hire him.  You need to find a way to keep him as part of your firm.  I apologize for my institution creating this problem for you and him.

Sincerely,

Mark P. Gergen
Associate Dean for Faculty Development
and Research and Robert and Joann Burch
D.P. Professor of Tax Law and Policy
University of California, Berkeley School of
Law

2

# EXHIBIT 7



8 June 2018

Henrique Lavalle da Silva Faria
2024 Durant Ave
Apt 610
Berkeley, California 94704

Dear Henrique:

On behalf of Ernst & Young U.S. LLP (EY), I am pleased to extend an offer of employment to you as a Senior in the International Tax Services Practice, at an annual base salary of $120,000. During the interview process you impressed us with your professional experience and qualifications. We are equally convinced that you have the ability to grow and thrive in our inclusive and supportive environment in which your unique talents and contributions will be recognized and valued.

In the pages that follow, you'll find the necessary details about your start date, orientation, and benefits, as well as firm policies and certification requirements. Should you decide to accept this offer as outlined below, electronically sign by selecting "Accept the offer" below by 14 June 2018. If you have any questions or concerns, please let us know as soon as possible.

As you make this important decision, please keep in mind that EY is committed to fostering a professional environment where your career may flourish. Our learning culture will provide support for your development with mentoring, coaching and educational opportunities, both formal and informal. We'll also strive to provide the flexibility you need as you learn to balance work and personal life. Please read all of the attached information, and if the terms of our offer are acceptable to you, please sign where indicated. We look forward to hearing from you.

Sincerely,

Robert Weber
Partner

Below is the following information about EY's offer to Henrique Lavalle da Silva Faria:

- Title, Compensation, Start Date
- Labor Law
- Compensation Policy
- Flexible Benefits Program
- Visa and Immigration Information
- Terms of Offer and Employment
- Confidentiality Agreement
- Code of Conduct
- Independence Policy
- CPA Work Location License Requirement for Existing CPAs
- Certification Requirements
- Identity and Eligibility Documents
- Orientation
- How to Respond

**Title, Compensation and Start Date**

Upon joining EY's International Tax Services Practice based in our New York office, you will have the title of Senior. Effective on your first day of employment, your annual base salary will be $120,000, and will be payable semi-monthly on the 15th and last day of each month. We anticipate having you start on 6 August 2018; however, should you need to start on a different date we will try to be flexible regarding a mutually agreed upon date. In addition to your base pay, you will have the opportunity, under EY's variable pay program, to be recognized for contributions that go above and beyond our everyday high expectations. The firm's variable pay program currently includes recognition awards, promotion bonuses and, at the rank of Senior and above, participation in the firm's performance based bonus program.

**Labor Law Notification – Exempt Worker Notification**

Because of the nature of your job duties, you are classified as an Exempt employee under the Fair Labor Standards Act. The notification is as follows:

NOTICE OF HIRE – ACKNOWLEDGEMENT OF WAGE RATE AND DESIGNATED PAYDAY
Exempt Employees
Employer Company Name: Ernst & Young U.S. LLP
FEIN: 34-6565596
Address: 5 Times Square
New York, NY 10036-6530
Phone: +1 212 773 3000
Employee Name:  Henrique Lavalle da Silva Faria , 1012386887
Basis of pay:  Your annualized salary is $120,000, payable on a semi-monthly

basis.
Your regular rate of pay:  $120,000 per year.
Your overtime rate of pay: This employee is not eligible for overtime pay.
Designated pay day: The 15th and last day of each month.

### Compensation Policy

EY has a performance based compensation policy and any adjustments to your base annual salary will be based primarily on your annual performance, as well as EY's and the practice's overall performance. EY's "Performance Year" begins 1 July and concludes 30 June. Practice leadership will make the final decision regarding any base annual salary adjustments awarded. You will be eligible for a salary adjustment in October 2019.

### Flexible Benefits Plan

As a member of our professional staff, you will be eligible to participate in the EY U.S. LLP Flexible Benefits Program. If you elect medical and life insurance coverage, please note that it does not become effective for new staff members and their dependents until the first day of the month following the month in which your employment begins. For example, a person starting on 25 June would be eligible for insurance coverage effective 1 July. We mention this so you may arrange personal coverage if a lapse of time occurs between the date your present medical insurance ceases and ours becomes effective.

Your Total Rewards benefits package is more than just your medical and life insurance coverage.  If you're interested in learning more about what we offer, please explore the links below:

To learn more about what Total Rewards means at Ernst & Young LLP, click here. If you have questions, please contact your recruiter.

For detailed information regarding EY's benefits, contact a Benefits Express representative at +1 877 339 1239 or visit  EY ALEX Benefits Counselor.

### Visa and Immigration Information

EY will assist you in securing your work authorization in the US and will maintain your status during your employment with us in accordance with established US immigration laws. Once you have accepted our offer of employment, your contact information will be provided to EY Law, our immigration attorneys. They will contact you to begin the process of securing the appropriate US work authorization. If you are not contacted by EY Law within one week of accepting our offer of employment, please contact our Shared Services Center at +1 800 EYHELP3 Option 2. Upon successful completion of the visa process and upon receipt of a US Social Security Number, if you don't currently have one, we can confirm your start date.

At this time, we ask that you gather all required documentation that is necessary to begin the visa process. EY Law will reach out to you via email, requesting the information/documentation listed below to commence the process and prepare the visa application for filing. Please ensure that you have all documentation readily available but please do not return the documentation with your offer letter. The gathering of these documents will quicken the visa process. Basic information that you should be gathering, as available to you at this time, is as follows:

1.       Degree(s) and academic transcripts (copies are acceptable);
2.                    Current resume;
3.              Valid passport (copy) data page;
4.       Copies of previous or current US visas, government receipt notices, approval notices or other related US immigration documents such as all I-20 documents (if applicable);
5.   Copies of accompanying family member's documents (items 3, 4 above in addition to marriage certificates for spouses and birth certificates for children);
6.       Paystubs (if employed) and W-2s for previous years, if applicable.

**Terms of Offer and Employment**

**Your employment relationship with EY is "at-will." This means that either you or EY may terminate the relationship at any time for any reason with or without notice or cause, unless stated otherwise in an employment agreement signed by an authorized person. Nothing contained in any policies or rules, or any representation of the contrary, will alter that relationship unless in writing signed by an authorized person. This offer is contingent upon your agreement that any dispute, controversy or claim (as defined in the EY Common Ground Dispute Resolution Program) arising between you and EY will be submitted first to mediation and, if mediation is unsuccessful, then to binding arbitration in accordance with the terms and conditions set forth in AA7523, which describes EY's Common Ground Dispute Resolution Program. By signing this offer, you acknowledge that you have read and understand the EY Common Ground Dispute Resolution Program (AA7523) and that you shall abide by it. YOU ACKNOWLEDGE THAT YOU HAVE AGREED TO WAIVE ANY RIGHT YOU MAY HAVE TO HAVE A DISPUTE BETWEEN YOURSELF AND EY DETERMINED BY A JURY OR COURT OF LAW AND THAT ALL SUCH DISPUTES SHALL BE RESOLVED THROUGH MEDIATION AND ARBITRATION.** A link to the Common Ground Dispute Resolution Program is included for your review.

This offer is contingent upon your successful completion of our hiring process, including receipt of information satisfactory to EY in response to our background investigation process. This includes information specific to your current position/employer, which will be verified at the appropriate time. Please

note that our offer is subject to the terms and conditions set forth in the application you completed for employment at EY.

This offer is also contingent upon completion of a Public Company Accounting Oversight Board (PCAOB) Consent Form. A link to the PCAOB Consent Form is included for your review, which you will be required to sign during the hiring process.

Should there be any reason for concern regarding these processes, please advise me immediately.

***This offer, and your continued association with EY, is also contingent upon your full compliance with any existing contractual obligations owed to your present or prior employer, including any obligation to refrain from a) retaining, misusing or disseminating confidential or proprietary information; b) soliciting any personnel; and c) soliciting any clients that are prohibited to you. Specifically, you are forbidden to violate these obligations, and doing so may result in the rescission of this offer or the termination of your association with EY.***

### Confidentiality Agreement

All employees are subject to EY's knowledge sharing policies. As a condition of your employment with EY, you will be required to sign a Confidentiality Agreement. A link to the Confidentiality Agreement is included for your review.

### Code of Conduct

The Americas Code of Conduct provides the ethical framework that guides our response to the challenging and sometimes difficult choices we face. Upon joining EY, you will be responsible for being familiar with and complying with the Code and with any other procedural or administrative policies that apply to your particular job functions. You will be required to sign the Code of Conduct affirmation upon your hire and thereafter on an annual basis. A link to the Code of Conduct is included for your review. Please read it over carefully so that you will be prepared to sign the Code during your first days with EY.

### Independence

All client serving employees are subject to EY's independence policy. Our policy, among other things, prohibits you, your spouse or spousal equivalent, and dependents ("immediate family members") from holding or committing to acquire any financial interests in EY's audit and fully proscribed non-audit clients. There may be restrictions on deposit, insurance, brokerage, and lending relationships with an audit client if you become a covered person. Additionally, there are potential restrictions on an immediate family member's employment of or participation in employee benefit plans of an audit client of EY.

As an EY employee, including interns, you cannot be an employee (even if employed part-time or seasonal) of a restricted entity (i.e., an audit client or its affiliates) at the same time.  If the employer is a restricted entity you will need to cease employment prior to your start date at EY.

You should become familiar with the requirements of the EY independence policy and any prohibited relationships/investments will need to be changed or disposed of prior to the start of your employment. You can send an e-mail to ask.independence@ey.com with any questions you may have.  Your recruiter can also put you in touch with an Independence professional as necessary to discuss complex questions/concerns. Once you have joined EY, it will be your ongoing responsibility to ensure full compliance with EY's policy requirements. (Note that Practice Support and Administrative Support personnel are not subject to EY's independence policies.)  Please be aware that EY performs independence compliance audits on personnel which may necessitate your submission of account statements, tax returns, and other documents to support this endeavor. You will be contacted later on this matter if selected for an audit.

### CPA Work Location License Requirement for Existing CPAs

Firm policy requires all client-serving CPAs who are in Assurance, Advisory, Tax, or TAS and all partners to hold an active CPA license in their work-location state. This policy applies to you even if your CPA license is currently inactive or expired. You are required to activate your current license and, if necessary, apply for an active CPA license in your work location state. If you need to reinstate your license and/or apply for a new license, you should start this process as soon as you know where your work location will be. This requirement is separate and apart from service line certification requirements; CPAs who travel outside their work-location state must ensure compliance with those states' requirements on CPA licensing. If you have any questions about state or firm requirements, please contact the CPA Licensing Support Team at +1 866 EYCPA24. Once you join EY, you will find additional information regarding complying with CPA Licensing in the Policies and Practice Repository.

### Certification Requirements

EY's Tax Practice requires their client serving employees to obtain a Certified Public Accountant license, be a licensed attorney, or have a certification appropriate to the business services they will be providing prior to eligibility for consideration for promotion to a manager level position. Please feel free to contact your recruiter to discuss the certification requirements.

### Identity and Eligibility Documents

To comply with the federal immigration laws, we are required, as a condition of employment, to have you complete a Form I-9 and present the specified identity and employment eligibility documents for our review upon commencing

employment with us. This form will be sent to you, along with other documentation and information, as your start date approaches.

## Orientation

During your first days with our firm, you can expect to receive an orientation, which includes general information about EY, your career development, client assignments and/or job responsibilities. Additionally, you will be introduced to administrative matters that are important to our internal business processes. As part of EY's orientation process, you are required to attend a session of the Respect at Work Program within 30 days of your start date.

## How to Respond

Henrique, please respond to our offer no later than 14 June 2018. If the terms stated in: (1) this letter; and (2) all attachments to this letter (listed below for your reference) are agreeable to you, please indicate your acceptance by choosing the "Accept the offer" option below. Selecting the "Accept the offer" option below constitutes your understanding and acceptance of the terms outlined in:  (1) this letter; and (2) all attachments.

Please contact your recruiter, Nancy C. Harbison at +1 201 872 4240 with your offer decision, if you have questions, or need additional time to make your decision. We look forward to providing you with the opportunity for a rewarding career with EY.

Enclosures:

- Your Total Rewards (Click Here)
- Public Company Accounting Oversight Board (PCAOB) Consent Form- *For Informational Purposes Only* (Click Here)
- Confidentiality Agreement -*For Informational Purposes Only* (Click Here)
- Knowledge Sharing Policy and Practice Statement (Click Here)
- Secure Disposal of Records Containing Confidential Information (Click Here)
- Common Ground Dispute Resolution Program (Click Here)
- Code of Conduct -*For Informational Purposes Only* (Click Here)
- Independence Statement of Intent - *For Informational Purposes Only* (Click Here)

Offer electronically accepted by: Faria, Henrique
Offer electronically accepted on: Jun 8, 2018 10:31 AM
Offer electronically accepted from: 170.170.57.206

# EXHIBIT 8



Henrique Lavalle Faria <henriquefaria@gmail.com>

---

## Welcome to the LL.M. Class of 2018: Traditional Track

**Berkeley Law LL.M. Program** <llmadmits@law.berkeley.edu>     Wed, Apr 19, 2017 at 7:10 PM
Reply-To: "Berkeley Law LL.M. Program" <llmadmits@law.berkeley.edu>
To: Henrique Faria <henriquefaria@gmail.com>

Connect with us:    

<span style="color:brown">**Congratulations on your Enrollment at Berkeley Law**</span>

Dear Henrique,

We've received your acceptance of our admission offer and your tuition deposit. Congratulations on your enrollment in the traditional track of the Berkeley Law LL.M. program!

What's Next?

The first step toward obtaining your student visa is completing the Non-Immigrant Information Form, or NIF. In a few days, your Non-Immigrant Information Form will be available on CalCentral. Check CalCentral to access and complete the NIF. If you have questions about the NIF, please review some basic information about the visa process at the Berkeley International Office New Students website. The visa application process can take 3-4 months, so we urge you to take action as soon as possible. If you have questions or problems completing the NIF, please contact nif@berkeley.edu.

We look forward to welcoming you to Berkeley Law in the fall!

Sincerely,

Advanced Degree Programs

Berkeley Law

> *"Earning an LL.M. at Berkeley is a unique experience you share with others. The **relationships with your classmates** grow very fast; you are enjoying leisure time, as well as the sometimes less pleasant time before the exams! Those very different situations you encounter together leave a **strong bond that lasts**."*

-- Conradin Cramer, '11
Basel, Switzerland

**University of California, Berkeley**     **214 Boalt Hall**
**School of Law**     **Berkeley, CA 94720**
**Advanced Degree Programs Office**     **+1 510.642.1476**

Click here to opt out of further emails from Berkeley Law.

# EXHIBIT 9



Home » Academics » LL.M. Programs » Professional Development » FAQs Traditional Track

# FAQs Traditional Track

Below are some basic responses to frequently asked questions posed by current and admitted students in the traditional track.

*Berkeley Law does not provide job placement services to LL.M. students. Rather, our professional development advisors in the Advanced Degree Programs Office create workshops and provide counseling designed to assist in our students' professional development and career advancement internationally.*

### Can/will I get a job in the U.S. as a LL.M. traditional track student/graduate?   ⌄

### Do I need to take the bar to get a job in the U.S.?   ⌄

### Is there a recommended timeline to secure a position in the U.S.?   ⌄

### What are good job search strategies?   ⌄

### How do LL.M. students obtain jobs?   ⌄

### What job fairs are LL.M. students eligible for at Berkeley Law?   ⌄

### How do I make contacts with attorneys in the United States?   ⌄

### How do I change my CV to a resume and write a cover letter?   ⌄

## What can LL.M. students do to prepare for interviews? ⌄

## Are there visa regulations to stay in the U.S. for Optional Practical Training? ⌃

Yes. Be aware of visa regulations for Academic Training and Optional Practical Training. Admitted students, current students and alumni may contact UC Berkeley International Office to learn more about their ability to work in the United States.

## When can I expect to obtain job offers? ⌄

## Where do LL.M. graduates work? ⌄

## How do I highlight my value and marketability to potential employers? ⌄

## What positions should I apply for? ⌄

# EXHIBIT 10

Fall-Spring 17-18



# LL.M. Student Handbook

## Advanced Degree Programs Office

**University of  California, Berkeley School of Law**

## TABLE OF CONTENTS

**Academic Calendar**                                                              **7**

**Student Services**                                                               **9**

   *Advanced Degree Programs Staff*                                 **9**

   *Appointment System*                                             10

   *Who Can Answer My Questions?*                                    10

**Administrative Tools**                                                           **12**

   **bCourses**                                                      **12**

   **CalCentral**                                                    **12**

   **Cal 1 Card**                                                    **12**

   **Cal 1 Card Office**                                             **13**

   **Cal Student Central**                                           **13**

      Fees & Payments                                 13

      Accessing Your Fee Details                      13

      Monthly Statement                               13

      Payment Options                                 14

**Fee Payment Plan**                                                               **14**

   **Third Party Payments**                                          **14**

   **Additional Expenses**                                           **15**

**Degree Requirements**                                                            **15**

   **Capstone Writing Requirement**                                  **17**

   **Final Exams**                                                   **18**

   **Final Examination Schedule**                                    **18**

      Final Examination Rescheduling                  19

Grading Curve   19

**Certificates of Specialization**   **20**

**Bar Information.**   **20**

New York Bar Exam   20

California Bar Exam   21

Background Checks   22

Multistate Professional Responsibility Exam ("MPRE")   23

**Frequently Asked Questions**   **23**

**General Academic**   **23**

**Grading**   **26**

**Capstone Writing Requirement**   **26**

**Independent Study: Thesis Option and 299**   **27**

**Journals**   **28**

**Certificates**   **28**

**J.S.D. Program**   **28**

**General Questions.**   **29**

**Career & Professional Development Services**   **30**

**Academic code of conduct**   **30**

**University of California Policy on Sexual Violence and Sexual Harassment**   **31**

**Sexual Harassment & Discrimination – Resources for Responding**   **31**

**Sexual Violence/Sexual Harassment Prevention Training**   **31**

**Student Life: Tips and Information**   **31**

**Resources for Off-Campus Living**   **31**

Television and Internet   32

Telephone                                                                          32

Furniture                                                                          32
Grocery Stores                                                                     33

**Students with Families**                                                         **33**

Education                                                                          33

English Language Resources                                                         34

Making Social Connections                                                          34

Child Care                                                                         34

**Parking and Transportation**                                                     **35**

**Campus Parking**                                                                 **35**

**Bay Area Rapid Transit System (BART)**                                           **35**

**Alameda County (AC) Transit Bus System**                                         **35**

**Bikes**                                                                          **35**

**Health**                                                                         **36**

**SHIP: Student Health Insurance**                                                 **36**

**The Tang Center**                                                                **36**

**RSF: Recreational Sports Facility**                                              **36**

**Counseling Services**                                                            **36**

**Campus Resources for Graduate Students**                                         **37**

**Disability Services**                                                            **37**

**Student Organizations**                                                          **38**

**SOALS: Student organization for Advanced Legal Studies**                         **44**

**BHSA: Boalt Hall Student Association**                                            **44**

**Recreation**                                                                     **44**

Events                                                                             44

**Best of Berkeley**     **45**

**Emergency and Safety Information**     **49**

**Emergency Contact Information**     **49**

**Night Safety Services**     **49**

**Night Time Personal Safety**     **49**

**Campus Information in an Emergency**     **50**

**Protecting Your Personal Belongings**     **51**

## ACADEMIC CALENDAR 2017-2018

### *FALL SEMESTER 2017*

| | |
|---|---|
| **Orientation for LLM Students** | Aug. 14, Monday |
| **Term begins** | Aug. 14, Monday |
| **Fundamentals of US Law for LLM Students** | Aug. 16-18, Wednesday-Friday |
| **Orientation for Transfer Students** | Aug. 16, Wednesday |
| **Orientation for 1Ls** | Aug. 17-18, Thursday-Friday |
| **Orientation for JSD Students** | Aug. 18, Friday |
| **Instruction Begins** | Aug. 21, Monday |
| **Labor Day, no classes meet** | Sep. 4, Monday |
| **Last Day to Add/Drop** | Sep. 22, Friday |
| **Veterans Day, no classes meet** | Nov. 10, Friday |
| **Last Day of Regularly Scheduled Classes** | Nov. 21, Tuesday |
| **Thanksgiving, no classes meet** | Nov. 22-24, Wednesday-Friday |
| **Make-up day for Monday classes missed on Labor Day** | Nov. 27, Monday |
| **Make-up day for Friday classes missed on Veterans Day** | Nov. 28, Tuesday |
| **Make-up day for Wednesday classes missed on November 22nd, the day before Thanksgiving** | Nov. 29, Wednesday |
| **Make-up day for Thursday classes missed on Thanksgiving Day** | Nov. 30, Thursday |
| **Make-up day for Friday classes missed on November 24th, the day after Thanksgiving** | Day to be scheduled by the Registrar in consultation with the instructor. |
| **All Make-Up Classes Concluded** | Nov. 30, Thursday |
| **Review Sessions/Reading Period** | Dec. 1-5, Friday-Tuesday |

| | |
|---|---|
| **Final Examinations** | Dec. 6-15, Wednesday-Friday, Sat. Dec. 9 regular exam day |
| **Fall Semester Ends** | Dec. 15, Friday |

### *SPRING SEMESTER 2018*

| | |
|---|---|
| **Term begins** | Jan. 1, Monday |
| **Instruction Begins for Regularly Scheduled Classes** | Jan. 8, Monday |
| **Martin Luther King Jr. Holiday, no classes meet** | Jan. 15, Monday |
| **Last Day to Add/Drop** | Feb. 9, Friday |
| **Presidents Day Holiday, no classes meet** | Feb. 19, Monday |
| **Cesar Chavez Holiday** | Mar. 30, Friday |
| **Spring Recess, no classes meet** | Mar. 26-30, Monday-Friday |
| **Last Day of Regularly Scheduled Classes** | Apr. 20, Friday |
| **Make-up day for Monday classes missed on Martin Luther King Day** | Apr. 23, Monday |
| **Make-up day for Monday classes missed on Presidents Day** | Apr. 24, Tuesday |
| **All Make-Up Classes Concluded** | Apr. 24, Tuesday |
| **Review Sessions/Reading Period** | Apr. 25-27, Wednesday-Friday |
| **Final Examinations** | Apr. 30-May 9, Monday-Wednesday, Sat. May 5 regular exam day |
| **Spring Semester Ends** | May 9, Wednesday |

## STUDENT SERVICES

### *ADVANCED DEGREE PROGRAMS STAFF*

The ADP office will handle the majority of your questions or concerns during your time at Berkeley.

