MARIA M. LAMPASONA, SBN 259675
mlampasona@rankinlaw.com
DAMON M. THURSTON, SBN 186861
thurston@rankinlaw.com
RANKIN, SHUEY, RANUCCI, MINTZ,
LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA  94612
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA


DANIEL M. GILLEON, SBN 195200
dan@gilleon.com
JAMES C. MITCHELL, SBN 87151
jim@gilleonlawfirm.com
GILLEON LAW FIRM, APC
1320 Columbia Street, Suite 200
San Diego, CA 92101
Telephone: (619) 702-8623
Facsimile: (619) 702-6337

Attorneys for Plaintiff
HENRIQUE LAVALLE DA SILVA FARIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HENRIQUE LAVALLE DA SILVA FARIA,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 4:19-cv-08388-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLEADING DEADLINES, BRIEFING SCHEDULE, AND HEARING ON DEFENDANT'S RULE 12 MOTION TO DISMISS AS MODIFIED BY THE COURT** |

1   Pursuant to Local Rule 6-1, Plaintiff Henrique Lavalle Da Silva Faria and Defendant The
2   Regents of the University of California, by and through their attorneys of record, stipulate as
3   follows:

4   Plaintiff filed his Complaint for Damages on December 23, 2019.  Following Plaintiff's
5   service of the Complaint on Defendant The Regents, Defendant's current deadline to file a
6   responsive pleading is January 24, 2020.  FRCP 12(a).  Defendant will file a Motion pursuant to
7   FRCP 12, and the parties have agreed to the following modified pleading deadline and briefing
8   schedule:

- Defendant's Last Day to Plead: February ~~14~~ 12, 2020
- Plaintiff's Opposition: March ~~6~~ 4, 2020 [X]
- Defendant's Reply: March ~~20~~ 18, 2020
- Hearing: April 1, 2020 (or the next date convenient to the Court's calendar)

The proposed briefing schedule will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated:  January 22, 2020        GILLEON LAW FIRM, APC


                                By:  /s/ James C. Mitchell
                                     JAMES C. MITCHELL
                                     Attorneys for Plaintiff Henrique Lavalle Da
                                     Silva Faria


Dated:  January 22, 2020        RANKIN, SHUEY, RANUCCI, MINTZ,
                                LAMPASONA & REYNOLDS


                                By:  /s/ Maria M. Lampasona
                                     MARIA M. LAMPASONA
                                     Attorneys for Defendant The Regents of the
                                     University of California

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA  94612

As the filing attorney, I hereby attest that I have permission of James C. Mitchell to attach his e-signature to this stipulation.

Dated: January 22, 2020

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS

By:    /s/ Maria M. Lampasona
MARIA M. LAMPASONA
Attorneys for Defendant The Regents of the University of California

**[PROPOSED]** ORDER

**IT IS SO ORDERED.**

Dated: January 23, 2020

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

_____
Judge, United States District Court