**Evelyn Borchert, Associate Director**
Evelyn advises LL.M. students on academic and administrative matters. She also administers the J.S.D. program and can answer any questions you have about the program and admission requirements.
- adpoffice@law.berkeley.edu / 510-642-1476
- Schedule an appointment with Evelyn through bCourses

**Jodi L. Collova, Director of LL.M. Legal Research and Writing**
Jodi coordinates the Legal Research and Writing ("LRW") program for LL.M. students. She develops the curriculum and leads a team of talented instructors who teach LRW. If you have any questions about the LRW program, please feel free to contact Jodi.
- jcollova@law.berkeley.edu
- 510 642-4205

**Kara Ganter, Director of Communications and Program Development**
Kara makes sure the world knows about our amazing programs. She makes sure our students get the information they need before/while/after they are here. She also helps Berkeley Law refine our existing - and develop new - world-class advanced degree and professional education programs. If you have some thoughts about these topics, you can reach Kara at:
- adpoffice@law.berkeley.edu

**Sandra García, Administrative Assistant**

Sandra runs the front desk at the ADP office and is responsible for overseeing our day-to-day administrative processes. She can help you make an appointment to see an advisor and answer any administrative questions you may have.
- adpoffice@law.berkeley.edu / 510-642-1476

**Natalie Golden, Associate Director of Admissions and Student Services**
Natalie handles all aspects of the admissions process.
- adpoffice@law.berkeley.edu / 510-642-1476

**Anya Grossmann, Director of Global Outreach and Professional Engagement**
Anya advises LL.M. students on academic matters and provides career and professional development support. She also collaborates with Deborah Schlosberg to organize workshops for our students on practice areas of interest and professional skills. She also leads our outreach and recruitment efforts. Prior to joining Berkeley Law, she worked as an associate attorney at Gibson, Dunn & Crutcher LLP in New York.
- agrossmann@law.berkeley.edu / 510-642-1476
- Schedule an appointment with Anya through bCourses

**Liza Jimenez, Associate Director of Student Services**
Liza is your go-to person for student services. Liza is available to meet with you regarding your personal concerns, ideas for social activities, and other matters.  She works with Anya Grossmann on the PALS program connecting current LL.M. students and alumni with prospective students, so please talk to her if you'd like to become an ambassador for Berkeley Law!
- lizaj@law.berkeley.edu / 510-642-1476
- walk in appointments available

**Deborah Schlosberg, Director of Academic Planning and Advising**

Deborah advises LL.M. students on academic matters and provides career counseling support. She also collaborates with Anya Grossmann to organize workshops focused on practice areas of interest and professional skills for our students. Before joining Berkeley Law, she worked as an associate attorney at Arnold & Porter LLP and Howard Rice Nemerovski Canady Falk & Rabkin, P.C. in San Francisco.

- adpoffice@law.berkeley.edu / 510-664-9877
- Schedule an appointment with Deborah through bCourses

**Erin Weldon, Director of Admissions**
Erin handles all aspects of the admissions process.

- adpoffice@law.berkeley.edu / 510-642-1476

**Susan Whitman, Assistant Dean of Academic Planning and Coordination**
Assistant Dean Whitman leads Berkeley Law's LL.M. and J.S.D. programs, and oversees Berkeley Law's J.D. and LL.M. curriculum. She collaborates with Professor Rob Merges, the Faculty Director of the LL.M. and J.S.D. programs,  and with Jodi Collova, the Director of LL.M. Legal Research and Writing. Before joining Berkeley Law in 2008, Assistant Dean Whitman was the Associate Probate Judge for Travis County (Austin) Texas for 8 years, and for 15 years she ran the Elderlaw Clinic at the University of Texas School of Law.

- swhitman@law.berkeley.edu/510-643-9566

**Dr. Linda Zaruba, Staff Psychologist**
Dr. Zaruba is Berkeley Law's dedicated counselor. She is available to meet with you confidentially to discuss any emotional stress you may be encountering. The stresses of moving to a completely new place can be eased by just sitting down and talking to someone who cares; emergency situations are not the only reason to seek counseling.

- zaruba@berkeley.edu / 510-643-5447
- Schedule an appointment with Linda via email zaruba@berkeley.edu, or by phone 510-643-5447

## APPOINTMENT SYSTEM

Appointments can be made through bCourses on the ADP Office bCourses page.

If you have any technical problems please contact Sandra Garcia at 510-642-1476 or adpoffice@law.berkeley.edu.

## WHO CAN ANSWER MY QUESTIONS?

## BERKELEY INTERNATIONAL OFFICE (BIO)

Berkeley International Office provides knowledge and expertise in advising, immigration services, advocacy, and programming to the UC Berkeley campus community. The BIO office is your primary point of contact for questions regarding your visa status; ADP staff are not permitted to provide visa or immigration advice.

Services provided by BIO:

- Advising support for nonimmigrant students

- Visa document production for nonimmigrant students and scholars

- A wide variety of programs and workshops

- OPT forms

**Drop-in Student Advising hours:** 10-12am and 1-4pm (Monday - Friday) Berkeley International Office
2299 Piedmont Avenue Berkeley, CA 94720-2321
(510) 642-2818
InternationalOffice@berkeley.edu http://internationaloffice.berkeley.edu

## BOOKSTORE

510-845-1460
286 Simon Hall
www.berkeleylawshop.com and www.rentatext.com
August 17-Aug 21 special hours: M-F 9am-5pm, books sold in the Goldberg Room

Berkeley Law's Bookstore is located in 286 Simon Hall and is open M-TR: 10am - 4.30pm and F: 10am – 3pm. In addition to selling and renting course materials, the bookstore stocks school supplies, commercial outlines, study aids, apparel and gifts, as well as a small assortment of candy, snacks, and beverages.

### RENTING TEXTBOOKS

The bookstore offers new and used (when available) copies of all required and recommended books, for sale and for rent. On average, a little over half of the required titles are available to rent. The rental price on average is ~50% less than the new textbook price. When renting for the first time, you'll need to provide:

- A telephone number

- Email address

- Government-issued photo ID

- Branded credit or debit card to be used as collateral

Students are permitted to take notes and highlight in rented books. We only ask that you don't cause any structural damage (e.g., cracked spine, torn or missing pages, water damage, to name a few) to the books, as they are reused by your fellow students.

If, at any point during the semester, you decide that you want to keep any of your rented books, just pay the difference between the rental and purchase price (new/used) and the book is yours. This policy also applies to books damaged or lost during the rental period. A thorough explanation of the rental process can be found at rentatext.com

Questions? Please stop by the store and ask, or visit: berkeleylawshop.com

**Financial Aid Office**

The Berkeley Law Financial Aid Office can assist with questions about your bill or student loans.  Please view the Frequently Asked Questions for LL.M. students.  If you still have questions, contact the Financial Aid Office:

E-mail: financial-aid- law@berkeley.edu (response time typically 12-48 hours)
Phone: 510-642- 1563 (response time typically 12-48 hours)
In-person: Please schedule an appointment in advance when possible. 226 Boalt Hall

## ADMINISTRATIVE TOOLS

### BCOURSES

bCourses is the online collaboration and learning environment at UC Berkeley. This site will include not only your course websites, but orientation information and videos, announcements from the ADP staff and a link to make appointments with career and academic advisors from the ADP office. We have your @berkeley.edu emails associated with our "ADP Office - 2017 LL.M. Traditional/Thesis Track" bCourses page. **To log in, go to** https://bcourses.berkeley.edu/ **with your CalNet ID and passphrase**. Please regularly check the ADP Office bCourses site for important information such as academic resources, events, and links to campus services.

### CALCENTRAL

CalCentral is a website that allows you to manage class enrollment, billing, financial aid, and student records, including updating your contact information. It is important to always keep your current address updated in CalCentral. **To log in, go to** https://calcentral.berkeley.edu/

### CAL 1 CARD

Your Cal 1 Card is your official campus ID. As a student, you'll use your Cal 1 Card several times a day while you're on campus. You'll use this card to sign in at libraries, ride free on local buses, and as a key card to access the Law Library and study lounge.

You may go to the Cal 1 Card office, present your passport and your student ID number, and get your ID issued. You will also receive an AC Transit EasyPass Clipper card with an electronic "Class Pass" that allows you to ride on any city bus (AC Transit)

free of charge. Your class pass will be available by Wednesday, August 16 at the Cal 1 Office.

## CAL 1 CARD OFFICE.

180 Cesar Chavez Center, Lower Sproul Plaza Monday-Friday, 9am-4:30pm
**Phone:** 510-643-6839
**Email:** cal1card@berkeley.edu

**Financial Aid Office**

The Berkeley Law Financial Aid Office can assist with questions about your bill or student loans.  Please view the Frequently Asked Questions for LL.M. students.  If you still have questions, contact the Financial Aid Office:

E-mail: financial-aid- law@berkeley.edu (response time typically 12-48 hours)
Phone: 510-642- 1563 (response time typically 12-48 hours)
In-person: Please schedule an appointment in advance when possible. 226 Boalt Hall

## CAL STUDENT CENTRAL

Cal Student Central is your one-stop student services center for information on billing and payments.

120 Sproul Hall Monday-Friday, 9am-noon and 1-4pm
**Phone:** 510-664-9181
**Online:** http://studentcentral.berkeley.edu/

### FEES & PAYMENTS

Fall fees are billed in early August after enrollment and due by August 18, 2017. Spring fees are due January 12, 2018. You will receive an email when fees are assessed each semester.

### ACCESSING YOUR FEE DETAILS

You can view your fee details in CalCentral.  To access your fee details:

1.  Go to calcentral.berkeley.edu

2.  Log in with your CalNet ID and passphrase

3.  Click on the My Finances tab

4.  Click on Details by Billing Summary Fall 2017

### MONTHLY STATEMENT

The Monthly Statement is not a bill, but will display activity that occurred during the previous month. You will receive an email

when the Monthly Statement is generated.

## PAYMENT OPTIONS

**e-Check:** If you have a US bank account, you may choose to pay via e-Check. Log into CalCentral, select My Finances and review the "Billing Summary Fall 2017" box. Click the "Make Payment" button to complete your payment transaction.

**Credit Card:** A 2.75% convenience fee applies to credit card payments. Log into CalCentral, select My Finances and review the "Billing Summary Fall 2017" box. Click the "Make Payment" button to complete your payment transaction.

**Foreign Funds:** Students can pay their charges via Western Union International Funds Transfer (IFT). Log into CalCentral, select My Finances and review the "Billing Summary Fall 2017" box. Click the "Make Payment" button to initiate your wire payment transaction. Quoted rates are valid for 72 hours.

**Check:** Payments by check or money orders must be issued in U.S. dollars, drawn on a U.S. bank, and made payable to "UC Regents". Be sure to include your Student ID number on the memo line of the check. Checks can be left at the drop box at the entrance of University Hall on the 2199 Addison Street side, or mailed to:

University of California, Berkeley Payment Services
140 University Hall, MC #1111 Berkeley, CA 94720-1111

Cash payments are not accepted.

To see detailed payment options, go to: studentbilling.berkeley.edu/carsPaymentOptions.htm

## FEE PAYMENT PLAN

Enrolling in the Fee Payment Plan (FPP) allows for the fall and spring semester registration fees to be paid in five monthly installments. The deadline to enroll in the FPP is September 18th for fall and February 12th for spring.  FPP enrollment is established per semester.

A non-refundable participation fee of $60 per semester will be due with the first installment.

To enroll, log into CalCentral, select My Finances, and select the Fee Payment Plan. Review the installments, complete the agreement, then save the installment schedule. Once enrolled, submit payment according to the installment schedule.

For more information on the FPP, including installment due dates, go to: http://studentbilling.berkeley.edu/deferredPay.htm

## THIRD PARTY PAYMENTS

If a sponsoring agency is paying your tuition and requires an invoice in their name before sending payment, you may request a Third Party Contract. You will need to provide documentation of the third party's support in order for them to be directly billed. Refer to the Third Party Contract site for more information:
http://studentbilling.berkeley.edu/thirdpartycontract.htm

If the bill does not need to be in the third party's name, you can delegate access to an individual who can act on your behalf by paying bills, viewing academic information, etc.  Students choose which privileges to delegate, and can change those privileges at any time. You can create or manage delegates at https://calcentral.berkeley.edu/profile/delegate.

## ADDITIONAL EXPENSES

Please plan for other non-tuition, non-housing related expenses including:

- Regalia (the cap and gown you wear for the traditional graduation ceremony) must be rented for an estimated fee of $75.00
- Optional Practical Training (OPT): there are costs associated with extending your visa after graduation. See http://internationaloffice.berkeley.edu/students/training/f-1/opt

- Bar Exam Fees: Both the California and New York Bar examinations have associated application and registration fees. Barbri and other Bar Preparation courses also have separate fees. We will review these fees at the Bar Examination Workshops.

- Entertainment: There will be many social student activities to participate in and most require a fee for food and beverages.
- Campus Parking: Student parking is available for an estimated fee of $377 per semester. http://pt.berkeley.edu/parking/student-permits

## DEGREE REQUIREMENTS

Please note that the requirements for the California and New York Bar Exams are different from and exceed the requirements for obtaining your LL.M. degree.

### LL.M. Traditional Track Requirements

- All Berkeley Law traditional track LL.M. students must enroll in courses over one year or for two consecutive academic year semesters. There are different requirements for foreign-trained students versus students holding a J.D. degree in common law from a U.S. or Canadian law school.

For all traditional track students, coursework units that count toward the LL.M. degree include:

- Regular Law School-scheduled courses (see list below for ineligible coursework units)
- A maximum of 2 units for participating in a maximum of 1 independent research and writing project (Law 299)
- A maximum of 2 units for participation in a maximum of 1 group research and writing project (Law 298)
- A maximum total of 1 unit for participation in a journal
- Practica, practice projects, or field placements in which the work of the student is supervised by a faculty member at the Law School, including units earned through a seminar course associated with a practicum or field placement. A list of practica that count toward the degree requirements is available on the ADP Office bCourse site.

For all traditional track students, units that do not count toward the LL.M. degree include:

- Individual research projects (Law 297)
- Teaching pedagogy coursework (Law 275P)
- Courses taken outside of the Law School (non-law units)
- Practica, practice projects, or field placements in which the work of the student is not supervised primarily by a faculty member at the Law School

Following are the requirements for the two categories of students in the LL.M. traditional track:
1. **Foreign-trained students**
2. **U.S. or Canadian students with a J.D. in common law**

1. **Foreign-trained students must:**
   a. Complete a minimum of 21 units;
   b. Enroll in a minimum of 10 units and a maximum of 16 units per semester;
   c. Complete the 3 unit Fundamentals of U.S. Law class (fall semester); and
   d. Fulfill the LL.M. Capstone Writing Requirement by completing the 2 units of Legal Research and Writing class (fall semester - can be either Academic-track or regular LRW).

      ➢ Students who have a law degree from a university in which the course of study involved common law principles and was taught in English may file a Request to Waive LL.M. Legal Research and Writing by the end of the first week of classes. The Director of Legal Research and Writing shall administer a legal analysis and writing exam for all petitioners, and shall waive the course requirement only for those petitioners demonstrating mastery of the exam as determined by the Director of Legal Research and Writing. Those students who are granted a waiver for Legal Research and Writing must fulfill the Capstone Writing Requirement by completing a paper of 15-20 pages in length in any class or through an independent study (Law 299), and submit an LL.M. Capstone Writing Requirement Fulfillment form to the Registrar's office prior to the spring semester Add/Drop Deadline.

3. **Students holding a J.D. from a U.S. or Canadian law school (common law course of study) must:**
   a. Complete a minimum of 21 total units;
   b. Enroll in a minimum of 10 units and a maximum of 16 units per semester; and
   c. Fulfill the LL.M. Capstone Writing Requirement by completing a paper of 15-20 pages in length in any class or through an independent study (Law 299), and submit an LL.M. Capstone Writing Requirement Fulfillment form to the Registrar's office prior to the spring semester Add/Drop Deadline.

## LL.M. Thesis Track Requirements

- All Berkeley Law thesis track LL.M. students must enroll in courses over one year or for two consecutive academic year semesters. There are different requirements for foreign-trained students versus students holding a J.D. degree in common law from a U.S. or Canadian law school.

For all thesis-track students, mandatory coursework includes:
- Legal Research and Writing for Thesis Track LL.M.s class (2 units, fall semester)
- 325A Fall Thesis Track Independent Study (4 units, fall semester)

- 325B Spring Thesis Track Independent Study (4 units, spring semester)

Additional coursework units that count toward the LL.M. degree include:
- Regular Law School-scheduled courses (see list below for ineligible coursework units)
- A maximum of 2 units for participation in a maximum of 1 group research and writing project (Law 298)
- A maximum total of 1 unit for participation in a journal
- Practica, practice projects, or field placements in which the work of the student is supervised by a faculty member at the Law School, including units earned through a seminar course associated with a practicum or field placement. A list of practica that count toward the degree requirements is available on the ADP Office bCourse site.

Units that do not count toward the LL.M. degree for thesis track students include:
- Independent study that is not part of the thesis (Law 299)
- Individual research projects (Law 297)
- Teaching pedagogy coursework (Law 275P)
- Courses taken outside of the Law School (non-Law units)
- Practica, practice projects, or field placements in which the work of the student is not supervised primarily by a faculty member at the Law School

Following are additional requirements for the two categories of thesis-track students:
1. **Foreign-trained students**
2. **U.S. or Canadian students with a J.D. in common law**

1. **Foreign-trained thesis track students must:**
   a. Complete a minimum of 21 total units;
   b. Enroll in a minimum of 10 units and a maximum of 16 units per semester;
   c. Complete the 3 unit Fundamentals of U.S. Law class (fall semester);
   d. Fulfill the LL.M. Capstone Writing Requirement by completing an original thesis in the form of a substantial research and writing project that is of publishable quality and roughly 50-60 double-spaced pages. The thesis paper is due by the end of the spring semester.

4. **Thesis track students holding a J.D. from a U.S. or Canadian law school (common law course of study) must:**
   a. Complete a minimum of 21 total units;
   b. Enroll in a minimum of 10 units and a maximum of 16 units per semester;
   c. Fulfill the LL.M. Capstone Writing Requirement by completing an original thesis in the form of a substantial research and writing project that is of publishable quality and roughly 50-60 double-spaced pages by the end of the spring semester.

CAPSTONE WRITING REQUIREMENT

There are four ways for students to fulfill the mandatory LL.M. Capstone Writing Requirement:

1. Taking Legal Research & Writing (LRW) for LL.M. Students

2. Submitting a thesis and completing 8 units of 325A/325B (thesis track students)

3. Writing a paper 15 - 20 pages or longer through a 299 independent study course (traditional track U.S. or Canadian (common law) JD graduates only - must be documented by submitting the Capstone Fulfillment form by the Spring Semester Add/Drop Deadline)

4. Taking a course which requires a paper 15 pages or longer (traditional track U.S. or Canadian common law JD graduates only - must be documented by submitting the Capstone Fulfillment form to the Registrar's office by the Spring Semester Add/Drop Deadline)

International students must fulfill the Capstone Writing Requirement by taking LRW (traditional track) or completing a thesis (thesis track). Students holding a U.S. or Canadian (common law) JD must submit the LL.M. Capstone Writing Requirement Fulfillment Form in the Registrar's Office no later than the Spring Semester add/drop deadline. International students do not need to complete this form if they complete LRW or a thesis.

## FINAL EXAMS

At Berkeley Law each faculty member has discretion over his or her exams. The possible exam types are:

1. Multiple choice

2. Essay

3. A combination of multiple choice and essay ("multi-modal")

4. A final paper or series of papers

5. A combination of the above

Exams may be given in class or offered as a take-home. In order to preserve anonymous grading, each semester you will be given an exam number to use in lieu of your name on all of your exams.

The instructor has the authority to refuse permission for you to take the final examination if you fail to attend class regularly.

You will receive instruction on how to successfully take law school exams in your Fundamentals of US Law course.

## FINAL EXAMINATION SCHEDULE

The Fall 2017 final exam period is Dec. 6-15, Wednesday - Friday (Sat. Dec. 9 is a regular exam day). The Spring 2018 finals period is April 30-May 9, Monday-Wednesday (Sat. May 5 is a regular exam day).

Each semester, you can see the overall in-class final exam schedule here: http://www.law.berkeley.edu/php-programs/students/examTimesList.php. Take-home exams are self- scheduled during the finals period, but your answer must be uploaded to the online exam interface before the end of the finals period.

For each of your exams (in-class or take-home), you will use the online exam interface: http://www.law.berkeley.edu/php-programs/students/exams/index.php. This can also be found by going to law.berkeley.edu, clicking "For Students" and then "Exams." You will be asked to log-in with your CalNet ID.  This webpage includes:

1.  your exam number, to be used on each exam in lieu of your name

2.  your classes

3.  your individual exam schedule

4.  the links to download and upload your exams

5.  in the event any of your exams are rescheduled (see below), you will see the reschedule information on this website as well, as it becomes available

## FINAL EXAMINATION RESCHEDULING

Exams are never rescheduled to accommodate travel plans, employment, or other personal obligations. An individual student's in-class final exam will be rescheduled only if a student has:

1.  Two in-class final exams scheduled for the same exam period;

2.  Two in-class final exams scheduled for two consecutive exam periods (e.g., two exams on the same day, or one exam in the afternoon and another the following morning); or

3.  Three in-class final exams scheduled on three consecutive days.

Although students may indicate a preference as to which exam is rescheduled, rescheduling decisions will be made at the discretion of the Dean of Students and the Director of Student Services, Kyle Valenti. You will be automatically contacted by email about one month before exams if one or more of your individual exams have been rescheduled due to one of the reasons listed above.

Please contact Kyle Valenti at kvalenti@law.berkeley.edu for exam-related questions. Rescheduled exams will not be given earlier than the original exam date.

## GRADING CURVE

A separate mandatory curve applies to all LL.M. and J.S.D. students in classes and seminars with 11 or more LLM and J.S.D. students such that 20% of the LL.M. and J.S.D. students receive High Honors, 30% receive Honors, and 50% receive Pass. The same curve is recommended for LL.M. and J.S.D. students in classes and seminars with 10 or fewer LL.M. and J.S.D. students. A professor can deviate from the curve in any size class if he or she believes that a Pass-Conditional or No-Credit is the appropriate grade for a student.

## CERTIFICATES OF SPECIALIZATION

Traditional track students who seek in-depth training are able to earn Certificates of Specialization in Business Law, Law and Technology, International Law, Energy & Clean Technology, Environmental Law, and Public Interest and Social Justice. The specialization appears on a separate certificate, as well as on your transcript, but not on your degree. Your degree is a general Master of Laws (LL.M.).

Please visit this webpage for the most up-to-date information on certificate requirements: https://www.law.berkeley.edu/academics/llm/traditional-llm/certificates-of-specialization/

Questions regarding certificates should first be directed to the administrators of those certificates. *The ADP office cannot make exceptions to the certificate requirements.*

## BAR INFORMATION

Traditional track LL.M. students may qualify to sit for either the New York or California bar examinations. Every year more of our LL.M. students takes one of these exams as bar membership in a U.S. jurisdiction has become more of an international credential. While bar membership is not always necessary for short-term employment opportunities in the United States, our students often find that a U.S. bar credential improves their professional development prospects in their home countries while also preserving the opportunity to practice law in the United States at some point in the future.

Both the New York and the California bar examinations are offered twice yearly, beginning on the last Tuesday of both February and July.

Beyond passing the bar examination, admission to both the New York and the California bars requires a moral character background check, plus satisfactory performance on the independent Multistate Professional Responsibility Examination (MPRE), described below. Admission to the New York Bar also requires proof of completing 50 hours of pro bono service, an on-demand online course on New York law (New York Law Course), and a multiple choice test on New York law (New York Law Examination).

The ADP office will offer workshops to guide you through both the New York and the California pre- qualification process for foreign candidates. For most of our students, there are coursework requirements to become eligible to take the New York and/or California Bar Exams. We can advise you on course selections, as necessary, to meet each state's requirements and on courses that may help you to prepare and succeed on these examinations.

### NEW YORK BAR EXAM

**http://www.nybarexam.org**

Candidates interested in sitting for the New York Bar should carefully review Section 520.6 of the Rules of the Court of Appeals for the Admissions of Attorneys and Counselors at Law at the New York Board of Law Examiners (NY BOLE) website: http://www.nybarexam.org/Foreign/ForeignLegalEducation.htm.

All prospective NY Bar applicants who received their undergraduate legal education outside the United States must follow

two essential steps to ensure that their pre-Bar legal education is substantively and durationally equivalent to a U.S. *juris doctor* (law) degree:

1. Complete and submit the Online Foreign Evaluation Form (https://www.nybarapply.org/feval/) and required supporting documentation, preferably at least one year before sitting for the Bar examination (but no later than **October 1, 2016** for the July 2017 exam).

2. If the NY BOLE requires you to "cure" either a substantive or durational deficiency in your foreign legal education prior to taking the Bar, you must obtain an LL.M. degree and complete certain required coursework.

   a. You must take **24** units of NY BOLE-approved classroom courses at an American Bar Association (ABA)-accredited law school in substantive and procedural law and professional skills.

   b. For concrete guidance regarding the course offerings at Berkeley Law that will satisfy these requirements, consult the "New York Bar Examination Worksheet" which is available on bCourses.

Please note that candidates seeking admission to the New York bar must also satisfy a 50-hour "pro bono" requirement prior to Bar admission. We have confirmed that this work may be done outside the United States, provided that it is actively supervised by an attorney licensed in the jurisdiction in which the work is conducted. Pro bono work done up to a year prior to the commencement of your LL.M. studies may count, and the requirement must be met before you will be admitted to the Bar. For further information, see http://www.nycourts.gov/attorneys/probono/baradmissionreqs.shtml

The New York bar also requires the successful completion of the New York Law Course (NYLC) and the New York Law Exam (NYLE). The NYLC is comprised of approximately 15 hours of on-demand videos with embedded questions on New York law. The NYLE is a 50 question, two-hour, multiple-choice test,  offered four times a year on the information taught in the NYLC. Both the NYLC and NYLE must be completed before requesting admission to the New York bar. For more information, please see http://www.nybarexam.org/Content/CourseMaterials.htm.

## CALIFORNIA BAR EXAM

http://admissions.calbar.ca.gov/

The pre-qualification process for the California bar exam differs from New York in that attorneys licensed in jurisdictions outside the United States ("Attorney Applicants") need only submit a certificate of proof of admission in that jurisdiction to the Section Chief of Eligibility at the California Bar's Office of Admissions in order to qualify to sit for the exam.

See https://www.calbar.ca.gov/Admissions/Requirements/Education/Legal-Education/Foreign-Education

LL.M. candidates who are <u>not</u> admitted to practice in any jurisdiction may qualify as "General Applicants" to sit for the Bar exam, provided that they:

1. Have a first degree in law, acceptable to the Committee, from a law school in the foreign state or country and have completed a year of legal education at an ABA-approved law school or a California accredited law school in subjects tested on the California Bar. See http://www.calbar.ca.gov/Admissions/Requirements/Education/Legal-Education/Foreign-Education/Foreign-Educated-Attorneys

    a. Such General Applicants must obtain from a credential evaluation service approved by the Committee a certificate that the applicant's first degree in law is substantially equivalent to a *juris doctor* degree awarded by a law school approved by the ABA or accredited by the Committee; or

    b. Obtain from a credential evaluation service approved by the Committee a certificate that the applicant's first degree in law meets the educational requirements for admission to practice law in the foreign state or country in which it was obtained.

2. In addition to submitting to the Office of Admissions the certificate required above, the General Applicant must submit a certificate from the ABA-approved law school (or school accredited by the Committee) certifying that the applicant has:

    a. Been awarded a Master of Law degree (LL.M.) based on a minimum of **20** semester or equivalent units of legal education that included a minimum of one course in four separate subjects tested on the California Bar of not less than a total of **12** semester or equivalent units (one of which must be Professional Responsibility that covers the California Rules of Professional Conduct, relevant sections of the California Business and Professions Code, the ABA Model Rules of Professional Conduct, and leading federal and state case law on the subject); **or**

    b. Successfully completed **20** semester or equivalent units of legal education that included a minimum of one course in four separate subjects tested on the California Bar of not less than a total of **12** semester or equivalent units (one of which must be Professional Responsibility that covers the California Rules of Professional Conduct, relevant sections of the California Business and Professions Code, the ABA Model Rules of Professional Conduct, and leading federal and state case law on the subject).

For concrete guidance regarding the course offerings at Berkeley Law that will satisfy California's requirements, consult the "California Bar Examination Worksheet" on bCourses.

## BACKGROUND CHECKS

Admission to the New York or California bar entails a successful "background check" of your personal and professional history.

In New York, this process is called "Character and Fitness" and the process begins after an applicant passes the bar exam. For reference, consult http://www.nybarexam.org/Admission/AdmissionMultiDeptPacket.htm. Prior to bar admission the

candidate must also attend a personal interview in New York.

The California process is called a "Moral Character Determination" and applicants may complete a form *after* registering with the State Bar of California. It may be completed either before or after taking the bar exam: see http://www.calbar.ca.gov/Admissions/Moral-Character

The state encourages applicants to file the form as soon as possible, as it can take up to 6 months to process the data, however, it is an expensive application so students who may not need California bar membership to practice may decide to wait on submitting their Moral Character application until after they learn whether or not they pass the bar exam. No personal interview is required.

*Please be advised that any misconduct that takes place while you're a student at Berkeley Law, including any violations of the Honor Code, is reportable to the relevant state bar and may prevent you from being admitted.*

## MULTISTATE PROFESSIONAL RESPONSIBILITY EXAM ("MPRE")

http://www.ncbex.org/exams/mpre/

Admission to both the New York and California Bars require satisfactory performance on the MPRE. The MPRE is a two-hour exam with 60 multiple-choice questions and it may be taken prior to or after taking the Bar exam.

The MPRE is given three times annually in the Spring, Summer, and Fall. The dates and deadlines for registration for 2017-2018 are found at the below link:

http://www.ncbex.org/exams/mpre/registration/

The foregoing provides a basic overview of the pre-qualification requirements for Berkeley Law's Traditional Track LL.M. candidates to sit for and be admitted to the New York or California bars. We will provide further guidance through specific bar workshops this year and recommend that you practice your own due diligence in investigating the requirements for bar admission if you are interested in joining the State Bar of California or New Yorl.

## FREQUENTLY ASKED QUESTIONS

Academic policies may change during the course of the school year. To ensure you have the most recent information about Berkeley Law academic policies, please visit the 2017-2018 bCourses page.

### GENERAL ACADEMIC

**Does Berkeley Law have academic rules?**
Yes!  You can find the Academic Rules here: Academic Rules  These rules cover class attendance, independent and faculty-supervised research, writing, and study (297, 298, and 299 units), the Honor Code and disqualification, exam administration and requests for accommodated exams, and other rules not in conflict with LL.M.-specific degree requirements and policies.
**How many units do I need to graduate?**
21 units.

**What is the minimum number of units I must take each semester?**
10 units. If you want to take fewer than 10 units in a semester you must complete an Academic Rules Petition
(https://www.law.berkeley.edu/wp-content/uploads/2015/04/AcadRulesPet_LLM_revised6-14-1.pdf). Please pick up,
complete, and submit this petition to the Registrar's Office in 270 Simon Hall. The ADP Office will review your request and
may request to meet with you. Please note that international students cannot enroll in fewer than 8 units per semester
without compromising their visa status.

**What is the maximum number of units I can take each semester?**
16 units without an Academic Rules Petition, and 17 units with an approved Academic Rules Petition. If you wish to take 17
units, please complete an Academic Rules Petition
(https://www.law.berkeley.edu/wp-content/uploads/2015/04/AcadRulesPet_LLM_revised6-14-1.pdf) and drop it off at the
Registrar's Office in 270 Simon Hall. The ADP Office will review your request and may request to meet with you.

**Can I audit (sit in) a course without enrolling in it?**
You may audit a course with the professor's permission, unless the course is full. Academic credit is not given for audited
courses, and they will not appear on your transcript.

**How do I enroll in courses?**
CalCentral is the online registration system students use to enroll in classes. The deadline to add/drop courses online through
CalCentral is 11:59pm on September 1st.

**Can I add/drop courses after the CalCentral add/drop deadline?**
After the CalCentral add/drop deadline of September 1st you can use an Add/Drop Petition available in the Registrar's Office.
That form will need to be signed by the instructor of the class you are adding or dropping.  The instructor can refuse to sign
the Add/Drop Petition, so we encourage you to add/drop courses prior to September 1st. The last day to add or drop courses
using an Add/Drop Petition is September 22nd.

**Can I take a course with the same title or course number (e.g. 202F Contracts) more than once?**
No. This includes courses with the same title, but with different units and taught by different professors, in different semesters.

**Can I take a course that has an overlap in time with another course?**
No. Even if a course overlaps with another course by only a few minutes, you may not enroll in both courses. This is a
requirement of the American Bar Association.

**How do I know what courses will be offered this Spring?**
Before the course schedule is published online, you can check the 2-Year Curriculum Plan
(https://www.law.berkeley.edu/php-programs/registrar/2yearCurriculumView.php) to see what courses are being planned for
future semesters.

**How can I look up teaching evaluations for courses or for professors?**
Evaluations for courses and professors are accessible to students online at
http://www.law.berkeley.edu/php-programs/tevals/courseSearch.php You can search by professor or course name.

**How do students evaluate courses?**
All students at Berkeley Law have the opportunity to evaluate their instructors during the last two weeks of each semester.  The

evaluations are completely anonymous with respect to your professor. Our online course evaluations give the students, the instructors, and the administration valuable feedback about our courses and instructors. Instructors use your evaluations to improve their teaching, the administration uses your evaluations to identify successful teachers and to provide support for those who are struggling in the classroom, and your fellow students use evaluations to choose their classes. Each semester, more than 80% of our students submit evaluations in all of their classes. We look forward to your participation in this important school-wide activity.

**Is class attendance mandatory?**
Yes. Academic Rule 7 requires regular and punctual class attendance in order to receive course credit. Each individual faculty member has the discretion to announce more specific and/or restrictive attendance requirements than this at the beginning of the semester.  Please review the syllabus for each course and familiarize yourself with the attendance policy. If the syllabus does not address attendance, please ask the instructor for clarification.

When, in the opinion of an instructor, a student enrolled in his or her course has failed to make a good faith effort at regular and punctual class attendance and, after reasonable warning and opportunity to make up and/or correct the deficiencies, continues to fail to make a good faith effort, the instructor may, in his or her discretion, take one of the following steps:
1) request (in agreement with the Dean of Students) that the student be dropped from the class,
2) reduce the student's final grade, or
3) assign the student a final grade of NC or NP

**How do I know whether courses have prerequisites?**
The course description for each course notes if there are prerequisites.

**Can LL.M. students work during the program?**
Most campus jobs are work study positions limited to undergraduates, so LL.M. students who wish to work usually try to find research assistant positions within the law school. These positions are quite limited in number and often depend on the student's experience and interest aligning with the professor's area of research. Students may contact faculty members directly to inquire, or check b-line for these positions. Students studying on a visa should consult the Berkeley International Office regarding the ability to work.

**Where can I find my final exam schedule?**
Each semester, you can see the overall in-class final exam schedule here:
https://www.law.berkeley.edu/php-programs/students/exams/examTimesListFall.php

IMPORTANT NOTE: exam schedules may change up until the day before the exam. Do not book air travel until the end of the entire examination period for the semester.

**Can I take a course outside of the law school?**
Yes. However, not all courses outside of the law school are open to law students. Different departments outside of the law school have different enrollment rules and may only allow their own students to enroll in certain courses.  The units you receive for a course outside of the law school will not be counted toward your degree requirements, but will count toward your per semester minimum and maximum allowed units. The grading system for courses outside of the law school is governed by the department offering the course.  Your grade in that course will be reflected in your transcript.

## GRADING

**Are LL.M. students graded on a curve?**
A separate mandatory curve applies to all LL.M. and J.S.D. students in classes and seminars with 11 or more LL.M. and J.S.D. students such that 20% of the LL.M. and J.S.D. students receive HHs, 30% receive Hs, and 50% receive Ps. The same curve is recommended but not required in classes and seminars with 10 or fewer LL.M. and J.S.D. students. LL.M. students are never graded on the same curve as J.D. students. A professor can deviate from the curve in any class if he or she believes that a PC or NC is the appropriate grade for a student.

**Can I change the grading option in a course?**
No. The grading option for a course is set by the instructor, and students don't have the ability to alter their grading option.

**Do LL.M. students ever get PC or NC grades?**
Yes, if the professor feels that your performance does not warrant a "Pass" or better, you can receive a grade of PC or NC. A PC (Pass-Conditional) grade means that your performance was "substandard," but you still receive credit towards your degree for the course. An NC (No-Credit) grade means that you do not receive credit for the course.

**What is the Honor Code and why is it important?**
The Honor Code is an important tradition at Berkeley Law, and it governs the conduct of students during examinations and in all other academic and professional activities. Students may inadvertently violate the Honor Code by insufficiently citing sources when writing (plagiarism) or not strictly following exam instructions. Violation of the Honor Code can have consequences ranging from failing a class to being reported to the state bar authorities and having the violation noted on your transcript. Please carefully review the Honor Code at https://www.law.berkeley.edu/academics/registrar/academic-rules/academic-honor-code/

If you have questions about the Honor Code, your advisors are available to respond.

## CAPSTONE WRITING REQUIREMENT

**How do I fulfill the LL.M. Capstone Writing Requirement?**
There are four ways for students to fulfill the LL.M. Capstone Writing Requirement:

1. Taking Legal Research & Writing (LRW) for LL.M. Students

2. Submitting a thesis as part of the thesis track

3. Writing a paper 15 pages or longer through a 299 independent study course

4. Taking a course which requires a paper 15 pages or longer.

International students must fulfill the Capstone Writing Requirement by taking LRW or the thesis track. Students holding a U.S. or Canadian JD degree in common law who satisfy the requirement through options 2-4 above must complete the LL.M. Capstone Writing Requirement Fulfillment Form in the Registrar's Office by the Add/Drop deadline of the Spring Semester. International Students do not need to complete this form.

## INDEPENDENT STUDY: THESIS vs. 299

**What is the difference between 299 Independent Study and a thesis?**

Thesis track LL.M. students conduct a substantial research and writing project called a thesis. This track is appropriate for students considering academic or government careers, or those interested in researching a particular subject in depth. Thesis track students complete 8 units of independent study (4 units of 325A in the fall and 4 units of 325B in the spring) and a 50-60 page paper is due at the end of the year. Thesis students take fewer courses than students who choose the traditional track; for this reason it can be difficult to qualify for a bar exam or earn a certificate when pursuing the thesis track.

Students in the Traditional Track who want the experience of working on an independent research and writing project can take one 299 independent study course for a maximum of two units. A 15-30 page paper is due at the end of the semester in which the 299 course is taken.

A 299 requires active supervision by a faculty member. Talk to an advisor if you are interested in pursuing a 299.

**Are independent study courses graded?**

325A & 325B (thesis track independent study) are pass/fail. Your transcript will indicate CR for credit or NC for no credit. 299s can be taken either pass/fail or for a letter grade.

**How can I find a 299 advisor?**

Research faculty members who have expertise in your area of interest. Faculty profiles are featured in the Berkeley Law website. You may also browse the online Schedule of Classes to see which faculty members teach courses in subjects related to your chosen research topic. Once you have identified appropriate faculty members, email them to introduce yourself and your proposed topic, and ask if they are willing to supervise your project.

**How do I enroll in thesis units?**

Thesis track students should submit the Add/Drop form with 325A signed by your faculty advisor to the Registrar's office no later than September 1st. Your advisor must sign the form. Indicate on the form that you wish to enroll in 4 units of 325A (ungraded) with your advisor. In the spring, use the same form to enroll in 4 units of 325B (ungraded) with your advisor before the spring semester add/drop deadline.

**How do I enroll in a 299 Independent Study course?**

Traditional track students should submit an LLM 299 Add Petition to the Registrar's office no later than the last day to add or drop courses for the semester. Your advisor must sign the form. You may take one 299 independent study course for a maximum of two units during the course of the year. Thesis track students may not take 299s; all units in addition to 325A/B must come from actual courses.

**When is the thesis due and how should it be submitted?**
A near-to-final draft of your paper should go to your advisor by early April, so that you will have time to receive feedback and incorporate any changes before the final paper is due. The finalized version of your paper must be submitted by the last day of the Spring semester. Ask your advisor if he or she would prefer a hard or electronic copy. Please also submit an electronic copy to the ADP office via email to adpoffice@law.berkeley.edu.

## JOURNALS

**Can I get credit for working on journals?**
A total of one journal credit can count towards your LL.M. degree (regardless of how many journal units in which you enroll).

**How do I enroll in journal credits?**
Prior to the add/drop deadline, obtain the Course Number from the journal editor and enroll yourself online.

## CERTIFICATES

**Where can I find information about the Certificates of Specialization?**
Information about Certificates of Specialization for LL.M. students can be found online at
https://www.law.berkeley.edu/llm-jsd/traditional-llm/certificates-of-specialization/

**Will the Certificate of Specialization appear on my diploma?**
No. The Certificate of Specialization is not noted on the LL.M. diploma.

**Will the Certificate of Specialization appear on my transcript?**
Yes.

**I am taking LRW, does that fulfill the Business Law Certificate's writing requirement?**
Yes, the LRW course is designed to fulfill the writing requirement for the Business Law Certificate.

**Does the LRW course satisfy the writing requirement for any other certificate?**
No.

**Can I get more than one certificate?**
There are no restrictions on the number of Certificates students may earn, but course scheduling usually prohibits earning more than one. You should also keep in mind that earning more than one certificate may not necessarily improve your career profile as some employers may perceive dual certificates, if unrelated, to dilute the other. If you have questions about this, please make an appointment with an academic advisor through bCourses.

**Can I fulfill the requirements for the California/NY Bars and obtain one of the certificates?**
It may be possible, but course scheduling often prohibits satisfying the requirements for both.

## J.S.D. PROGRAM

**I want to apply for the J.S.D. program after my LL.M. Can I be admitted if I am a traditional track student?**
Many students admitted to the J.S.D. program chose the thesis track LL.M., but it is not a requirement for admission. It can be a good way to start building a relationship with a future J.S.D. dissertation advisor. A supportive J.S.D. dissertation advisor is an element of the J.S.D. application process.

**How do I learn more about the J.S.D. Program?**
General inquiries can be emailed to adpoffice@law.berkeley.edu. You can also meet with Evelyn Borchert in the ADP Office, who administers the J.S.D. program, by making an appointment with her through bCourses.

## GENERAL QUESTIONS

**I received an email about filing a tax return. Are LL.M. students required to file taxes?**
It depends. The Berkeley International Office has resources and workshops to help you understand whether you have to file taxes. More information is online at http://internationaloffice.berkeley.edu/tax-reporting

**How long will I have access to my Berkeley email account and library services after I graduate?**
You will be able to keep your @berkeley.edu email address and account after graduation. Please look out for an email detailing the process required. You can extend your Law Library borrowing privileges until the end of July by emailing circadmin@law.berkeley.edu. Remote access to library databases (proxy server) and borrowing from other campus libraries will be available until August.

## CAREER & PROFESSIONAL DEVELOPMENT SERVICES

Berkeley Law's traditional track LL.M. students enjoy a broad range of career-related services and events. We strongly believe that your LL.M. credential will play an important role in your career advancement. In particular, LL.M. candidates have several advantages in terms of job-seeking: language skills; a demonstrated focus on a particular area of the law; and a global network of
connections. Although we do not function as a job placement service, we will provide you with resources, training, and tailored advice that will support you in promoting your background and skills to employers in the United States and abroad.

First and foremost, our students can consult with our LL.M. career counselors: Anya Grossmann and Deborah Schlosberg. We will advise you on your individual professional development strategies and goals. We can also review your resumes and cover letters, conduct mock interviews, and serve as a strategic liaison to employers.

Throughout the year, we will present LL.M. career workshops on:

- Resume and cover letter writing;

- Job search strategies for law firm and public interest opportunities;

- Interviewing skills;

- Networking tips, including strategic use of LinkedIn; and

- Practice-specific panels (driven by student interest)

You can read more about our services at https://www.law.berkeley.edu/academics/llm/career- development/

In addition, you have access to a number of career-related resources developed for Berkeley Law LL.M. job seekers. All of our career-related content is located on bCourses.

As a Berkeley Law student, you also have access to b-Line, our online job database. There is a link on the "For Students" section of the main Berkeley Law website. Use the "cdo" username and "cdoaccess" password to access the CalNet ID login screen.

Finally, our international LL.M. students may participate in the International Student Interview Program in New York (late January). Students must apply for interviews and are selected depending on employer preference. Deborah and Anya will guide interested students through the application process in the Fall. We look forward to providing the services that will help you navigate your career path.

## ACADEMIC CODE OF CONDUCT

The University of California at Berkeley is a community of scholars committed to maintaining an environment that encourages personal and intellectual growth. It is a community with high standards and high expectations for those who choose to become a part of it, including established rules of conduct intended to foster behaviors that are consistent with a civil and educational setting. Members of the University community are expected to comply with all laws, University policies and campus regulations, conducting themselves in ways that support a scholarly environment. Refer to this link below for more specific information about Berkeley's Campus Code of Student Conduct:

http://sa.berkeley.edu/sites/default/files/UCB-Code-of-Conduct-new%20Jan2012_0.pdf

## UNIVERSITY OF CALIFORNIA POLICY ON SEXUAL VIOLENCE AND SEXUAL HARASSMENT

The University of California is committed to creating and maintaining a community dedicated to the advancement, application and transmission of knowledge and creative endeavors through academic excellence, where all individuals who participate in University programs and activities can work and learn together in an atmosphere free of harassment, exploitation, or intimidation. Every member of the community should be aware that the University prohibits sexual violence and sexual harassment, retaliation, and other prohibited behavior ("Prohibited Conduct") that violates law and/or University policy. The University will respond promptly and effectively to reports of Prohibited Conduct and will take appropriate action to prevent, to correct, and when necessary, to discipline behavior that violates this policy.

## SEXUAL HARASSMENT & DISCRIMINATION – RESOURCES FOR RESPONDING

Berkeley Law is committed to supporting anyone who has experienced any form of harassment or discrimination that impedes one's right to a safe work or learning environment. Sexual Harassment includes unwelcome sexual advances, unwelcome requests for sexual favors, and other unwelcome verbal, nonverbal or physical conduct of a sexual nature.

The university provides the following resources for students who believe they have experienced or witnessed sexual harassment, or who have concerns about a potential issue:

**Berkeley Law Resources to Respond to Sexual Harassment** https://www.law.berkeley.edu/harassment/

**University of California Sexual Harassment and Violence Policy** http://policy.ucop.edu/doc/4000385/SVSH

**Office of Prevention of Harassment and Discrimination** https://ophd.berkeley.ed

**Sexual Harassment & Violence Survivor Support** http://survivorsupport.berkeley.edu/

## SEXUAL VIOLENCE/SEXUAL HARASSMENT PREVENTION TRAINING

The University of California requires mandatory training for all students, faculty and staff in Sexual Violence/Sexual Harassment Prevention. Refer to the email you received from UC Berkeley's Graduate Division about online training and in-person training, both of which are required in order to enroll in courses. Be sure to complete the in-person training by the end of September so you can enroll in Spring 2018 courses.

## STUDENT LIFE: TIPS AND INFORMATION

### RESOURCES FOR OFF-CAMPUS LIVING

**Bank Accounts**

You will want to open a bank account as soon as possible to keep your money in a secure location. To make purchases or pay bills in the U.S., your options include check writing, cash from Automated Teller Machines (ATM), debit or credit cards, and online banking. You should open a checking account to pay bills such as rent or utilities. Most checking accounts include an ATM/debit card so you can withdraw money from your account and use it for purchases.

Be aware that some debit cards have credit card logos on them (such as Visa, MasterCard etc.) and can function like a credit card for purchases. However, the payment is drawn from your checking account directly.

The following bank locations are within walking distance of the UCB campus. These banks have ATM machines located throughout the city and state:

**Bank of America**
www.bankofamerica.com
2347 Telegraph Ave. (510) 273-5443
2129 Shattuck Ave. (510) 273-5466
Berkeley, CA 94704

**Wells Fargo**
www.wellsfargo.com
2460 Bancroft Way, Berkeley, CA 94709
(510) 464-2266

## TELEVISION AND INTERNET

If you have a television in your home, you can access three or more channels at no charge. However, you may find that the reception is not clear and it will be difficult to watch. Some people end up purchasing cable television service, which not only makes the free channels clearer, but also gives you access to a greater number of channels. In the Bay Area, Comcast (www.comcast.com/) and AT&T (www.att.com/) are the two main providers of cable television. Many students use streaming devices like Apple TV or Roku and sign up for online streaming services like Netflix or Hulu instead of purchasing cable television service.

To have high-speed internet at home, you will need to purchase either DSL or cable service. Again, the top two companies that serve the Bay Area are Comcast and AT&T. You will need to look at their options to decide what is best for you. Check their websites for more information.

## TELEPHONE

Since you already have a mobile phone in your home country, you will need to inquire about its use in the U.S.; many companies have international plans.  However, it may be more economical to purchase a new phone after you arrive here. Do some research in advance by looking at websites of the major cell phone companies such as AT&T, T-Mobile, Verizon, MetroPCS, Cricket Wireless and Sprint. Find a company that does not require a two year contract

## FURNITURE

As a student temporarily in the U.S., you will likely want to buy inexpensive furniture and household goods.

## NEW FURNITURE

**Ikea**
www.ikea.com
4400 Shellmound St.
Emeryville, CA 94608 (510) 420-4532

**Target**

[www.target.com](www.target.com)

1057 Eastshore Hwy Albany, CA 94710 (510) 982-0512

## USED FURNITURE

**Craigslist**

[www.craigslist.org](www.craigslist.org)

Search under San Francisco – East Bay for items in the local area. You will likely have to pick up the items yourself. Be sure to read the safety and fraud precautions for using craigslist, as it is not monitored by any authority.

- http://www.craigslist.org/about/scams
- http://www.craigslist.org/about/safety

**The Goodwill Store**

http://eastbaygoodwill.org/

2058 University Ave Berkeley CA 94704

(510) 649-1287

## GROCERY STORES

**Safeway**

1444 Shattuck Place

Berkeley, CA 94709 510-526-3086

**Whole Foods**

*The Whole Foods Market specializes in natural and organic foods. Their prices are higher than other grocery stores.*

3000 Telegraph Avenue

Berkeley, CA 94705

(510) 649-1333

**Trader Joe's**

1885 University Ave or 5727 College Ave Berkeley, CA 94703

Oakland, CA 94618

(510) 204-9074          (510) 923-9428

**Berkeley Bowl**

2020 Oregon St. or 920 Heinz Avenue Berkeley, CA 94703

                    Berkeley, CA

(510) 843-6929          (510) 898-9555

STUDENTS WITH FAMILIES

If your spouse or children accompany you during your stay in the U.S., you will need unique services and resources to help your family feel at home.

## EDUCATION

If your spouse decides to pursue a degree program while in the U.S., speak with an advisor in Berkeley International Office well in advance to make sure it is legally possible to do so.

## ENGLISH LANGUAGE RESOURCES

English as a Second Language (ESL) instruction is offered by many schools in the Bay Area. Below is a partial list of local ESL programs in Berkeley - we do not endorse or recommend any one program over another.

- UC Berkeley Summer English Language Institute (http://summerenglish.berkeley.edu/)

- YWCA English in Action (http://www.ywca-berkeley.org/international-programs/)
  *Informal English tutoring/conversation, open to UC students and families.*

- Berkeley Adult School (http://bas.berkeley.net/index.html) ESL Department:
  http://bas.berkeley.net/esl.html;
  Other Language Courses: http://bas.berkeley.net/languages.html

- English Studies Institute (http://www.englishsi.com/)

- ELS Language Centers (http://www.els.edu/en/ELSCenters/Detail?locid=BER#els_general_tab)

- Language Studies International

- (http://www.lsi.edu/en/english/united-states/san-franciscoberkeley/school)

## MAKING SOCIAL CONNECTIONS

Besides going to school or working, there are other ways to meet new friends and find community. A group called the University Section Club (http://universitysectionclub.berkeley.edu ) sponsors a weekly gathering of international spouses (and some children) at the University YWCA on Bancroft Way called "The Centre."

**UC Berkeley Parents Network**

https://www.berkeleyparentsnetwork.org/

A great web site to find information related to children, parenting, families and a wide variety of other topics related to living in the Bay Area.

## CHILD CARE

Most child care in the U.S. is not supported by the government and is privately-owned. Families are responsible for finding suitable child care for their children and paying for it on their own. Two resources of great help to UC Berkeley students and

scholars are:

University Early Childhood Education Program www.housing.berkeley.edu/child
for infants and pre-school children at UCB.

**Bananas Child Care Information and Referral Service**
www.bananasinc.org
community-based service for finding either regular daily care or the occasional babysitter.

## PARKING AND TRANSPORTATION

### CAMPUS PARKING

There are many student parking lots just off of the UCB campus. Visit the Parking and Transportation Office website at
http://pt.berkeley.edu for information on obtaining a campus parking permit, campus parking maps, campus shuttle buses / emergency night shuttle buses and other helpful resources.
Campus Parking: Student parking is available for $377 per semester. To purchase parking please visit:
http://pt.berkeley.edu/parking/student

*Public Transportation*

While at Berkeley, you will likely use two main modes of public transportation: BART and buses.

### BAY AREA RAPID TRANSIT SYSTEM (BART)

BART is a local light rail / subway system that serves the entire Bay Area. Stops include San Francisco Airport (SFO), downtown San Francisco, Oakland, Berkeley, Fremont, Richmond, and Concord. BART runs seven days a week. Fares vary according to the distance to be traveled. The closest BART station to campus is the Downtown Berkeley BART. www.bart.gov

### ALAMEDA COUNTY (AC) TRANSIT BUS SYSTEM

The Alameda-Contra Costa Transit District is the third-largest public bus system in California, serving Berkeley, Albany, El Cerrito, Oakland and Kensington. AC Transit buses run through the UCB campus and also carry passengers across the Bay into San Francisco. UCB students get a bus pass (called the Class Pass) at the beginning of each semester that allows unlimited use on this bus system. www.actransit.org/

### BIKES

There are several bike-friendly streets (Bicycle Boulevards), a fully accessible campus, and the possibility to take your bike on public transport (bus and BART) and plenty of bike (repair) shops. Bike theft in Berkeley is common, even in populated places. It is wise to invest in a very good lock. Register your bike with the University Police Department:
http://pt.berkeley.edu/around/biking/bikinginfo

Two well-known places to buy a (new) bike are:

- Mike's Bikes (http://mikesbikes.com/) on University Avenue, and
- Performance Bikes (www.performancebike.com) on San Pablo.

## HEALTH

### SHIP: STUDENT HEALTH INSURANCE

2222 Bancroft Way, Berkeley CA

All students at UC Berkeley are required to have health insurance for themselves and any accompanying dependents. Students are covered by the Student Health Insurance Plan (SHIP) upon payment of registration fees. Dates of coverage are August 1, 2016 – July 31, 2018. To read more about insurance coverage, see the University Health Service's web site at www.uhs.berkeley.edu/index.shtml

### THE TANG CENTER

2222 Bancroft Way, Berkeley, CA

All health care services must begin at the Tang Center. Please use the Tang Center just as you would your regular doctor's office. You may use your student ID card to get services at the Tang Center if you are covered by SHIP. Spouses and family are not covered by SHIP; please contact the SHIP office for insurance options for your dependents.

The Tang Center services include: routine medical exams, lab tests, x-rays, physical therapy, pharmacy, urgent care, mental health counseling, career counseling, and vision care eye clinic. Please see their web site for a full description of all their services: www.uhs.berkeley.edu/index.shtml

### RSF: RECREATIONAL SPORTS FACILITY

http://recsports.berkeley.edu/

2301 Bancroft Way, Berkeley CA

Cal Recreational Sports is dedicated to enhancing the knowledge, wellness, fitness, personal skills and quality of life for students, faculty, staff, and the community. By providing facilities, programs, activities and the opportunity for cooperative and competitive play. Student membership is included in your tuition fees.

### COUNSELING SERVICES

**Wellness at Boalt**

Some people love every minute of law school. Some people don't. Most students experience ups and downs as rigorous academic demands intersect with family obligations, daily life, and countless personal and professional events beyond Boalt Hall. As with any major undertaking, you will get more out of law school if you take care of yourself mentally, physically, socially, and emotionally.

Especially as an international student, the stresses of law school can become compounded due to the extra stresses of acclimating to a new language and culture. Homesickness may occur, which can lead to feelings of loneliness and isolation. The stresses of moving to a completely new place can be eased by just sitting down and talking to someone who cares. Emergency situations are not the only reason to seek counseling

**Personal psychological counseling** is provided by Boalt's dedicated Psychologist, Dr. Linda Zaruba. All counseling is confidential. You can reach Dr. Zaruba by phone (510) 643-5447 or by email: zaruba@uhs.berkeley.edu

## CAMPUS RESOURCES FOR GRADUATE STUDENTS

Counseling and Psychological Services (CPS) provides a variety of services for students to help with personal, academic, career, and crisis concerns. Access to CPS counseling services are free to all registered UC Berkeley students. If you prefer to speak to a counselor outside the law school, professional counselors are available at the Tang Center at 2222 Bancroft Way, (510)642-9494. More information is online at https://uhs.berkeley.edu/counseling/about

In the U.S., it is very common to talk with a counselor about problems or difficulties involving academic work, personal relationships, stress, unhappiness, and an individual's view of himself or herself, etc. In different cultures, these problems may be viewed and treated differently. For example, if you experience difficulties when you are living in your home country, perhaps you would turn to your family or friends for help and advice. During your stay in the U.S., you may be apart from all family and close
friends, and you may feel the need to find substitute sources of emotional support. A counselor can help you determine what the difficulty is, help you see options that you might not have seen, and help you resolve the difficulty.

By law, all conversations are kept confidential.

### Meditation & Silent Prayer Room

Room 239C (across from Room 244) has been designated a space for silent contemplation and/or prayer throughout the day. Please take advantage of this great resource**.**

### Lactation Room

UC Berkeley maintains several private lactation rooms for nursing mothers, including one in Simon Hall at Berkeley Law. To access the room you must register with the campus Breastfeeding Support Program: https://uhs.berkeley.edu/facstaff/wellness/breastfeeding-support

## DISABILITY SERVICES

The Disabled Students' Program (DSP) is committed to ensuring that all students with disabilities have equal access to educational opportunities at UC Berkeley. They offer a wide range of services for students with disabilities. These services are individually designed, and based on the specific needs of each student as identified by our Disability Specialist. All new students seeking services through DSP are responsible for completing the following five (5) steps before they can enroll in DSP:

- Submit an online application for DSP services at
  https://dssonline.berkeley.edu/scarab/applicant/studentInfoReview.faces. When you submit your online application,

you will be provided information on what type of disability verification to provide, and who to schedule an appointment with. Please print out this page for your records.

- Provide DSP with verification of your disability in advance of your "intake appointment" with a Disability Specialist.

- Initiate a request to schedule an appointment with a Disability Specialist for an intake interview by calling or contacting the DSP receptionist. The DSP phone number is 510-642-0518.

- Meet with your Disability Specialist during your "intake appointment," to discuss the accommodations or services you may be eligible to receive.

- After you have been approved for accommodations and services by your Disability Specialist, request accommodation letters and auxiliary services online. Make this request at the beginning of each semester in which you will require accommodation letters or auxiliary services.

You must initiate and complete these five (5) steps before you may be approved for DSP services. If you are unable to complete the online application process, you can request assistance in person from the DSP receptionist.

## STUDENT ORGANIZATIONS

Berkeley Law supports many opportunities for student engagement within and beyond Boalt Hall. http://www.law.berkeley.edu/227.htm Keep an eye out for an announcement about the Student Activities Fair in early Fall semester where you can learn about all the great student organizations at Berkeley Law.

### SOALS: STUDENT ORGANIZATION FOR ADVANCED LEGAL STUDIES

The Student Organization for Advanced Legal Studies (SOALS) is a student organization for LL.M. students at Berkeley Law. The primary goal of the organization is to facilitate the social and professional needs of the LL.M. students while studying at Berkeley Law. Through social, professional, and academic activities, SOALS aspires to build relationships among the LL.M. class. SOALS is responsible for acting as a liaison between the student body and the ADP office; we are happy to work with SOALS and are open to suggestions on how to improve the program and student life in general at Berkeley Law.

The traditional track has one SOALS President. The class president of the graduating year will have the honor of delivering the graduation speech during the commencement ceremony. We will send an announcement soon with instructions on how to run for class president.

### BHSA: BOALT HALL STUDENT ASSOCIATION

The Boalt Hall Student Association (BHSA), the law school's student government organization, is composed of all registered law students. BHSA organizes activities of general law school interest and helps new students adjust to life at Berkeley Law by sponsoring social, athletic, and law-related events. The BHSA council represents student interests in curriculum planning, admissions policy, faculty hiring, administration of the library, professional placement, and many other areas. Every year there are two LL.M. representatives on the BHSA board. You will be notified by email within the first few weeks of classes regarding BHSA program information and election dates.

Email: bhsa@law.berkeley.edu https://www.law.berkeley.edu/student-life/student-organizations/boalt-hall-student-association/

## RECREATION

### EVENTS

To stay current on all events at Berkeley Law, please visit the following:

- UC Berkeley Events: http://events.berkeley.edu/
- Berkeley Law Events: http://www.law.berkeley.edu/2054.htm

## BEST OF BERKELEY

A list of some of the most popular restaurants, bars, and activities for students:

**Thai Temple**

Sunday brunch 10 am- 1pm: enjoy delicious authentic Thai food in the garden of a beautiful Buddhist temple. This Sunday event is great community bonding place and way to experience a new culture through food and atmosphere.

Location: 1911 Russell St 510-849-3419

**La Note**

Delicious French-inspired food, one of the best breakfast experiences in Berkeley. On a sunny day try and get a spot on the back patio and enjoy your Crème Fraiche pancakes and coffee on a cozy porch amidst beautiful leafy foliage.

Location: 2377 Shattuck Avenue

510-843-1525

Website: www.lanoterestaurant.com

**The Albatross Pub**

Although it is quite a trek from campus, the oldest pub in Berkeley offers an inviting atmosphere in which to hang out with a large group of friends and play a range of board games, pool and darts while eating popcorn and drinking practically any drink you can imagine. Great way to spend a weekend evening!

Location: 1822 San Pablo Ave. 510-843-2473

Website: www.albatrosspub.com

**Triple Rock Brewery**

Great place to spend a Thursday, the only night on which they sell their famous Monkey Head beer. This bar has a great atmosphere and is always busy with a great mix of Berkeley students, locals, and sports fans.

Location: 1920 Shattuck Ave. 510-843-2739

Website: http://triplerock.com/

**Free House**

This restaurant/bar located directly across the street from Boalt offers good service, a nice front and back patio, and nice drinks and food that will completely satisfy those that are just too tired to trek anywhere farther and just want to socialize without putting in too much effort. Ask for recommendations about the beers that are on tap which rotate often, order a bucket of sweet potato fries or a giant pretzel, and you will not be disappointed.

Location:  2700 Bancroft Way

510-647-2300

Website: http://berkeleyfreehouse.com/

**Jupiter**

What could be better than delicious and pizza and delicious beer in one wonderfully inviting place? In the summer or on a warm night take a seat on the eclectic back patio and listen to some live music amongst the twinkling garden lights with friends or a date, you will probably leave with a smile on your face.

Location:  2181 Shattuck Avenue (at Center Street)

510-THE-ROCK

Website: www.jupiterbeer.com

**Cheeseboard**

Truly a Berkeley must, this cooperative pizza joint sells one type of pizza a day that will never leave you disappointed. Choose between a slice, a half, or a whole pizza and take it over to the grass of the center divider to experience a classic Gourmet Ghetto picnic. On the weekend evenings they will host live music that will keep you hanging around on a warm summer night. If you have a craving for mind-blowing cheese head next door to their cheese shop which will allow you to travel the world through the medium of cheese.

Location: 1504 / 1512 Shattuck Ave
510-549-3183

Website: http://www.cheeseboardcollective.coop/

**Philz Coffee**

Right down the street from Cheeseboard, this cute coffee shop allegedly serves the best coffee in Berkeley. The classic Mint

Mojito with fresh mint will be a refreshing way to quench your thirst while studying on the upper level of this fun café.

Location: 1600 Shattuck Ave

510-705-1083

Website: http://www.philzcoffee.com/

**Brazil Café**

On the West Side of campus resides a small and colorful hut serving authentic Brazilian food that no one would miss walking by. If you fancy a stroll through the redwoods on the western part of campus, you will be rewarded by your efforts with a delicious tri-tip sandwich or rice bowl that you can take away to the grass on campus, or can eat outside next to this colorful stand.

Location: 2162 University Ave.

510-845-8011

Website: http://brazilcafeberkeley.com/

**Fire Trails**

Looking for a great outdoor atmosphere to get some exercise? Head over to the Clark Kerr campus and keep heading uphill until you reach one of the dirt paths leading up into the Claremont Regional Preserve where you will not only gain great exercise from walking up steep hills, but also the most rewarding views of the entire Bay Area. Getting to the top of the hill from Clark Kerr takes only about twenty minutes and will leave you feeling as if you have conquered the world and stumbled upon one of Berkeley's hidden treasures.

Location & Website: www.ebparks.org/parks/claremont_canyon

**College Avenue**

An area that many miss as it is located on the south side of campus, but truly is worth spending an afternoon strolling down. Start around 2 and grab some ice cream at Ici where you will always find a line waiting for some delicious handmade ice cream, and poke your head into the smattering of local shops that you will only find in Berkeley. Keep walking downhill and you will pass delicious restaurants like Wood Tavern and Southie in addition to The Trappist, a specialty beer shop. You will also pass Cole coffee, which has a very dedicated following. After a decently long walk down College you will probably be hungry and will be graciously rewarded by a slice of deep-dish pizza at Zachary's, one of Berkeley's oldest and most well-known pizza places. If you are feeling crazy, head over to Smitten where you will be able to get liquid nitrogen ice cream made right in front of you. Walking back up college you will hit The Graduate, a famous Berkeley bar on Claremont and College that offers cheap drinks, a fun dive-bar atmosphere, and free popcorn!

**Tilden Park**

If you are tired of the urban atmosphere or bogged down by excessive studying, head up to Tilden Park for a few hours to take in some awe-inspiring views and nature that will leave you feeling refreshed and motivated to continue on in your work with a more positive outlook. You can swim in the lake for a few dollars or you can hike up into the hills to get exercise, breath the fresh air, and gain a geographical perspective of the East Bay.

Location & Website: http://www.ebparks.org/parks/tilden

## EMERGENCY AND SAFETY INFORMATION

### EMERGENCY CONTACT INFORMATION

**Call 911 or,** if on campus dial **642-3333**

In the event of an emergency, call 911 from anywhere on campus, or from a cell phone call 642-3333. For non-emergencies or information, call UCPD at 642-6760.

UC Berkeley Police Department Address: 1 Sproul Hall
Berkeley
CA 94720-1199 U.S.A.

## NIGHT SAFETY SERVICES

nightsafety.berkeley.edu

The Campus offers free night safety services to get you safely from campus locations to destinations within our service area. The Night Safety Shuttles run until 4 AM and you can see where a shuttle is on the online map. For information about all night safety services, go to nightsafety.berkeley.edu. To see shuttles on their routes on an online map, go to bearwalk.berkeley.edu/shuttles after 7:30 PM.

Night Safety Escorts (BearWALK)

Uniformed, trained, and radio-equipped Community Service Officers (CSOs) provide a walking escort to nearby residences, public transportation, or parking lots. The service is available from dusk to 1:45 a.m. To request an escort, call 642-WALK (510-642-9255); a CSO will arrive in 15 minutes.

Night Safety Shuttles (Bear Transit)

The Night Safety Shuttle service is an extension of the BearTransit daytime service, and provides safe nighttime transit to and from the campus. Bear Transit Night Safety Shuttles are free to all and operate year-round*. From 7:30pm to 4am shuttles run on one of two set routes between campus, BART, Clark Kerr Campus and residence halls.

## NIGHT TIME PERSONAL SAFETY

a.      Utilize the free Night Safety Services located at http://nightsafety.berkeley.edu

b.      Travel with a friend or in a group

c.      Be alert and aware of your surroundings

d.      Avoid dark, vacant or deserted areas

e.      Use well-lit, well-traveled routes

f.      Dial 510-642-3333 or use a Blue Light emergency phone if you need help

## CAMPUS INFORMATION IN AN EMERGENCY

The campus home page is your first stop for emergency information; if the home page isn't available, go to the campus emergency website. News and instructions will also be updated regularly on an emergency hotline, 800/705-9998, and on radio broadcasts in the Bay Area from KALX 90.7FM or KCBS 740AM.

### *Tips for Campus Safety*

If you feel you've been a victim of a crime, please report it. It's for your protection and the protection of others. Your report, along with others like it, might show a crime trend, or give UCPD clues to stop other crimes. If someday the police recover your property, your report could help them return it to you.

The most important thing to know about walking at night: Be alert! If you're not aware of your surroundings, you may be a walking target. When you're walking alone at night, don't walk with headphones in your ears or have a long conversation on your cell phone. The campus itself is relatively safe, but in this urban area, we are NOT immune to crime.

### **Three easy ways to make a report**

1.  Use your cell phone, in an EMERGENCY. On or near campus, dial UCPD (510/642-3333). If elsewhere in the city, call Berkeley Police Department (510/981-5911). Program ahead of time, so it's a one-button call.

2.  You can ALWAYS dial 911 from any phone anywhere! A landline (including a code blue phone) on campus will get you direct to UCPD dispatch.

3.  For non-emergency reports, call UCPD 24-hours (510/642-6760) or report an ongoing crime anonymously online using CalTip: police.berkeley.edu/caltip/

## PROTECTING YOUR PERSONAL BELONGINGS

### LOCKERS

Lockers will be assigned to each student. Students will share a locker with another LL.M. student due to space constraints. If you lose your locker combination, ask the ADP staff for assistance. Please do not leave valuables or food in your lockers.

## BIKE SAFETY TIPS

- Always lock your bike to a bicycle rack.

- Use a high quality "U" shaped lock. Avoid using lightweight cables or chains.

- Always lock your bicycle through the frame and both wheels to a bicycle parking rack.

- Lock all free parts of bike or take them with you.

- Avoid leaving your bicycle locked outside overnight.

- Always wear a helmet. For night riding, use a headlight, a red rear reflector, two side reflectors on each wheel and reflector pedals.

## PROTECT YOUR LAPTOP

- Do not leave laptops unattended. Do not walk away from it, even for "a minute."

- Secure your laptop with quality software and hardware (cable locks, storage cabinets).

- Try to keep laptop computers and other portable electronics with you.

## AUTOMATIC TELLER MACHINE (ATM) SAFETY

- Try to use the ATM during daylight hours. If you have to get cash at night, go with someone else and only use machines that are visible from a major street and well lit.

- When entering your secret code, cover the pad with your hand.

- Always take your transaction receipts and statements.

- Do not count or display money at the ATM.

- Do not accept offers of help from anyone you don't know. If you have problems or questions contact your bank.

## VEHICLE SAFETY

- Park in well-lit, heavily populated areas. Trust your instincts, if something doesn't feel right, find another place to park.

- Avoid parking next to occupied vehicles.

- Be aware of your surroundings.

- Do not leave valuable items visible in your car.

- Always roll up all windows and lock all doors before leaving your vehicle.

## APARTMENT LIVING

- In the City of Berkeley, rental units must have dead bolt locks on all doors leading to the outside. Make sure all hallways, entrances, garages, and grounds are well lit. Leave spare keys with friends-not under the doormat, in mailboxes, or in common sense hiding places.

- Lock your apartment door and windows when you leave.

- If you do not feel secure having packages mailed to your apartment, please use the address of a friend who could receive your package. Mailing personal packages to Berkeley Law is discouraged. However, if you would like to send textbooks you may, but Berkeley Law is not responsible for lost items.





# UC BERKELEY CAMPUS MAP



© 2015 Regents of the University of California

# UC BERKELEY CAMPUS MAP KEY

Alumni House, D-5
Andersen Auditorium (Haas School of Business), C-2
Anthony Hall, C-4
Architects and Engineers (A&E), D-4
Bancroft Library, C-4
Banway Bldg., D-7
Barker Hall, A/B-6
Barrow Lane, D-4
Barrows Hall, D-4
BART Station, C-7
Bechtel Engineering Center, B-3/4
Berkeley Art Museum (Woo Hon Fai Hall), D/E-3
Birge Hall, C-3
Blum Hall, A/B-4
Boalt Hall, D-2
Botanical Garden, C-1
Brain Imaging Center, B-5
C.V. Starr East Asian Library, B-4
California Hall, C-4
California Memorial Stadium, D-1
Calvin Laboratory, D-2
Campanile (Sather Tower), C-3
Campbell Hall, B/C-3/4
Career Center, D/E-5
Chan Shun Auditorium
   (Valley Life Sciences Bldg.), C-5
Chávez Student Center, D-4
Cheit Hall, C-2
Clark Kerr Campus, F-1
Class of 1914 Fountain, D-3
CNMAT, A-5/6
Cory Hall, A/B-3
Cyclotron Rd., B-2
Davis Hall, B-3/4
Doe Memorial Library, C-4
Donner Lab, B-3
Durant Hall, C-4
Durham Studio Theatre (Dwinelle Hall), C-5
Dwinelle Annex, C/D-5
Dwinelle Hall, C-4/5
East Gate, B-3
Edwards Stadium, D-6
Energy Biosciences Building A/B-6/7
Eshleman Hall, D-4/5
Etcheverry Hall, A-4
Evans Diamond, D-6
Evans Hall, B-3
Eye Center (Minor Hall Addition), C/D-3
Eye Center (Tang Center), D/E-6
Faculty Club, C-3
Faculty Glade, C-3
Founders' Rock, A/B-3
Fox Cottage, E-3
Frank Schlessinger Way, C-6
Gayley Rd., B/C-2
Genetics and Plant Biology Bldg., B-6
Giannini Hall, B-5
Giauque Hall, C-3
Gilman Hall, C-3
Girton Hall, C-2
Golden Bear Recreation Center, F-2
Goldman Field, D-6
Goldman Plaza D-1/2
Goldman School of Public Policy, A-3

Greenhouse, A-7
Grinnell Natural Area, C-6
Haas Pavilion, D-5
Haas School of Business, C-2
Hargrove Music Library, D-3
Haste Street Child Development Center, F-5
Haviland Hall, B-4/5
Hazardous Materials Facility, C/D-6
Hearst Field Annex, D-4
Hearst Greek Theatre, B-2
Hearst Memorial Gymnasium, D-3
Hearst Memorial Mining Bldg., B-3
Hearst Mining Circle, B-3
Hearst Museum of Anthropology, D-3
Heating Plant, Central, C-6
Hellman Tennis Complex, C-6
Hertz Hall, C/D-3
Hesse Hall, B-4
Hewlett-Packard Auditorium (Soda Hall), A-3/4
Hildebrand Hall, C-3
Hilgard Hall, C-3
Insectary, A-7
International House, D-2
Ishi Court, C-5
Jones Child Study Center, E-6
Kleeberger Field House, D-6
Koshland Hall, A/B-6
Kroeber Hall, D-3
Krutch Theater, F-2
Latimer Hall, B/C-3
Lawrence Berkeley National Laboratory, B-2
Lawrence Hall of Science, C-1
LeConte Hall, C-3
Levine-Fricke Field, C-1
Lewis Hall, C-2/3
Life Sciences Addition, C-5
Lower Sproul Plaza, D-4/5
Martin Luther King Jr. Student Union, D/E-4
Mathematical Sciences Research Institute, C-1
Maxwell Family Field, C-2
McCone Hall, B-4
McEnerney Hall, A-5/6
McLaughlin Hall, B-4
Memorial Glade and Pool, B-4
Minor Hall, C-2/3
Minor Hall Addition, C-3
Moffitt Undergraduate Library, B/C-4
Morgan Hall, B-5/6
Morrison Hall, C/D-3
Moses Hall, C-4
Mulford Hall, B-6
Natural Resources Laboratory, A-6
North Field, D-3
North Gate, A/B-4
North Gate Hall, A-4
Northwest Animal Facility, A/B-6
O'Brien Hall, B-4
Observatory Hill, B-4
Old Art Gallery, C/D-4
Optometry Clinic (Eye Center,
   Minor Hall Addition), C-3
Optometry Clinic (Eye Center, Tang Center), D/E-6
Oxford Research Unit, A-6/7
Pacific Film Archive (PFA) (Woo Hon Fai Hall), D/E-3

Pacific Film Archive (PFA) Theater, D-4
Parking Lots/Structures, A-3, A-4/5,  D-3, D/E-6,
   E-4, E/F-3, E/F-5/6
Pimentel Hall, B-3
Pitzer Auditorium (Latimer Hall), C-2/3
Police, UC (Sproul Hall), D-4
Recreational Sports Facility, D-5/6
Residence Halls
   Bowles Hall, C-2
   Clark Kerr Campus, F-1
   Cleary Hall, E/F-4/5
   Foothill Residence Halls, A/B-2/3
   Ida Louise Jackson Graduate House, E-2/3
   Martinez Commons, E/F-4
   Stern Hall, B-2/3
   Unit 1, E-3
   Unit 2, F-3
   Unit 3, E-5
Residential and Student Services Bldg., E-3
Sather Gate, D-4
Sather Rd., C-4
Sather Tower (Campanile), C-3/4
Senior Hall, C-3
Sibley Auditorium (Bechtel Engineering
   Center), B-4
Silver Space Sciences Laboratory, C-1
Simon Hall, D-2
Simpson Center, C/D-1/2
Soda Hall, A-3/4
South Hall, C-4
Spieker Aquatics Complex, D-5
Spieker Plaza, D-5
Springer Gateway, C-6
Sproul Hall, D-4
Sproul Plaza, D-4
Stadium Rim Way, C-1/2
Stanley Hall, B-3
Stephens Hall, C-3/4
Strawberry Canyon Recreation Area, C-1
Sutardja Dai Hall, A/B-3/4
Tan Hall, B/C-3
Tang Center, E/E-6
Tolman Hall, A/B-5
UC Berkeley Extension, B-7
Underhill Playing Field, E-3
University Dr., B-5
University Hall, B-6
University Health Services, D/E-6
University House, A/B-5
University of California Press (UC Press), B-7
Valley Life Sciences Bldg., C-5
Visitor Center (Sproul Hall), D/E-4
Warren Hall, A-6/7
Wellman Hall, B-5
West Circle, B/C-5/6
West Gate, B/C-6
Wheeler Hall, C-4
Wickson Natural Area, B-5
Witter Field, C-1
Women's Faculty Club, C-3
Wurster Hall, D-2/3
Zellerbach Hall, D-5
Zellerbach Playhouse, D-5

# EXHIBIT 11

# Optional Practical Training (OPT) Tutorial

*How to prepare your application materials for submission to the U.S. Citizenship and Immigration Service (USCIS).*





# OPT Tutorial Outline

- What is OPT, OPT Eligibility Requirements, Application Process Overview
- Completing BIO's OPT I-20 Request Process
- Choosing a Start Date & Scenarios
- Checking your OPT I-20 for Accuracy
- Preparing your OPT Request to USCIS
    - Your Photos
    - Paying the USCIS Fee
    - Completing the I-765 Form
    - Your OPT I-20 Copy
    - Your Passport & Visa copies
    - Your I-94 Record
    - Your Previous I-20 Copies
    - Your Previous EAD Card Copy (may not be applicable)
    - Your G-1145 Form
- Mailing your Application & Application Deadlines
- Receiving your I-797c, your EAD card, and Request for Evidence
- Maintaining Your F-1 Status & Reporting Requirements
- Frequently Asked Questions: Employment & Travel



# What is OPT?

Optional Practical Training is an F-1 student employment benefit.

- Allows for off campus work authorization <u>in a student's major field of study.</u>

- Students must be in full-time F-1 status for at least one academic year.



Berkeley International Office

# Are you eligible for OPT?

**Pre-Completion OPT**

For most students, Curricular Practical Training (CPT) is a better option.  It allows for off-campus work authorization in your field of study without using any of the 12 months of OPT time.  See our web site for a detailed description of <u>Curricular Practical Training.</u>

*You do NOT need to have a job offer to apply for OPT. The authorization is based on your program completion, not a specific employer. See <u>the OPT FAQ </u>web page for more commonly asked questions.*

**Post-Completion OPT**

***Have you been in a valid student status for one academic year?***
At UC Berkeley, one academic year means enrollment for consecutive:
•Fall – spring semesters
•Spring – fall semesters
•Spring – summer (enrollment through August, not Summer A only) semesters
•Summer (minimum of 12 units) – Fall semesters

***Will you be completing your program of study at UC Berkeley in the next 90 days?***
The application for OPT cannot be submitted more than 90 days before your program completion date.



# Types of Qualifying Employment

OPT employment must be a minimum of 20 hours per week in a job that is related to the your degree program. The burden of proof is on the student to demonstrate the relationship. The types of employment allowed during the initial 12-month period of OPT include:

- Paid employment

- Multiple employers

- Work for hire (commonly referred to as 1099 employment)

- Self-employed business owner

- Employment through an agency

- Unpaid / Volunteer employment

*See the OPT Qualifying Employment web page for a detailed explanation of each category.*



5

Berkeley International Office

# Application Process Overview

## 1. Request an OPT I-20

The I-20 will be ready for pick up 3 business days after submitting the OPT request form and Post-Completion Services Fee payment to Berkeley International Office.

## 2. Prepare and mail your application materials

Allow approximately 1 week to gather and  organize the required documents. *After USCIS has received your application, allow approximately 90 days for processing.*

## 3. Receive the Employment Authorization Document (EAD)



Berkeley International Office

# Step 1:  Request your OPT I-20

**Complete the <u>OPT Request Form [pdf]</u> :**

▪Confirm your expected program completion date.

▪Get the required signature from your academic advisor.

▪Choose your OPT start date.

▪ Include $100 payment for Post-Completion Services fee.

▪*Check or money order (no cash) made payable to "UC Regents". Include your Student ID number in memo section of check or money order.*

▪Attach fee payment to form and submit to Berkeley International Office.





# Choose your OPT start & end date

- Your OPT start date is the date that your 12 months of work authorization begins.

- Your OPT start date must be within your 60-day grace period after the program completion date.

- The requested start & end dates will be noted on page 2 of the new OPT I-20.

- The end date will usually be 1 year from your start date *(i.e. a July 2 start date will have a July 1 end date.)*

**NOTE:**
**Once USCIS receives the OPT application, it is not possible to change the requested start and end dates.**





# Obtain Academic Recommendation and signature

**Undergraduates:**

•Obtain the signature <u>from a College Advisor, (i.e. College of Letters and Science) or Department Advisor</u>

•Expected completion/graduation = The last day of the semester in which program requirements are completed.

**Graduates:**

•Obtain the signature from a Faculty Advisor or Graduate Student Affairs Officer (GSAO)

•Expected completion = The last day of the semester in which program requirements are completed, **OR** The date the thesis or dissertation is filed with the Graduate Division

Speak with a BIO advisor if you have a job offer beginning before the last day of the semester. Graduate students who only have a dissertation/thesis remaining may  be eligible to begin their post-completion OPT before filing





# Program completion: Undergrads Completing in Summer Session

To qualify for a **summer** completion date, students must:

- Have a final course requirement to be completed in summer.

- Be enrolled full time during Summer Session or receive Reduced Course Load approval from BIO for final term.

- Use the end date of your specific Summer Session as your program completion date (i.e. Summer Session A end date), **OR**

- Use the general Summer Session end date (i.e. last date of Summer Session E)

- If you have only been enrolled for 1 previous semester (Spring) and are completing in your second semester-Summer, you must be enrolled through August, the end of the Summer term. You cannot meet OPT eligibility if only enrolling in Summer Session A.

**Note: If summer is your final semester, any on campus employment or Curricular Practical Training is limited to 20 hours per week.**





# Program Completion:  Graduate Students Filing Thesis/Dissertation May Through August

*Please speak with a BIO advisor about your program completion date and choosing an OPT start date.

## Option 1

- Use Spring Semester program completion date*
- No summer enrollment required
- Degree conferred in Summer
- OPT start date must be within 60 days of Spring Semester program completion date

## Option 2

- Use Summer Session program completion date*
- Enrollment for Summer Session required (no unit minimum)
- Degree conferred in Summer
- OPT start date must be within 60 days of Summer program completion date

## Option 3

- Use Fall Semester completion date*
- Be on Fall Filing Fee and submit thesis/dissertation **after** Summer Session end date
- Degree conferred in Fall
- OPT start date needs to be within 60 days of Fall program completion date



# OPT Application Timeline:
## (Example based on Dec 14, 2018 program completion)



BIO processing time = 3 business days
USCIS processing time = 3 months average

OPT must begin within 60 days
Of program completion date

Program Completion Date

First Day to Apply

Final Deadline: OPT Received by USCIS

09/14/2018*          12/14/2018          02/12/2019

*BIO can accept applications starting 9/14/18, 90 days before 12/14/2018.

Apply to UCSIS up to 90 days before program completion

Apply to UCSIS up to 60 days after program completion



# Scenario 1: Spring Program Completion



On Feb 19, 2019, Sue mails her application for OPT to the USCIS. She is completing her program on May17and chooses July 1 as the OPT start date because she has a job offer beginning that day. She receives the EAD on May 19. Her employer is pleased to see proof of the work permission early even though she cannot start working until July 1, as noted on the EAD. Sue decides to go home for one month to celebrate her program completion.



# Scenario 2: Spring Program Completion

*George is busy with his final semester, and receives a job offer with start date July 10. He requests July 10 as his start date, and submits his OPT application to USCIS on May 10. On July 10, George still hasn't received his EAD, so he can't work. George receives his EAD on August 10 and it expires the following year on July 16th         George has lost 1 month of his 12 month OPT because his application was approved after the latest available OPT start date.*

**May 17**
Program completion date

OPT
application
mailed to
USCIS

*Requested
OPT start
date*

*EAD received*

*12 months of OPT- ends on July 16th 2019.*

**March**      **April**      **May 10**      **June**      **July**      **August**



14

# Check your OPT I-20 for accuracy

After receiving your OPT I-20, notify BIO immediately if there are any errors.

**Education Level**
Education Level may have changed. (ex. PhD candidate decides to graduate with a Master's)

**Program End Date**
Program completion date will be updated to the program completion date on the OPT request form.
*(I-20 will remain valid through OPT authorization period on page 2 or the approved EAD card dates)*

**School Attestation**
Make sure there is a BIO advisor signature. Check the date – USCIS must receive your application within 30 days of this date.

**Student Attestation**
You should sign & date I-20. Students 18 and over do not need a parent's signature.





# Check your OPT I-20 for accuracy

I-20, Page 2

OPT start and end dates requested *(OPT start date may be adjusted if USCIS does not complete the processing of your OPT by the requested date. Apply at least 90 days before requested start date, if possible.)*

OPT applications must be received by USCIS no later than <u>30 days</u> after this date. Please see an advisor at BIO if there are concerns that the application will not arrive on time.





UNIVERSITY OF CALIFORNIA

16

# Step 2:
# Prepare & Mail
# Your Application Materials



**Step 2:  Prepare and Mail the OPT Application**   Berkeley International Office

Case 4:19-cv-08388-DMR   Document 1-1   Filed 12/23/19   Page 124 of 189

# Required documents for OPT application

- ☐ 2 U.S. Passport Photos (with name and I-94 number written lightly in pencil on back of each), taken within the past 30 days.
- ☐ USCIS Fee of $**410**. Check, Money Order, or Credit Card payment made payable to: "U.S. Department of Homeland Security."
- ☐ Form G-1145 to confirm receipt and obtain case number in advance of paper notification: http://www.uscis.gov/files/form/g-1145.pdf.
- ☐ Original form I-765.  http://www.uscis.gov
- ☐ Copy of OPT I-20 issued by BIO within the past 30 days (page 1-3).   Don't forget to sign it!
- ☐ Copy of passport biographical page and F-1 visa stamp, if applicable.
- ☐ Printout of electronic I-94 record (https://i94.cbp.dhs.gov/I94/) or copy of paper Form I-94 (both sides)
- ☐ Copies of **all** previous **CPT** I-20s (*from UCB and/or previous schools*), if applicable
- ☐ Copies of **all** previous **OPT** I-20s and **EAD** card(s) (*from UCB and/or previous schools*), if applicable

> No documents are required for F-2 dependents.



# Gather the required documentation

## Passport Photo Requirements

The photos required to use for the OPT application must meet the specifications of U.S. style passport photos.  To see a full description of these specifications, go to the U.S. Department of State website.

• Submit 2 identical color passport photos taken within 30 days of filing your application. The photos must have a white to off-white background, be printed on thin paper with a glossy finish, and be unmounted and unretouched. The passport-style photos must be 2" by 2". You must remove your glasses and your head must be bare unless you are wearing headwear as required by a religious order of which you are a member.

• Using pencil or felt pen, lightly print your name and I-94 number on the back of the photo. Do not damage the photo surface by pressing hard while writing



### Professional Photography

USCIS has been examining passport photos more strictly.  BIO recommends students have their photos taken professionally.  Recently, students have been visiting the following locations to obtain their photos.

**Metro Publishing**
2440 Bancroft Way
Berkeley, CA 94704
http://www.yelp.com/biz/metro-publishing-berkeley

**Foto Shop**
131 Berkeley Sq
Berkeley, CA 94704
http://www.yelp.com/biz/foto-shop-berkeley



19

# Gather the required documentation

## Check, Money Order, or Credit Card:

- **USCIS Payment Methods:** Check/Money Order or Credit Card Payment for **$410**.

- **Check/Money Order** should be made payable to "U.S. Department of Homeland Security" with SEVIS number in the memo line. Money orders can be purchased at banks, post office, and some local grocery stores. Make sure a name and address are printed on the check.  If the address has changed, that is fine.

  - ✓ Do not use "temporary checks" often issued by the bank when opening a new account. These checks have no name or address in the upper left hand corner.

- **For Credit Card** payment, submit form G-1450, authorized payment amount $410. You may only use a credit card account with a U.S. billing address- no foreign billing address is allowed.

> Money orders and cashier checks should include the same information as a personal check.







# Gather the required documentation



## Form I-765

Download the I-765 form from the [USCIS web site](#). **Important:** Use the <u>most current version</u>. It is best to download it just before mailing the application since USCIS updates it frequently.

## How to fill out Form I-765

- Type or print legibly in in <u>black ink</u>.
- Answer all questions fully and accurately.
- If a question does not apply to you, type or print "N/A"
- Print and complete ALL pages 1-7. If any pages are missing, your application will be rejected!

Some parts of the I-765 can be confusing. The following slides will help you complete those "tricky" questions.

*Note: In mid-July 2018, the current version of the I-765 was updated. This tutorial reflects the newest version.*



# Complete the Form I-765

**Top Portion:** leave this entire section blank



**PART 1. Reason for Applying, pg. 1**

Check the "1.a." box for "Initial Permission to accept employment."

► **START HERE - Type or print in black ink.**

## Part 1. Reason for Applying

**I am applying for** (select only one box):

**1.a.** ☒ Initial permission to accept employment.

**1.b.** ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

> **NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

**1.c.** ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)


UNIVERSITY OF CALIFORNIA

# Complete the Form I-765

**PART 2. Information About You, pg. 1**

**#1 Name**
Your entire family name should be in CAPITAL letters. Use upper & lower case for the first name. Please write your name exactly as it appears on your I-20.

**#2-4 Other Names Used**
Enter your previous names, including nicknames you have used in official records or documentation. If none, write "N/A"

**If you are typing out the I-765 electronically**, be aware that the form does not allow you to write the "/" character into these fields. You will need to hand-write the "N/A" wherever this appears in the instructions.

---

### Part 2. Information About You

#### Your Full Legal Name

| | | |
|---|---|---|
| 1.a. | Family Name (Last Name) | FAMILY NAME |
| 1.b. | Given Name (First Name) | First Name |
| 1.c. | Middle Name | N/A |

#### Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

| | | |
|---|---|---|
| 2.a. | Family Name (Last Name) | N/A |
| 2.b. | Given Name (First Name) | N/A |
| 2.c. | Middle Name | N/A |
| 3.a. | Family Name (Last Name) | N/A |
| 3.b. | Given Name (First Name) | N/A |
| 3.c. | Middle Name | N/A |
| 4.a. | Family Name (Last Name) | N/A |
| 4.b. | Given Name (First Name) | N/A |
| 4.c. | Middle Name | N/A |



# Complete the Form I-765

**PART 2. Information About You, pg. 2**

**U.S. Mailing Address**
This is where you would like the Receipt Notice and the EAD card to be mailed. *This is very important!*

The address should be valid for at least 3-5 months, the length of time it will take to process the application. If you have plans to move during this time, use a reliable friend or family member's address to receive the EAD (indicate this in **#5.a.**)

**#5.a.** If the mailing address belongs to someone other than yourself, put their full name (First Name Last Name) here. If this is your address, write "N/A."

**#5.b-5.e** Write a valid mailing address in the U.S. It may be a residence, commercial address, or PO Box. *You may not use BIO's address.*

**#6** If you listed a mailing address that is NOT your current physical living address, select "No" and complete **#7.a-7.d** with your current physical address. If "Yes", write "N/A" in **#7.a-7.d**. Physical address should reflect where you actually live.



*\*If the you live outside of CA, please pay attention to the special mailing instructions later in the tutorial.*



24

# Complete the Form I-765

**PART 2, pg. 2, continued…**

**Other Information**

**8.** F-1 students do not have an A-Number, leave this blank.

**9.** F-1 students do not have a USCIS Online Account Number, leave this blank.

**10-11.** The responses to these questions should be straightforward. Please complete them accurately.

**12.**
Check "No" if you have never applied for an EAD.

Check "Yes" if you have previously applied for an EAD. *You will need to provide copies of your previous EADs.*

**Note on 12**: This question does not apply to previous on-campus employment or CPT.

*Other Information*

8.  Alien Registration Number (A-Number) (if any)
    ▶ A- **Leave blank**

9.  USCIS Online Account Number (if any)
    ▶ **Leave blank**

10. Gender    [x] Male    [ ] Female

11. Marital Status
    [x] Single    [ ] Married    [ ] Divorced    [ ] Widowed

12. Have you previously filed Form I-765?
    [ ] Yes    [x] No

    **If yes, you will need to provide copy(s) of your previous EAD(s)**



# Complete the Form I-765

**PART 2, pg. 2, continued…**

**#13.a.-17.b.** **Social Security Number (SSN)**

**#13.a.**

Check "Yes" if you have been issued an SSN and enter your SSN with one letter in each box in **#13.b.**

Check "No" if you do not yet have an SSN

**#14.**

Check "Yes" if you want a new or replacement SSN card and complete **#15-17.b**

Check "No" if you do **not** want a new or replacement SS card

**13.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?

*If yes, complete 13.b* ☒ Yes      ☐ No *If no, skip to14*

**NOTE:** If you answered "No" to Item Number 13.a., skip to Item Number 14. If you answered "Yes" to Item Number 13.a., provide the information requested in Item Number 13.b.

**13.b.** Provide your Social Security number (SSN) (if known).

▶ 1 2 3 4 5 6 7 8 9

**14.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to Item Number 15., Consent for Disclosure, to receive a card.) *If no, skip to 18*

*If yes, complete 15-17.b* ☒ Yes      ☐ No

**NOTE:** If you answered "No" to Item Number 14., skip to Part 2., Item Number 18.a. If you answered "Yes" to Item Number 14., you must also answer "Yes" to Item Number 15.

**15.** **Consent for Disclosure:** I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.      ☒ Yes      ☐ No

**NOTE:** If you answered "Yes" to Item Numbers 14. - 15., provide the information requested in Item Numbers 16.a. - 17.b.

**Father's Name**

Provide your father's birth name.

**16.a.** Family Name (Last Name)      FAMILY NAME

**16.b.** Given Name (First Name)      First Name

**Mother's Name**

Provide your mother's birth name.

**17.a.** Family Name (Last Name)      FAMILY NAME

**17.b.** Given Name (First Name)      First Name



**You should receive your Social Security card from SSA about 2 weeks after receiving your approved EAD from USCIS.**

26

# Complete the Form I-765

**PART 2, pg. 2-3 continued…**

The responses to these questions are straightforward. Please complete them accurately.

**#18 Countries of Citizenship**, pg 2

List all as applicable (*use Part 6 of the I-765 if needed*) or write "N/A" in **18.b**. if you do not have multiple citizenships.

**#19-20 Place of Birth,** pg 3

List the name of the country as it was named when you were born, even if it's name has changed

Make sure your Date of Birth is in the correct format of MONTH - DAY - YEAR. *(01/31/1998 not 31/01/1998)*

---

### Your Country or Countries of Citizenship or Nationality

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in **Part 6. Additional Information**.

**18.a.** Country

> Australia

**18.b.** Country

> N/A

### Place of Birth

List the city/town/village, state/province, and country where you were born.

**19.a.** City/Town/Village of Birth

> Brisbane

**19.b.** State/Province of Birth

> Queensland

**19.c.** Country of Birth

> Australia

**20.** Date of Birth (mm/dd/yyyy)

> 01/31/1998



# Complete the Form I-765

**PART 2, pg. 3 continued…**

**Information About Your Last Arrival**

**#21.a.   I-94 Number**
Use your current I-94 number.  This is at the number found on the electronic I-94 record or on the top left corner of the paper Form I-94 card (see example)



**#21.b-e.   Passport Information**
Enter the information directly from your passport; use the information of the passport you last used to enter the U.S. (*this should match the country on your I-20*)

**#21.c.   Travel Document**
Write "N/A" here

**Information About Your Last Arrival in the United States**

**21.a.** Form I-94 Arrival-Departure Record Number (if any)
► 2 1 2 3 4 5 6 7 8 9

**21.b.** Passport Number of Your Most Recently Issued Passport
YG000954R

**21.c.** Travel Document Number (if any)
N/A

**21.d.** Country That Issued Your Passport or Travel Document
Australia

**21.e.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)
11/01/2022



28

# Complete the Form I-765

**PART 2, pg. 3 continued...**

**#22   Date of Last Entry into the U.S.**
Your most recent entry date can be found on your passport admission stamp, electronic I-94 record, or paper I-94 card.

**#23   Place of Last Arrival into the U.S.**
Name of the Port of Entry city from your most recent entry. This information can be found on your passport admission stamp,  travel history section of your electronic I-94 record, or paper I-94 card (usually as a code , i.e. "SFR" for San Francisco). If you drove across the border, write the name of the city where entered the U.S.

**#24   Immigration Status at Last Entry**
Status in which you entered the U.S. If you entered with an I-20 as a student, write "F-1 Student."

**#25   Current Immigration Status**
Current status should be "F-1 student."  If not, talk to a BIO advisor, and this status should be reflected in your current I-94.

**#26   SEVIS ID**
Your SEVIS ID appears on the top left side of your I-20 and starts with N00...

22. Date of Your Last Arrival Into the United States, On or About (mm/dd/yyyy)    12/19/2017

23. Place of Your Last Arrival Into the United States
SFR

24. Immigration Status at Your Last Arrival (for example, B-2 visitor, F-1 student, or no status)
F-1 Student

25. Your Current Immigration Status or Category (for example, B-2 visitor, F-1 student, parolee, deferred action, or no status or category)
F-1 Student

26. Student and Exchange Visitor Information System (SEVIS) Number (if any)
► N-    0023104289



# Complete the Form I-765

**PART 2, pg. 3 continued…**

**#27  Eligibility Category**
Use the code *(c) (3) (B)* for *post-completion* OPT.

---

**Information About Your Eligibility Category**

**27.    Eligibility Category.** Refer to the **Who May File Form I-765** section of the Form I-765 Instructions to determine the appropriate eligibility category for this application. Enter the appropriate letter and number for your eligibility category below (for example, (a)(8), (c)(17)(iii)).

( **C** ) ( **3** ) ( **B** )

---

**#28-31.b  Other Eligibility Categories**
Write "N/A" in these fields. N/A means not applicable. These questions are NOT applicable to applying for your 12-month Post Completion OPT. #28 is for STEM OPT applicants only.

**28.**   **(c)(3)(C) STEM OPT Eligibility Category. If you entered the eligibility category (c)(3)(C) in Item Number 27.**, provide the information requested in **Item Numbers 28.a - 28.c.**

**28.a.** Degree     *N/A*

**28.b.** Employer's Name as Listed in E-Verify
*N/A*

**28.c.** Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number
*N/A*

**29.**   **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Item Number 27.**, provide the receipt number of your H-1B spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker.
▶    *N/A*

**30.**   **(c)(8) Eligibility Category.** If you entered the eligibility category (c)(8) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?
☐ Yes  ☐ No    *Leave blank*
**NOTE:** If you answered "Yes" to **Item Number 30.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** in the **Required Documentation** section of the Form I-765 Instructions for information about providing court dispositions.

**31.a. (c)(35) and (c)(36) Eligibility Category.** If you entered the eligibility category (c)(35) in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140, Immigrant Petition for Alien Worker. If you entered the eligibility category (c)(36) in **Item Number 27.**, please provide the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.
▶    *N/A*

**31.b.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?
☐ Yes  ☐ No    *Leave blank*
**NOTE:** If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories, Items 8. - 9.**, in the **Who May File Form I-765** section of the Form I-765 Instructions for information about providing court dispositions.



# Complete the Form I-765

**PART 3. Applicant's Statement, pg. 4**

**#1.a.** Select 1.a. to indicate that you have read and understood the questions.

**#2** Write "N/A"

**#3-6** Provide your information as requested

---

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-765 Instructions before completing this section. You must file Form I-765 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 4.** read to me every question and instruction on this application and my answer to every question in

*Leave blank*

a language in which I am fluent, and I understood everything.

**2.** ☐ At my request, the preparer named in **Part 5.**,

*Leave blank*

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

1234567890

**4.** Applicant's Mobile Telephone Number (if any)

1234567890

**5.** Applicant's Email Address (if any)

oskibear067@gmail.com

**6.** ☐ Select this box if you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement.



# Complete the Form I-765

**PART 3, pg. 4 continued…**

**Applicant's Declaration and Certification**

Read the entire declaration carefully.

**Applicant's Signature**

**#7.a.-7.b.** Hand sign your name and provide the date of the signature

**Important!**
Your signature will be scanned and must fit within the box. It must NOT touch the box outline. If the signature is too big and crosses a line, your application could be delayed. Be conservative and use a signature smaller than normal. Please see the example.

**Troubleshooting Signature Line:**
In some cases the "Don't forget to sign!" automatic reminder will not disappear when you print the form.

You should remove the auto filled "Don't forget to sign!" We recommend trying:
• To open the form in the most recent version of Adobe Reader.
• To print a blank version of the form's second page from your web browser.

## Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS

## Applicant's Signature

**7.a.** Applicant's Signature

➡️ *Your signature here* (don't touch the lines)

**7.b.** Date of Signature (mm/dd/yyyy)    MM/DD/YYYY

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.



Case 4:19-cv-08388-DMR   Document 1-1   Filed 12/23/19   Page 139 of 189

# Complete the Form I-765

### PARTS 4 and 5, pgs. 4-6

These sections are not applicable to you, since you've completed the form yourself, so write "N/A." This section is for those who use an interpreter or other paid preparer to complete the form

*Part 4 pg. 5*

*Part 5 pg. 5*

*Part 4 pg. 4*

**Part 4. Interpreter's Contact Information, Certification, and Signature**

Provide the following information about the interpreter.

**Interpreter's Full Name**

1.a. Interpreter's Family Name (Last Name)
   N/A

1.b. Interpreter's Given Name (First Name)
   N/A

2. Interpreter's Business or Organization Name (if any)
   N/A

**Part 4. Interpreter's Contact Information, Certification, and Signature**

**Interpreter's Mailing Address**

3.a. Street Number and Name    N/A

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town

3.d. State ▾  3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

**Interpreter's Contact Information**

4. Interpreter's Daytime Telephone Number
   N/A

5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

**Interpreter's Certification**

I certify, under penalty of perjury, that:

I am fluent in English and   N/A
which is the same language specified in **Part 3., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

**Interpreter's Signature**

7.a. Interpreter's Signature

7.b. Date of Signature (mm/dd/yyyy)    N/A

**Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant**

Provide the following information about the preparer.

**Preparer's Full Name**

1.a. Preparer's Family Name (Last Name)
   N/A

1.b. Preparer's Given Name (First Name)
   N/A

2. Preparer's Business or Organization Name (if any)
   N/A

**Preparer's Mailing Address**

3.a. Street Number and Name    N/A

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town

3.d. State ▾  3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

**Preparer's Contact Information**

4. Preparer's Daytime Telephone Number
   N/A

5. Preparer's Mobile Telephone Number (if any)
   N/A

6. Preparer's Email Address (if any)
   N/A

**Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant (continued)**

**Preparer's Statement**

7.a. ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

7.b. ☐ I am an attorney or accredited representative and my representation of the applicant in this case ☐ extends ☐ does not extend beyond the preparation of this application.

   **NOTE:** If you are an attorney or accredited ay need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

**Preparer's Certification**

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

**Preparer's Signature**

8.a. Preparer's Signature
   N/A

8.b. Date of Signature (mm/dd/yyyy)    N/A



# Complete the Form I-765

**Page 7, Part 6 needs to be completed ONLY if :**
- you have previously had other SEVIS IDs
- you have ever been authorized for CPT or OPT

*If neither of these apply to you, leave Part 6 blank and you are done with the I-765…skip to the next slide.*

**PART 6, Additional Information, pg. 7**

**#1.a.-1.c.** Provide your name again as listed in Part 2, 1.a-1.c.

**#2.** Leave blank

**#3.a-3.c.** Reference Pg. 3, Part 2, Item 27  ──────▶

**#3d. List all previously used SEVIS numbers** – including from all previous F-1 programs in the U.S including high school, short stays, community colleges, or previous I-20s at UCB.

**#3.d. If you have had previous CPT and/or OPT**, write "*see attached documentation for previous CPT and/or OPT authorizations*" and include copies of all previous CPT and OPT I-20s and EAD cards with your application.

*You may need to contact your previous schools if you are missing any of this information.*

---

**Part 6. Additional Information**

If you need extra space to provide any additional information within this application, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)  FAMILY NAME

**1.b.** Given Name (First Name)  First Name

**1.c.** Middle Name  N/A

**2.** A-Number (if any) ▶ A-

| 3.a. Page Number | 3.b. Part Number | 3.c. Item Number |
|---|---|---|
| 3 | 2 | 27 |

**3.d.** Previous SEVIS IDs: N0048798787, N0009898989, N0012345679 *(these are examples only)*

See attached documentation for previous CPT and OPT authorizations.



# Complete the Form I-765

**IF YOU COMPLETED any part of PAGE 7, PART 6**

You must add your signature and the date to Page 7.

Simply sign and date in the blank space at the bottom of page 7

*Oski Bear*   August 1, 2018

Form I-765   05/31/18                                                    Page 7 of 7



# Complete the Form I-765



**You are done with the I-765!**

Review all the information on the form for accuracy. You must submit **ALL** 7 pages of the I-765.

Make a copy of your completed I-765 application to keep for your records, in case there is a problem with the application.

Next, gather the required documentation and copies …see following slides



# Gather the required documentation

**Photocopy of UCB OPT I-20 (all pages):**

- Must be received by USCIS within 30 days of being issued by BIO (see number 10 on I-20).

- Original must be signed by the student at the bottom of page 1.

- The requested OPT start and end dates will appear on page 2.

- Do not mail the original I-20.





# Gather the required documentation

**Photocopy of Passport and Visa:**

- Photocopy the passport biographic page (with photo and passport expiration date); passport must be valid.

- Photocopy the F-1 visa, if applicable; visa does not need to be valid.







# Gather the required documentation.

**Photocopy of I-94 Information:**

The I-94 can be *either*:

•An electronic I-94 record. Visit: www.cbp.gov/i94 to access and print your record.

*OR*

•a paper I-94 card stapled into your passport.  Include a copy of both sides, even though the back side may be blank.



Electronic I-94 Record



Paper I-94 (front)



Paper I-94 (back)



# Gather the required documentation

**Photocopy of __all__ previous OPT and CPT I-20s:**

- Please include copies of all previous CPT and OPT I-20s at UCB and previous schools

- Old and new versions of the I-20 are acceptable.

- Copy all <span style="color:red">3 pages</span>.

- Keep the originals for your records.

- Copies of original I-20s are best, but you may need to request copies of any lost CPT/OPT I-20s.

  – UCB I-20s : request these from BIO when you turn in your OPT Request Form.

  – Previous School I-20s: contact them directly

- If you have never used CPT or OPT in the past, you do not need to include previous I-20s.



# Gather the required documentation

**Photocopy of Previous EAD(s), if applicable:**

- If an EAD was received in the past, include a copy of the front and back of the card.

- Can be from OPT approved at a prior institution or different education level.

- Include previous OPT I-20s and I-797c notice of approval as well if available.







Case 4:19-cv-08388-DMR    Document 1-1    Filed 12/23/19    Page 148 of 189

# Gather the required documentation

**Form G-1145**

- Attach to the top of theThis is an optional form. Use this form to request text and email notification(s) regarding your application.  Download the form at http://www.uscis.gov/files/form/g-1145.pdf
-  OPT application packet.



<div>

## WARNING!

USCIS will <u>rarely</u> contact you by phone regarding the status of your OPT application.

If you receive a phone call from a person claiming to work for USCIS or any other government agency, do not provide your personal information to them. Note the person's name and phone number and contact a BIO advisor before responding.

</div>



**Step 2: Prepare and Mail the OPT Application**   Berkeley International Office

Case 4:19-cv-08388-DMR   Document 1-1   Filed 12/23/19   Page 149 of 189

# Mailing the OPT Application from California

## USCIS Mailing Addresses
*for people who live in California\**

**FedEx, UPS, & Other Express Carrier Mail:**

USCIS
Attn: AOS
1820 E. Skyharbor, Circle S
Suite 100
Phoenix, AZ 85034

 

<span style="color:red">BIO recommends FedEx as a reliable option.
If using FedEx or UPS, use the above address.</span>

**U.S. Postal Service Mail**

USCIS
PO Box 21281
Phoenix, AZ 85036



<span style="color:red">If using USPS, choose Express or Priority
Mail option and use the above address.</span>

**\*** If your address on the I-765 is **NOT** in California, see the next slide for mailing information.



43

# Mailing From Outside California

**If living in…**

Alabama, Arkansas, Connecticut, Delaware, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Oklahoma, Tennessee, Texas, Vermont, Virginia, U.S. Virgin Islands, or West Virginia

**Mail your application to…**

**U.S. Postal Service**

USCIS
PO Box 660867
Dallas, TX 75266

**Express Deliveries**

USCIS
Attn: AOS
2501 S. State Hwy 121 Business
Suite 400
Lewisville, TX 75067

Alaska, Arizona, **California**, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Ohio, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming, Guam, or the Commonwealth of Northern Mariana Islands.

**U.S. Postal Service**

USCIS
PO Box 21281
Phoenix, AZ 85036

**Express Deliveries**

USCIS
Attn: AOS
1820 E Skyharbor Circle S
Suite 100
Phoenix, AZ 85034



# The Application Deadline

- USCIS must **receive** your complete OPT application no later than **30 days after the OPT I-20** has been issued.

- The issue date is located next to the advisor's signature on page 1 of the OPT I-20. Please account for mailing time.

- Additionally, USCIS must receive your application before the end of your 60 day grace period.

**Your application must be submitted to USCIS from within the U.S. If you exit the U.S. after your program completion date without applying for OPT, you cannot return and will lose your option for OPT.**



# Step 3:
# Receive the Employment Authorization Document (EAD)



# I-797 Notice of Action

You should receive the notice by mail within 2-4 weeks after mailing the OPT application to USCIS.

▪**The I-797 is very important.**
If you lose the receipt, it may be very difficult to replace it.

▪**The I-797 is necessary if you want to:**
  1) inquire about the status of your OPT application.
  2) travel outside the U.S when your OPT is pending.

**Receipt Number**
The case number for the OPT application at USCIS. Check the status of the case on the USCIS web site at https://www.uscis.gov

**Received Date**
Date when USCIS begins processing the application.  (It may not be the actual the application was received, but it is when the case was entered into the system.)

**Address Information**
Verify your name, date of birth, and address on the I-765 receipt notice. If incorrect, contact BIO immediately.

**Contacting USCIS**
If you have any problems or questions with the OPT application, contact a BIO advisor _before_ calling the USCIS Customer Service.





47

# USCIS Issues & Tracking Your Case

**Case Status Updates**
BIO strongly recommends that you sign up for an account at https://www.uscis.gov. This can allow you to receive automatic updates and monitor your case. Click "Check Your Case Status" and then select "Sign Up".

**General Case Tracking:**
If you don't sign up for an account, you can still track your case using the "Check Your Case Status" Tool

**Address Changes:**
If your address changes, you can update it online through the "Change of Address" tool. Keep in mind that address changes can take 10 business days to process, and could jeopardize your OPT EAD delivery. We recommend keeping the same address for your entire OPT processing, if possible.

**Case Inquiries:**
You can submit inquiries about your case using the Case Inquiry tool, if your don't receive your receipt or other notifications, or if your EAD has been pending for more than 75 days.











48

Berkeley InternationalOffice (BIO)

# Application Problems- RFE or Rejection/Denial

**RFE-** If there is a problem with your application, the USCIS may send you a notice by mail called a "**Request for Evidence (RFE**)." An RFE does not mean that your application has been rejected. It simply means that you need to send in additional documents before your EAD can be issued.

- Getting an RFE will delay the processing of your application

**Rejection/Denial-** In some cases, if too many items are missing from your application, the USCIS will return the entire application to you.  If this happens, you must make the corrections and send the application before the end date of  your 60-day grace period.

Contact BIO IMMEDIATELY if you receive am RFE, rejection, or denial.

To avoid delays, review your application materials for completeness and sign all the forms before mailing them to the USCIS.





# The Employment Authorization Document (EAD)

- Review card to make sure the information is accurate. If not, contact a BIO advisor.

- Present your EAD to employers as proof of your legal work authorization in the US.

- The EAD is a required document for entry to the US during OPT (refer to slide 38).

- Upload a copy of your EAD card at **io.berkeley.edu/ssu**





50

# Your Responsibilities during OPT

1. **Reporting Requirements**

2. **Employment Requirements**

3. **Travel Documents for Re-entry**

4. **Applying for an F-1 Visa on OPT**



# Reporting Requirements- BIO SSU HUB MANDATORY

- ALL STUDENTS ON OPT/STEM ARE REQUIRED TO USE THE BIO SSU HUB TO SUBMIT OPT UPDATES. BIO SSU Hub is a is a Berkeley International Office system.
- Submit updates online at **io.berkeley.edu/ssu**




## SEVP Portal- OPTIONAL

- The Student Exchange Visitor Program (SEVP) has its own "SEVP Portal" for students on OPT/STEM. On Day 1 of your Approved OPT, you will receive an email from SEVP with instructions on how to create an account. This email will come from do-not-reply.sevp@ice.dhs.gov
- Be aware of scams- SEVP will NEVER ask you for a payment to register to register for the optional SEVP Portal.
- Registration for SEVP Portal is OPTIONAL. BIO WILL NOT USE the SEVP Portal for OPT reporting purposes. We recommend that you use the SEVP Portal as *view only and continue to use SSU Hub to update your information.*



# 2.   Employment Requirements

- You must work a minimum of **20 hours per week** in a position related to your field of study. For more information, visit "Qualifying OPT Employment."

- You cannot exceed more than **90 days of unemployment** while on OPT.  Days of unemployment prior to your EAD start date do not count towards the 90 days.  It is your responsibility to keep records of your employment and any periods of unemployment.

- For more information see: OPT Unemployment Allowances



# 3. Travel Documents for Re-entry

| Documents | Before Completing Program & Before EAD issuance | After Completing Program & Before EAD issuance | After Completing Program & After EAD issuance |
|---|:---:|:---:|:---:|
| Valid passport | ✓ | ✓ | ✓ |
| Valid F-1 visa stamp (if applicable) | ✓ | ✓ | ✓ |
| OPT I-20 with a valid travel endorsement signed within 6 months by a BIO Advisor (page 2) | ✓ | ✓ | ✓ |
| Evidence of continued enrollment (e.g. Enrollment Verification from CalCentral) | ✓ | | |
| Evidence of financial support | Strongly recommended | Strongly recommended | Strongly recommended |
| OPT receipt: I-797 Notice of Action | | ✓ | |
| Job offer letter from employer | | Strongly recommended | ✓ |
| EAD (Employment Authorization Document) | | | ✓ |

**Your admission to the US is always at the discretion of the Customs and Border Protection Officers. To avoid problems, you must have the required documents outlined above.**



# Important Information on Travel

- Avoid long absences from the US during the OPT period.  Time spent outside of the US while unemployed by a US employer counts toward your 90 days of unemployment.

- Attempting to re-enter the U.S. close to the expiration date of your OPT can be risky.

- You must not enter the U.S. in a status other than F-1.  This may result in the loss of your OPT eligibility.

**Travel after Program Completion, But Before OPT Card is received**

- There is a higher risk associated with travel and return while your OPT is pending <u>after</u> the program completion date. If there are any problems with your application, you may not be able to respond to USCIS in a timely manner, which could delay processing of your EAD.

- If your OPT application is denied while outside the US, you will not be able to re-enter the US in F-1 status and will not be able to reapply.



# 4. Applying for an F-1 Visa on OPT

If you are traveling abroad and your F-1 visa has expired, you must obtain a new F-1 visa before returning to the U.S. When going to your visa interview, bring the documents below. For more information, visit: http://internationaloffice.berkeley.edu/visa_application

1. Valid passport

2. Valid I-20 with travel endorsement from a Berkeley International Office advisor within the past 6 months

3. EAD Card

4. Job offer in field of study

5. Evidence of sufficient funds (e.g. a bank statement, a letter from a sponsor or a job offer letter)

Check the U.S. Department of State web site for more information about getting a visa and specific requirements at the local embassy or consulate at www.travel.state.gov



# More Information

Consult the Berkeley International Office website for detailed information related to:

Frequently Asked Questions (FAQs)

Address and Employer Reporting System

Types of Qualifying Employment

90-Day Unemployment Rule

Beginning a New Program of Study

Taking Classes While on OPT

Traveling Outside the U.S.

Early Completion of OPT

OPT STEM Extension

Cap-Gap Extension



# Final check of your OPT application

Want to review all your documents in detail before mailing them to USCIS?

**See our online video**
**OPT Application Checklist**



OPT Application Checklist

A review guide before you mail your application!

**Still have questions?**

**Come see a BIO Advisor in person at Berkeley International Office.**





# Office Hours

## internationaloffice@berkeley.edu

## 510-642-2818



# EXHIBIT 12

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0025156768

| SURNAME/PRIMARY NAME | GIVEN NAME | Class of Admission |
|---|---|---|
| Lavalle Da Silva Faria | Henrique | |
| PREFERRED NAME | PASSPORT NAME | **F-1** |
| Faria | | |
| COUNTRY OF BIRTH | COUNTRY OF CITIZENSHIP | |
| BRAZIL | BRAZIL | |
| DATE OF BIRTH | ADMISSION NUMBER | |
| 16 NOVEMBER 1986 | | ACADEMIC AND |
| FORM ISSUE REASON | LEGACY NAME | LANGUAGE |
| CONTINUED ATTENDANCE | | |

### SCHOOL INFORMATION

| SCHOOL NAME | SCHOOL ADDRESS |
|---|---|
| University of California at Berkeley | Berkeley International Office, 2299 Piedmont, |
| University of California at Berkeley | Berkeley, CA 94720 |
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL | SCHOOL CODE AND APPROVAL DATE |
| Tatiana Djordjevic | SFR214F00615000 |
| International Student Advisor | 27 JANUARY 2003 |

### PROGRAM OF STUDY

| EDUCATION LEVEL | MAJOR 1 | MAJOR 2 |
|---|---|---|
| MASTER'S | Advanced Legal Research/Studies, General 22.0201 | None 00.0000 |
| PROGRAM ENGLISH PROFICIENCY | ENGLISH PROFICIENCY NOTES | EARLIEST ADMISSION DATE |
| Required | Student is proficient | 03 JUNE 2017 |
| START OF CLASSES | PROGRAM START/END DATE | |
| 03 JULY 2017 | 03 JULY 2017 - 09 MAY 2018 | |

### FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | STUDENT'S FUNDING FOR: 9 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 59,646 | Personal Funds | $ 82,746 |
| Living Expenses | $ 23,100 | Funds From This School | $ |
| Expenses of Dependents (0) | $ 0 | Funds From Another Source | $ |
| Other | $ | On-Campus Employment | $ |
| TOTAL | $ 82,746 | TOTAL | $ 82,746 |

### REMARKS

### SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

| X | DATE ISSUED | PLACE ISSUED |
|---|---|---|
| SIGNATURE OF: Tatiana Djordjevic, International Student Advisor | 06 April 2018 | Berkeley, CA |

### STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

| X | 5/3/18 |
|---|---|
| SIGNATURE OF: Henrique Lavalle Da Silva Faria | DATE |

| NAME OF PARENT OR GUARDIAN | SIGNATURE | ADDRESS (city/state or province/country) | DATE |
|---|---|---|---|

ICE Form I-20 (3/31/2018)

Page 1 of 3

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

SEVIS ID: N0025156768 (F-1)     NAME: Henrique Lavalle Da Silva
Faria

## EMPLOYMENT AUTHORIZATIONS

| TYPE | FULL/PART-TIME | STATUS | START DATE | END DATE |
|------|----------------|--------|------------|----------|
| POST-COMPLETION OPT | FULL TIME | REQUESTED | 02 JULY 2018 | 01 JULY 2019 |

## CHANGE OF STATUS/CAP-GAP EXTENSION

## AUTHORIZED REDUCED COURSE LOAD

## CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|----------------------------|--------------------------|
| 08 JANUARY 2018 | 09 MAY 2018 |

## TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|----------------------------|-------|-----------|-------------|--------------|
| Tatiana Djordjevic I DSO I Berkeley, CA | | X *(signature)* | 4/9/2018 | |
| | | X | | |
| | | X | | |
| | | X | | |

# EXHIBIT 13

internationaloffice.berkeley.edu

# Berkeley
## INTERNATIONAL OFFICE



## Optional Practical Training Request Form

APR 0 4 2018

APR 0 4

**To request an OPT I-20, you must submit to Berkeley International Office:**
- This form completed and signed by you and your Academic Advisor (original signature required).
- Post-Completion Services Fee payment: Attach $100 check or money order made payable to "UC Regents."

*Your new OPT I-20 will be ready for pick up 3 business days after submitting this form.*
*USCIS must receive your complete OPT application within 30 days of the new OPT I-20 being issued.*

| Family Name: **Lavalle da Silva Faria** | Given Name: **Henrique** |
|---|---|
| UCB ID: **3033127606** | I-20 Program End Date : **05/09/2018** |

| Email address you will use after graduation: **henriquefaria@gmail.com** | Telephone: **15105424638** |
|---|---|

| Have you been authorized for OPT in the past? ☒ No ☐ Yes - From : To : |
|---|
| If you have been authorized for OPT in the past, on which degree level was it based? ☐ Bachelor's ☐ Master's ☐ Ph.D. |

| When do you expect to graduate? Semester: **Spring** Year: **2018** | Are you currently employed on campus? ☒ No ☐ Yes - Until : |
|---|---|

| Requested OPT Authorization Dates: | *Start Date : **07/01/2018** End Date : **07/02/2019** *Start date must be within 60 days of your program completion date. |
|---|---|

| ☒ *I understand the responsibilities required for maintaining F-1 status during my period of OPT authorization as stated on the reverse and in the OPT Application Guide (http://internationaloffice.berkeley.edu/students/training/f-1/opt )* |
|---|
| **Signature of Student:** _(signature)_ Date: 03 / 20 / 18 |

| **Academic Recommendation** | Student's Major: *Law* | Second Major (if applicable): |
|---|---|---|
| | Is student registered in current term? ☒ Yes ☐ No | Level of Study: ☐ Bachelor's ☒ Master's ☐ Ph.D |
| This section must be completed by your academic advisor.<br><br>**Undergraduates =** College Advisor or Department Advisor<br><br>**Graduates =** Faculty Advisor or Graduate Student Affairs Officer | When is student expected to complete all degree requirements? Semester: Spring Year: 2018 | Will the student have completed all coursework requirements for the degree by the start date of OPT? ☒ Yes ☐ No |
| | Graduate students only:<br>Has student applied for filing fee? ☐ Yes ☒ No<br><br>When is student expected to file their thesis? Date : _____ | |
| | *"I confirm that the information provided in this section is true and correct. I would like to recommend that this student be allowed to obtain Optional Practical Training in order to secure a position in his/her field of study."*<br><br>Optional Comments : | |
| | Advisor's Name: Annik Hirshen | |
| | Department : Berkeley, Law | |
| | Signature: _(signature)_ | Telephone: (510) 643-3057 |

| ***For BIO use only*** | PAID ☒ | NOT PAID ☐ | |
|---|---|---|---|
| Payment type: Check ☒ Money Order ☐ | | Payer: Student ☒ Other ☐ | |
| # 4575 | | If other, name: _____ | |

# EXHIBIT 14


powered by Google

Henrique Faria <henriquef@berkeley.edu>

## Berkeley International Office - Your I-20 is Expiring Soon

**io_donotreply@berkeley.edu** <io_donotreply@berkeley.edu>                    Mon, Apr 9, 2018 at 4:00 PM
To: henriquef@berkeley.edu

\*\*This is an automated reminder sent to all students whose I-20 Program End Date is within the next 30 days. This email contains important information that applies to you.

Dear Student,

Your I-20 Program End Date is approaching (see section Program of Study on your I-20). The end date on your document determines how long you are allowed to remain in the U.S. as an enrolled student.

Your current Program End Date is in 30 days. Please read the section below that best applies to you.
=========================================================================

CONTINUING STUDENTS:
If you will be continuing your studies at UC Berkeley after your program end date, you must request an extension from Berkeley International Office BEFORE the end date on your current I-20.  To allow processing time, we strongly recommend students submit their extension requests no later than 2 weeks before your end date. For instructions, see: http://internationaloffice.berkeley.edu/students/current/extension
=========================================================================

GRADUATING STUDENTS:
If you will be COMPLETING your degree requirements at UC Berkeley, CONGRATULATIONS! We at Berkeley International Office are very happy that you have been a part of the UC Berkeley community and proud of your accomplishment. We wish you the very best in your future.

OPTIONS AFTER COMPLETING YOUR DEGREE are as follows:
Note: You must take one of these actions within 60 days (grace period) after your completion date*
*Completion date = end date on your I-20, or for graduate students date of filing thesis/dissertation -- whichever is EARLIER.

1. Depart the U.S. (one-time only)
2. Request a SEVIS Transfer to another U.S. school
3. Apply for Optional Practical Training (OPT). See instructions for applying for OPT here: http://internationaloffice.berkeley.edu/students/training/f-1/opt

Notes about OPT:
- If you depart the US after your program end date and have NOT applied for OPT, you are no longer eligible for OPT.
- Apply now! OPT applications can take 3-4 months to be processed.
=========================================================================

If you have already applied for OPT: No further action from you is needed.

If you have any questions or concerns please do not hesitate to email, call or visit us. Contact info:
https://internationaloffice.berkeley.edu/contact-us

Best regards,

Berkeley International Office
University of California at Berkeley
2299 Piedmont Avenue
Berkeley, CA 94720-2321
internationaloffice.berkeley.edu
internationaloffice@berkeley.edu

# EXHIBIT 15

UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                    SANTA BARBARA • SANTA CRUZ



BERKELEY INTERNATIONAL OFFICE                                                                    TEL: (510) 642-2818
2299 Piedmont Avenue                                                                             FAX: (510) 643-7289
Berkeley, California 94720-2321                                                        EMAIL: internationaloffice@berkeley.edu

EY
New York City

Dear Sir/Madam:

<div align="center">RE: Henrique Lavalle Faria</div>

This letter is written in support of Henrique Lavalle who has a current job offer from EY.  Henrique
is a recent LLM graduate of the University of California, Berkeley Boalt School of Law.  As an F-1
nonimmigrant international student, Henrique recently sought Optional Practical Training (OPT)
employment authorization through the USCIS that would permit him to join your organization.
Unfortunately, an erroneous slide on a powerpoint presentation providing instructions to students
on how to complete the application contributed to the denial of Henrique's application for OPT.
We deeply regret this error and are taking several steps to assist Henrique in this very unfortunate
situation.

In light of this circumstance, and the very limited timeline available to us, I am also reaching out to
you to see if there are other options available to you to retain him without the need for any
immigration support at this time?  Perhaps you can provide Henrique with some latitude in being
able to retain his job offer within your organization at a foreign affiliate/third country.  It is
devastating for him to not only have a negative immigration experience through a denial but also
to lose a wonderful opportunity to establish his career with an outstanding company such as
yours.  I firmly believe that given his academic performance at Berkeley where he earned High
Honors and Honors across the tax courses he took, that he is capable of being a successful
employee that aligns with your international reputation and standards.  In working with him
through this issue I have come to observe that he is a person with strong interpersonal skills and
emotional intelligence. He has not allowed this negative experience to prevent him from working
with me in a polite, cordial and professional manner.  This speaks highly of him about his
character.

In discussing various options with Henrique he has indicated that he is amenable to being
relocated to a third country should such an opportunity present itself.

Again, I regret any inconvenience that this situation has caused him and your organization.
Please do not hesitate to contact me at 510 643 8307 should you have any questions.

Sincerely,

Ivor Emmanuel, PhD
Director

# EXHIBIT 16

UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                    SANTA BARBARA • SANTA CRUZ

BERKELEY INTERNATIONAL OFFICE                                                         TEL: (510) 642-2818
2299 Piedmont Avenue                                                                  FAX: (510) 643-7289
Berkeley, California 94720-2321                                          EMAIL: internationaloffice@berkeley.edu

To Whom It May Concern
United States Citizenship and Immigration Services

Dear Sir/Madam:

RE: Henrique Lavalle Faria (DOB 11/16/1984: Receipt Number YSC 1890222817)

This letter is written in support of Henrique Lavalle Faria. Henrique is a recent LLM graduate of the
University of California, Berkeley Boalt School of Law and has a current job offer from Ernst and Young
(EY).

As an F-1 nonimmigrant international student, Henrique applied for Optional Practical Training (OPT)
employment authorization through the USCIS on 05/04/2018. At the time, Henrique was following the
guidelines provided by the Berkeley International Office. On page 16 of the instructional materials (OPT
Tutorial Powerpoint presentation - attached) a box with instructions erroneously pointed to the date on page
two of the form I 20 as the deadline date by which students needed to have their completed application at
USCIS. In fact, the date that should have been used was the issue date on page 1 of the I 20. As a result of
this error, and because the date on page 2 of the form I 20 was different from the date on page 1 by three
days, Henrique submitted his application which arrived at USCIS 3 days after the stated deadline. We
deeply regret this error and appeal to you to reopen the case given that he was otherwise eligible at the time
of filing the initial application. He mailed out the application on May 4th and it was technically due on May
6th. It was receipted on May 8th (Receipt # YSC 1890222817)

This administrative error that was contributed by my office, will result in considerable hardship for
Henrique as he will miss a tremendous opportunity to work for one of the world's renown accounting firms
– Ernst and Young (EY). Accordingly, I respectfully request that his application be reopened in light of this
new evidence and that his application for employment authorization be adjudicated in this context.

Should you have any questions, please do not hesitate to contact me at 510 643 8307. Thank you for your
assistance.

Sincerely,

Ivor M. Emmanuel
Director                         08/31/2018

✗ See ATTACHED
CALIFORNIA ALL PURPOSE
CERTIFICATE OF ACKNOWLEDGMENT DATED 8/31/2018

NARESHKUMAR BHAKTA
Notary Public - California

# California All-Purpose Certificate of Acknowledgment

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ALAMEDA                                                    S.S.

On AUGUST 31st 2018 before me, NARESHKUMAR BHAKTA (NOTARY PUBLIC)

*Name of Notary Public, Etc.*

personally appeared IVOR M. EMMANUEL

*Name of Signer (1)*

*Name of Signer (2)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> NARESHKUMAR BHAKTA
> Notary Public - California
> Alameda County
> Commission # 2149669
> My Comm. Expires May 18, 2020

_____
Signature of Notary Public                                          Seal

--- OPTIONAL INFORMATION ---

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of SUPPORT LETTER,

containing 1 pages, and dated 8/31/2018

The signer(s) capacity or authority is/are as:
☑ Individual(s)
☐ Attorney-in-fact
☐ Corporate Officer(s) _____
                        *Title(s)*

☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: SELF
*Name(s) of Person(s) or Entity(ies) Signer is Representing*

### Additional Information

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
☑ form(s) of identification  ☐ credible witness(es)

Notarial event is detailed in notary journal on:

Page # 19   Entry # 5

Notary contact: 510-548-4680

Other
☐ Additional Signer   ☑ Signer(s) Thumbprint(s)
☐ _____    RIGHT

© 2005-2013 Notary Learning Center - All Rights Reserved   You can purchase copies of this form from our web site at www.TheNotarysStore.com

Commission # 2149669
My Comm. Expires May 18, 2020

# EXHIBIT 17



Henrique Faria <henriquef@berkeley.edu>

---

## Berkeley International Office - Please Confirm OPT Status

---

**Henrique Faria** <henriquef@berkeley.edu>                                    Tue, Aug 21, 2018 at 2:00 PM
To: Mimi Ghosh <mghosh@berkeley.edu>, International Office Departmental <internationaloffice@berkeley.edu>,
Adpoffice-Law Departmental <adpoffice@law.berkeley.edu>, Deansoffice-Law Departmental
<deansoffice@law.berkeley.edu>

Dear Sirs,

Following my conversation with Mimi, I would like to ask for Berkley's help regarding my case. I was an LLM student who applied for my OPT this year. I have a Job Offer to work for EY as Senior International Tax in NYC and I'm waiting my EAD in order to start my job. The US Immigration department denied yesterday my application most likely because I supposedly exceeded the 30 days application deadline limit counting from the recommended OPT date issued from Berkeley's office. Please see bellow Mimi's explanation:

"I have looked in our database and it seems that our office recommended OPT on April 6, 2018. Our records also indicate that you met with an advisor and mentioned that you submitted your OPT application on May 8th. Unfortunately, this means you exceeded the 30-day limit to apply for OPT (i.e., USCIS needs to receive an application within 30 days of the OPT recommendation; this is mentioned several times in our OPT tutorial)".

As you can see on my I20 attached, there are 2 different dates where the Issued date appears. The first on p.1 states 04.06 and the other on p.2 states 04.09. I counted the 30 days deadline period regarding the date on p.2. Thus, I sent all the OPT application timely. Before the 30 days limitation period. The proper US department received my case on 05.08.

However, the Government counted the issued date on p.1 (04.06) and denied my application. I'm writing because I need help. I'm beginning for your help. I read the Berkeley's Tutorial about the OPT when I applied and I followed your instructions. As you can see on slide 16 ( https://internationaloffice.berkeley.edu/sites/default/files/opt-tutorial.pdf ) "OPT applications must be received by USCIS no later than 30 days after this date. Please see an advisor at BIO if there are concerns that the application will not arrive on time. " And the arrow is clear to point to the direction of the date issued and signed on p.2. I also asked the person who gave me the form about my next step/deadline and the person who delivered it to me also pointed the same date on p.2. So this was the date that stayed in my mind and the one I used to count the 30 days period.

I read the USCIS regulations and I can't appeal from this decision, but I can file a Motion to Reopen or Reconsider my case based on new evidences/facts. I'm asking here for your help to get in contact with the USCIS and try to fix it or produce and give me a legal document showing this evidence/mistake of the dates and help me to file this motion and get my EAD.

I checked with more than 10 LLM friends and all of them have in their I20 the same date on p.1 and p.2. Its clear that the person who signed mine got confused and made a mistake. It is not fair that I have to pay for this error and lost this huge job opportunity that will improve/increase and chance my professional, financial and personal life.

Looking forward to hearing back from you.

Best Regards,

Henrique



On Mon, Aug 20, 2018 at 8:18 PM, Henrique Faria <henriquef@berkeley.edu> wrote:
Hi Mimi,

As you can see there are 2 dates on my form. The one on p.1 (04.06) and another one on p.2 (04.09). I called several LLM students and they confirmed that the p.1 and p.2 of their forms have the same date. Mine was the only one different. It seems to me that was an error from Berkeley and I'm asking for your help. How can the University help me, because I count the 30 days considering the second date signed by your advisor.

Tks,

Henrique

On Mon, Aug 20, 2018, 8:45 PM Mimi Ghosh <mghosh@berkeley.edu> wrote:
Hi Henrique,

The 30 days start from the date we issued the I-20, on p. 1, and that was April 6.

I realize this must be a very unwelcome shock. Unfortunately, as your program ended on May 9, your 60-day grace period is over, so to lessen the negative impact to your immigration record, you will need to depart the U.S. as soon as possible.

Kind regards,

Mimi

**Mimi Ghosh**
International Student and Scholar Advisor
Berkeley International Office
University of California, Berkeley
2299 Piedmont Avenue
Berkeley, CA 94720-2321
Phone: 510-643-7255
**Advising Hours: Mon, Tues, Thurs, Fri 10am-12pm and 1-4pm**

On Mon, Aug 20, 2018 at 4:09 PM, Henrique Faria <henriquef@berkeley.edu> wrote:
Hi Mimi,

But as you can see, the date of issued on the signature was 4.09.18 (pg 2). Right? I based my 30 days regarding the signature date, so I did not exceed the 30 day rule! How can you help me?

On Mon, Aug 20, 2018, 6:40 PM Mimi Ghosh <mghosh@berkeley.edu> wrote:
Dear Henrique,

I have looked in our database and it seems that our office recommended OPT on April 6, 2018. Our records also indicate that you met with an advisor and mentioned that you submitted your OPT application on May 8th. Unfortunately, this means you exceeded the 30-day limit to apply for OPT (i.e., USCIS needs to receive an application within 30 days of the OPT recommendation; this is mentioned several times in our OPT tutorial).

Unfortunately, USCIS denials based on the 30-day rule are final.

Kind regards,

Mimi

**Mimi Ghosh**
International Student and Scholar Advisor
Berkeley International Office
University of California, Berkeley
2299 Piedmont Avenue
Berkeley, CA 94720-2321
Phone: 510-643-7255
**Advising Hours: Mon, Tues, Thurs, Fri 10am-12pm and 1-4pm**

On Mon, Aug 20, 2018 at 7:55 AM, Henrique Faria <henriquef@berkeley.edu> wrote:
Dear Mimi,

I just checked and as you can see from the attached picture, my request was denied. What should I do? What's my option? I start my job on 09.10.18. Do I have enough time to appeal? Please help me.

On Thu, Aug 16, 2018, 1:55 PM Mimi Ghosh <mghosh@berkeley.edu> wrote:
Hi Henrique,

Sorry, I just reread your email and looked at the screenshot. I have not seen this notification before, but I don't think it is cause for alarm. When you filled out your Form I-765, how did you enter your name on the form? Specifically, what names did you enter in the "family name," "given name," and "middle name" fields?

Kind regards,

Mimi

**Mimi Ghosh**
International Student and Scholar Advisor
Berkeley International Office
University of California, Berkeley
2299 Piedmont Avenue
Berkeley, CA 94720-2321
Phone: 510-643-7255
**Advising Hours: Mon, Tues, Thurs, Fri 10am-12pm and 1-4pm**

On Thu, Aug 16, 2018 at 9:31 AM, Mimi Ghosh <mghosh@berkeley.edu> wrote:
Hi Henrique,

Unfortunately, the reality is that USCIS can (and often does) take over 90 days to process and approve an OPT application. There is really no way to expedite the process, but I can send an inquiry to the service center to ask if there are any updates on your case. This may or may not have an effect on the processing of your application. Please confirm if you would like me to do this.

Kind regards,

Mimi

**Mimi Ghosh**
International Student and Scholar Advisor
Berkeley International Office
University of California, Berkeley
2299 Piedmont Avenue
Berkeley, CA 94720-2321
Phone: 510-643-7255
**Advising Hours: Mon, Tues, Thurs, Fri 10am-12pm and 1-4pm**

On Mon, Aug 13, 2018 at 1:50 PM, SEVISCoordinator Departmental
<seviscoordinator@berkeley.edu> wrote:

> Dear Henrique,
>
> Your OPT status has now been corrected in SEVIS - your F-1 record now correctly shows that you have applied for OPT and your application is pending.  When you receive your EAD card, please upload it to SSU (https://io.berkeley.edu/ssu).
>
> I am copying in an adviser, Mimi Ghosh, who will be able to advise you on your questions/concerns about the OPT application processing timeline.
>
> Best wishes,
>
> Mikaela
>
> On Thu, Aug 9, 2018 at 12:21 PM, Henrique Faria <henriquef@berkeley.edu> wrote:
>
>> Dear Mikaela,
>>
>> I just noticed that the status of my OPT case changed. They updated my name on the form. Could you please help me? I don't know what I have to do now. They received my case in May (05.08.18), over 90 days, and I have a job offer. I need to start my job. Do you know the next step of the immigration department? Could Berkeley International Office help me to accelerate the process?



Thank you so much for your support.

Best Regards,

Henrique

On Tue, Jul 24, 2018 at 1:05 PM, <seviscoordinator@berkeley.edu> wrote:

Dear Henrique,

We are contacting you because your SEVIS record shows that your OPT Application has been in ***requested*** status for over 90 days. This can mean that you did not submit your OPT application, that there has been some delay in processing your OPT request, or that USCIS has not accurately updated your status in SEVIS. If your OPT stays in *requested* status for over 180 days, your SEVIS record could be ended.

**Please provide the Berkeley International Office with the following documentation:**

1. Your EAD Card. If you were issued an EAD Card, please submit it to https://io.berkeley.edu/ssu. Respond to this email and let us know you have submitted your EAD, and we will request a correction for your record.
2. If you have not yet been approved for OPT, but you have your I-797 receipt notice, please reply to this email with a copy of your receipt notice for your EAD card.
3. If you have not yet been approved for OPT and have received an Request For Evidence, please reply to this email with a copy of that, as well as your receipt notice.
4. If you did not apply for OPT, please respond to this email to let us know so we can cancel your request.

Please respond as soon as possible, as a change in your SEVIS status could cause issues with travel and work authorization.

Kind regards,

Mikaela Auerbach

SEVIS Coordinator
Berkeley International Office

--
SEVIS Coordinator
Berkeley International Office
University of California Berkeley
2299 Piedmont Ave.
Berkeley, CA 94720-2321
Phone: (510) 643-3865
Web: http://internationaloffice.berkeley.edu/

---

**2 attachments**

**F1 AdmissionEY.pdf**
2110K

**eOffer Content.pdf**
390K

# EXHIBIT 18



Henrique Faria <henriquef@berkeley.edu>

## EY and Expenses

**Ivor EMMANUEL** <ivor@berkeley.edu>                                                    Sat, Sep 8, 2018 at 6:36 PM
To: Henrique Faria <henriquef@berkeley.edu>

I understand your situation Henrique.  Unfortunately, we do not have the resources to support you any further. I am sorry that I am unable to assist you financially. I advise you to look at options that are least costly to you including going home and waiting for any further decisions.

Best,

Ivor

Sent from my iPhone

On Sep 7, 2018, at 5:01 PM, Henrique Faria <henriquef@berkeley.edu> wrote:

> Dear Ivor,
>
> Please find attached how the owner of my apartment will proceed. They will kept my 3 months deposit (3 x 2,900usd) and I need to leave the apartment now. I just lost 8,700.00usd. I borrowed this money from friends and also from a student loan. I must start to pay my student loan this November and my friends were expecting to receive the money with my September salary.
>
> I appreciate your 3kusd. But be aware that that amount was a reimbursement of the costs and not a help of my living cost. A living cost that I only will be not be able to afford because of Berkeley's error as written on the USCIS. The decision is crystal clear to show the 30 days deadline reason as the motive of the denial. Your office must be more helpful to me than just wishing me to consider other less expensive options. Of course that I'm considering it already but I have debts to pay and I have no idea of how to pay for these less expensive options. That's why I'm asking for your help and I think you should talk to your legal team to figure out a way to help me because I am in a necessity here. As you told me that Berkeley's error in my case was a 1 in 1M, my situation is also 1 in 1M and you legal team should extend your budget of expenses to more that your regular issues. My case was not a regular issue. It is an unique one and I deserve an unique treatment. Im not joking. I'm the weak part here and you have the means to help me. I dont have the money to buy a ticket to Brazil. I already took 2 students loans to pay the tuition and moving expenses to NY and also money from friends. I dont have anyone else to ask.
>
> Please reply me asap. I just have you helping me here. The law school is totally absent (not talking about Professor Mark Gergen who is a Lord) and you travelling will let me talking with nobody else.
>
> Thank you for your support.
>
> Regards,
>
> Henrique.
>
> On Fri, Sep 7, 2018, 6:51 PM Ivor EMMANUEL <ivor@berkeley.edu> wrote:
>> Hi Henrique:
>>
>> Thanks for the update.
>>
>> As you know, we already submitted a request to USCIS to expedite the Motion to Reopen.  There is nothing more we can do with them other than to wait for their action/decision.  I am leaving the country tomorrow and will be gone for a week.  When I return I will follow-up with Senator Feinstein's Office.  In the interim, I have forwarded your update to my contact at EY.
>>
>> With regard to financial assistance, as you know, as a gesture to you we have already provided you with over $3,000 of financial support between your roundtrip tickets, hotel expenses and USCIS fees. I am afraid to tell you that that is the maximum limit by which I can provide you with financial assistance.  You may wish to consider other less expensive options for the period that you are waiting for the decision.

I realize that this is a difficult time for you and wish you the best as you make your next decision.

Best,

Ivor

On Fri, Sep 7, 2018 at 11:44 AM Henrique Faria <henriquef@berkeley.edu> wrote:
> Hi Ivor,
>
> I hope this e-mail finds you well.
>
> Please find attached the screenshot of EY's final position on my case.
>
> They will rescind my offer after December 1st. Thus, the only chance is if we could expedite the judgment of the motion. Could you please try to reach the Senator's office or the Immigration Department. I think that you or Berkely Law have more knowledge, power and resources to contact them than a single student. I appreciate your effort.
>
> Lastly, I would like to know if you could provide me some kind of financial support during this time, until the said deadline (December, 1st) since I can't start any new job while still waiting this chance gave by EY. First because it's not fair with a new employer. It would be immoral to start and then leave the job to go to EY and second because my first and only goal now is to work for EY. Again, I dont have any other income other than my salary and I have to pay my rent expenses and living cost. Please double check with your legal if they can allow you to provide me a financial support. I'm begging and I'm desperate.
>
> Best regards,
>
> Henrique
> 5105424638
>
>
> On Wed, Sep 5, 2018, 7:45 PM Ivor EMMANUEL <ivor@berkeley.edu> wrote:
>> Hi Henrique:
>>
>> Thanks for the update.  I let Dan know where things stand.  Let's see if he can assist.
>>
>> Best,
>>
>> Ivor
>>
>> On Wed, Sep 5, 2018 at 3:12 PM Henrique Faria <henriquef@berkeley.edu> wrote:
>>> Hi Ivor,
>>>
>>> Nancy from EY just called me. She asked me about the chances to get the OPT after the motion. I told her the truth: it could take 6 months and the immigration lawyers that Berkeley consulted told us the chances are very low. She told me that it's almost impossible to transfer me to another jurisdiction since I must be there (in the other jurisdiction) for at least 1 year or 18 months because it's not fair to them to just train me and just send back to NY. She told me that she was also concerned because even if my motion is granted I would only have a few months left to work on my OPT. She told me that she have never seen an OPT denial and she doesn't know how to proceed. Finally, she told me that she doesn't know if EY will be able to keep my position. She will see it with her leader and return to me.
>>>
>>> I don't know what to do and I think they will cancel my offer. I'm also unable here to return my furnitures because execeeded more than 15 days that I bought. I'm still waiting for the decision of the owner of my apartment to see how can I cancel my leasing. Please help me.
>>>
>>> Regards,
>>>
>>> Henrique.
>>>
>>> On Tue, Sep 4, 2018, 2:39 PM Ivor EMMANUEL <ivor@berkeley.edu> wrote:
>>>> Thanks!!

Ivor

On Tue, Sep 4, 2018 at 11:32 AM Henrique Faria <henriquef@berkeley.edu> wrote:
Yes, Ivor. Please see the attached picture.

Regards,

Henrique

On Tue, Sep 4, 2018, 2:27 PM Ivor EMMANUEL <ivor@berkeley.edu> wrote:
According to Dan, Nancy's email states that she is returning to the office tomorrow.  Are you sure that your appointment was for today?

Ivor

On Tue, Sep 4, 2018 at 9:26 AM Henrique Faria <henriquef@berkeley.edu> wrote:
Hi Ivor,

My address: 260 W 52nd St, apartment 6L, New York, 10019

I came to NY last Saturday morning.

Thank you so much.

Regards,

Henrique

On Tue, Sep 4, 2018, 11:50 AM Ivor EMMANUEL <ivor@berkeley.edu> wrote:
Hi Henrique:

Thanks.  When did you return to New York?  I will submit the receipts now and try to get a check cut out asap.  Please confirm your address.  I will have someone Fed Ex it to you.  Since it is a short week I am not sure we can have the check by Friday. In which case it will likely be next Monday.  So you can expect it someone around mid-week next week.

I will let Dan Black know that you did not have your appointment and let's see where things go from there.

Best,

Ivor

On Tue, Sep 4, 2018 at 8:02 AM Henrique Faria <henriquef@berkeley.edu> wrote:
Dear Ivor,

I hope you have had a great holiday.

I'm writing today because of 2 reasons:

**1**: As you instructed me, please find attached the receipts of my expenses. If you agree, I also included the 4 airport's uber/lyft rides. Please tell me when BIO would be able to make the reimbursement since I'm having several money issues here in NY without EY's salary.

**2**: As I imagined and mentioned to you, the HR (Nancy Harbison) responsible for my EY's position did not call me today as we were scheduled. I don't know what to do. I will probably lose the job.

Best Regards,

Henrique

<Screenshot_20180907-194020_Gmail.jpg>

# EXHIBIT 19